

June 17, 2024

**MEMO ENDORSED**

<u>Via ECF</u>
Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   *Brous et al. v. Eligo Energy, LLC, et al.*, 24 Civ. 1260 (ER)

Dear Judge Ramos,

We write on behalf of Plaintiffs and the proposed Class in accordance with Rule 1.E of Your Honor's Individual Practices to request a brief adjournment of the deadline for Plaintiffs' opposition to Defendants' partial motion to dismiss. Defendants consent to Plaintiffs' request.

The current deadline for Plaintiffs' opposition is June 25, 2024. The requested new deadline is **July 9, 2024**.

We also request a corresponding extension of Defendants' reply deadline. The reply is currently due on July 2. The requested new reply deadline is **July 16, 2024**.

The reason for this request that due to previously unanticipated substantial briefing and other court-mandated scheduling in my firm's other class action cases, Plaintiffs require additional time to properly respond to Defendants' motion.

This is Plaintiff's first request to adjourn the response date for their opposition to Defendants' motion and no other scheduled dates are affected.

Thank you for the Court's consideration of this request.

Respectfully Submitted,

/s/ J. Burkett McInturff
J. Burkett McInturff

*Counsel for Plaintiffs and the Proposed Class*

---

Plaintiffs' request for an extension of time to file their opposition, until July 9, 2024 is granted. Defendants' time to file their reply is also extended until July 16, 2024. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 6/18/24
New York, New York