UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRA BROUS and MICHELLE SCHUSTER, on behalf of themselves and all others similarly situated,

                Plaintiffs,

- against -

ELIGO ENERGY, LLC and ELIGO ENERGY NY, LLC,

                Defendants.

**ORDER**

24-cv-01260 (ER)

Ramos, D.J.:

    On October 28, 2024, the Court was advised by Defendants that Doc. 75-4 contained confidential information as defined in the protective order entered in this case, Doc. 38. Doc. 75-4 has been temporarily placed on "Selected Parties" viewing status. Defendants are directed to submit the document with the proposed redactions and a letter providing the basis for the proposed redactions by October 30, 2024. Plaintiffs shall file any opposition by November 1, 2024.

SO ORDERED.

Dated:   October 28, 2024
          New York, New York

                                                  Edgardo Ramos, U.S.D.J.