UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRA BROUS and MICHELLE SCHUSTER, on behalf of themselves and all others similarly situated,

          Plaintiffs,

– against –

ELIGO ENERGY, LLC and ELIGO ENEGY NY, LLC,

          Defendants.

**ORDER**

24-cv-01260 (ER)

Ramos, D.J.:

    Defendants Eligo Energy, LLC and Eligo Energy NY, LLC's motion to seal limited portions of defendants' Rule 30(b)(6) corporate representative's deposition transcript, Doc. 75-4, is granted. Plaintiffs Ira Brous and Michelle Schuster are directed to refile Doc. 75 and the attachments, including the proposed redacted document, on the docket for public view. Defendants having filed a motion to seal limited portions of defendants' 30(b)(6) corporate representative' deposition transcript and proposed redacted document (Doc. 97), the Court respectfully directs the Clerk of Court to modify the viewing level for Doc. 75 and the attachments to the Selected Parties viewing level.

    It is SO ORDERED.

Dated:    November 6, 2024
             New York, New York

                                                                   Edgardo Ramos, U.S.D.J.