UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRA BROUS and MICHELLE SCHUSTER, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-*against*-

ELIGO ENERGY, LLC and ELIGO ENERGY NY, LLC,

                Defendants.

**ORDER**

24-cv-01260 (ER)

RAMOS, D.J.

    Eligo Energy, LLC and Eligo Energy NY, LLC ("Defendants") filed a pre-motion conference letter on November 27, 2024 requesting that the Court order a 90-day bifurcated discovery period limited to 50,000 documents concerning Plaintiffs' individual claims followed by summary judgment briefing. Doc. 131. Plaintiffs responded on December 10, 2024. Doc. 135.

    The Court denies the requests for bifurcated discovery and summary judgment briefing.

    In the alternative, Defendants requested that the Court enter a briefing schedule for a renewed motion to dismiss/strike based on the amended complaint. Doc. 131. The Court grants the request for a renewed motion to dismiss/strike. The briefing will be completed on the following schedule: moving papers due January 6, 2025; opposition due January 27, 2025; and reply due February 3, 2025.

    SO ORDERED.

2

Dated: December 16, 2024
New York, New York

_____
EDGARDO RAMOS, U.S.D.J.