UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRA BROUS and MICHELLE SCHUSTER, on behalf of themselves and all others similarly situated,

          Plaintiffs,

-*against*-

ELIGO ENERGY, LLC and ELIGO ENERGY NY, LLC,

          Defendants.

**ORDER**

24-cv-01260 (ER)

RAMOS, D.J.

    On June 4, 2024, Defendants Eligo Energy, LLC and Eligo Energy NY, LLC ("Defendants") filed a motion to dismiss the complaint. Doc. 27. On November 13, 2024, Plaintiffs filed an amended complaint. Doc. 120. On December 16, 2024, 2024, the Court granted the Defendants' request to file a motion to dismiss/strike the amended complaint. Doc. 136.

    Accordingly, as the original complaint is no longer the operative complaint, the first filed motion to dismiss is moot. Doc. 27. The Clerk of Court is respectfully directed to terminate the motion, Document 27.

    SO ORDERED.

Dated:  December 17, 2024
          New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.