UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRA BROUS and MICHELLE SCHUSTER, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-*against*-

ELIGO ENERGY, LLC and ELIGO ENERGY NY, LLC,

                Defendants.

**ORDER**

24-cv-01260 (ER)

RAMOS, D.J.

Based on the representations by counsel during today's conference, the prior pending discovery disputes have been resolved. The Clerk of Court is respectfully directed to terminate the following motions, Docs. 69, 74, 75, 77, 91, 93, 100, 108, 131, 145, 150.

IT SO ORDERED.

Dated: February 7, 2025
       New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.