

Ryan Watstein  
Ryan@wtlaw.com  
404-782-0695

April 30, 2025

<u>VIA ECF</u>

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

  Re: *Brous v. Eligo Energy, LLC*, 24 Civ. 1260

    **Joint Motion to Unseal Provisionally Sealed Portions of Plaintiffs' April 14, 2025 Letter Motion and Its Exhibits (ECF Nos. 184/185)**

Dear Judge Ramos:

  We write regarding the provisionally sealed portions of Plaintiffs' April 14, 2025 letter motion and its exhibits (ECF Nos. 184/185). Defendants have now had the opportunity to review the provisionally sealed information and contend that it should be publicly filed. Plaintiffs consent to this request.

    Respectfully,

    */s/ Ryan Watstein*
    Ryan Watstein

---

**Atlanta**  
1055 Howell Mill Road, 8th Floor  
Atlanta, GA 30318

**Los Angeles**  
515 S. Flower Street, 19th Floor  
Los Angeles, CA 90071

**Miami**  
218 NW 24th Street, 3rd Floor  
Miami, FL 33127

 www.wtlaw.com     Ryan@wtlaw.com     404-782-0695