UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANNE BROUS, AS THE EXECUTOR OF THE ESTATE OF IRA BROUS,** and **MICHELLE SCHUSTER,** on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC,**<br><br>**Defendants.** | Civil Case No.: 1:24-cv-01260 (ER) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ethan D. Roman of Wittels McInturff Palikovic hereby appears on behalf of Plaintiffs Anne Brous and Michelle Schuster in the above-entitled case and, pursuant to the Federal Rules of Civil Procedure, requests that all notices, including ECF notices, given or required to be given in this case and all papers served or required to be served in this case be given and served upon the undersigned at the address and email address set forth below. The undersigned certifies that he is a member of the bar of this Court.

Dated: May 1, 2025

By: /s/ Ethan D. Roman
Ethan D. Roman (ER-5569)
WITTELS MCINTURFF PALIKOVIC
305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007
Telephone: (914) 775-8862
Facsimile: (914) 775-8862
edr@wittelslaw.com

*Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed and served via ECF this 1st day of May 2025 upon all counsel of record.

/s/ Ethan D. Roman
Ethan D. Roman