**WATSTEIN TEREPKA** LLP

# MEMO ENDORSED

Ryan Watstein
Ryan@wtlaw.com
404-782-0695

April 30, 2025

<u>VIA ECF</u>

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

    Re:    *Brous v. Eligo Energy, LLC*, 24 Civ. 1260

           **Joint Motion to Unseal Provisionally Sealed Portions of Plaintiffs' April 14, 2025 Letter Motion and Its Exhibits (ECF Nos. 184/185)**

Dear Judge Ramos:

    We write regarding the provisionally sealed portions of Plaintiffs' April 14, 2025 letter motion and its exhibits (ECF Nos. 184/185). Defendants have now had the opportunity to review the provisionally sealed information and contend that it should be publicly filed. Plaintiffs consent to this request.

           Respectfully,

           */s/ Ryan Watstein*
           Ryan Watstein

---

The Clerk of the Court is respectfully directed to unseal the April 14, 2025 letter motion, doc. 184. SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:   5/1/2025
New York, New York

---

**Atlanta**
1055 Howell Mill Road, 8th Floor
Atlanta, GA 30318

**Los Angeles**
515 S. Flower Street, 19th Floor
Los Angeles, CA 90071

**Miami**
218 NW 24th Street, 3rd Floor
Miami, FL 33127

 www.wtlaw.com      Ryan@wtlaw.com      404-782-0695