

Ryan Watstein<br>
Ryan@wtlaw.com<br>
404-782-0695

May 9, 2025

*VIA ECF*

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

      Re:    *Brous v. Eligo Energy, LLC*, 24 Civ. 1260
             Unopposed Extension Request to Respond to ECF No. 206, Letter Motion for Leave
             to File Second Amended Class Action Complaint

Dear Judge Ramos:

    We represent Defendants Eligo Energy, LLC and Eligo Energy NY, LLC in the above dispute and submit this unopposed extension request. Pursuant to Rule I.E of Your Honor's Individual Practices, we respectfully request that Defendants' current response deadline to Plaintiffs' letter-motion for leave to file a second amended complaint (ECF No. 206) be extended seven days to May 19, 2025.

    Good cause exists for this request. Defense counsel are defending three depositions in this action over the next six days, as well as court-ordered briefing deadlines in the Ohio action against Eligo, *Orzolek v. Eligo Energy*, Civ. A. No. 25-78 (S.D. Oh.) and the Pennsylvania action against Eligo, *Bodkin v. Eligo Energy*, Civ. A. No. 25-94 (W.D. Pa.).

    This is the first request for an extension of time concerning this letter-motion. Plaintiffs consent to the relief requested.

                                                             Respectfully,

                                                             */s/ Ryan Watstein*
                                                              Ryan Watstein

---

|  **Atlanta**  |  **Los Angeles**  |  **Miami**  |
|:---:|:---:|:---:|
| 75 14th Street NE, Ste. 2600 | 515 S. Flower Street, 19th Floor | 218 NW 24th Street, 3rd Floor |
| Atlanta, GA 30309 | Los Angeles, CA 90071 | Miami, FL 33127 |

            

www.wtlaw.com      Ryan@wtlaw.com      404-782-0695