# Exhibit F

120824000791

New York State Department of State
Division of Corporations, State Records
and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231
www.dos.ny.gov

*(This form must be printed or typed in black ink)*

# ARTICLES OF ORGANIZATION OF

**Eligo Energy NY, LLC**

*(Insert name of Limited Liability Company)*

Under Section 203 of the Limited Liability Company Law

FIRST: The name of the limited liability company is: **Eligo Energy NY, LLC**

SECOND: The county within this state in which the office of the limited liability company is to be located is: Albany

THIRD: The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

**National Registered Agents, Inc.**

**111 Eighth Avenue**

**New York, NY 10011**

_____
(signature of organizer)

Rebecca E. Floren
(print or type name of organizer)

DOS-1336 (Rev. 2/12)

120824000791

1208240007**91**

# ARTICLES OF ORGANIZATION
## OF

## Eligo Energy NY, LLC

*(Insert name of Limited Liability Company)*

Under Section 203 of the Limited Liability Company Law

FILED 2012 AUG 24 PM 1:20

Filed by: Rebecca E. Floren
*(Name)*
500 W. Madison St., Ste 3700
*(Mailing address)*
Chicago, IL 60661
*(City, State and ZIP code)*

**DRAWDOWN
DELANEY #30**

RECEIVED 2012 AUG 24 PM 1:03

NOTE: This form was prepared by the New York State Department of State for filing articles of organization for a domestic limited liability company. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores. The Department of State recommends that legal documents be prepared under the guidance of an attorney. The certificate must be submitted with a $200 filing fee made payable to the Department of State.

RECEIVED 2012 AUG 23 PM 3:08

/CC
STATE OF NEW YORK
DEPARTMENT OF STATE
FILED AUG 24 2012
TAX $_____
BY:_____

DOS-1336 (Rev. 2/12)

KMC/R

842

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231
www.dos.ny.gov

130730000940

# CERTIFICATE OF CHANGE OF

**Eligo Energy NY, LLC**

*(Insert Name of Domestic Limited Liability Company)*

Under Section 211-A of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

Eligo Energy NY, LLC

If the name of the limited liability company has been changed, the name under which it was organized is: _____

**SECOND:** The date of filing of the articles of organization is: 08/24/2012

**THIRD:** The change(s) effected hereby are: *[Check appropriate statement(s)]*

1. ☐ The county location, within this state, in which the office of the limited liability company is located, is changed to: _____

2. ☐ The address to which the Secretary of State shall forward copies of process accepted on behalf of the limited liability company is changed to read in its entirety as follows:
Incorp Services, Inc., One Commerce Plaza-99 Washington Ave, Ste 805-A, Albany, NY 12210-2822

3. ☐ The limited liability company hereby: *[check one]*
   ☒ Designates InCorp Services, Inc.
   as its registered agent upon whom process against the limited liability company may be served.
   The street address of the registered agent is:
   One Commerce Plaza - 99 Washington Ave., Suite 805-A, Albany, NY 12210-2822

   ☐ Changes the designation of its registered agent to: _____
   The street address of the registered agent is: _____

   ☐ Changes the address of its registered agent to: _____

   ☐ Revokes the authority of its registered agent.

*Alex Goldstein* ✗
_____
(*Signature*)

Alexander Goldstein
_____
(*Type or print name*)

Capacity of signer (*Check appropriate box*):

☐ Member

☒ Manager

☐ Authorized Person

# CERTIFICATE OF CHANGE
## OF
### Eligo Energy NY, LLC
_____
(*Insert Name of Domestic Limited Liability Company*)

Under Section 211-A of the Limited Liability Company Law

Filed by: Karthik Nagarur
_____
(*Name*)

1658 N Milwaukee Ave Suite 314
_____
(*Mailing address*)

Chicago, IL 60647
_____
(*City, State and ZIP code*)

NOTE: This form was prepared by the New York State Department of State for filing a certificate of change by a domestic limited liability company. You are not required to use this form. You may draft your own form or use forms available at legal supply stores. The Department of State recommends that legal documents be prepared under the guidance of an attorney. The certificate must be submitted with a $30 filing fee made payable to the Department of State.

(*For office use only*)

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED   JUL 30 2013
TAX $ _____
BY: _____

13073000023

DOS-1359-f-l  (Rev. 06/12)

Page 2 of 2