

Ryan Watstein<br>
Ryan@wtlaw.com<br>
404-782-0695

May 15, 2025

<u>VIA ECF</u>

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

  **Re:**  ***Brous v. Eligo Energy, LLC***, 24 Civ. 1260
     **Joint Letter Motion for Extension of Time for All Remaining Deadlines**

Dear Judge Ramos:

  Pursuant to Rule 1.E of Your Honor's Individual Practices, the parties hereby request an extension of time for the remaining deadlines set forth in the February 6, 2025 Civil Case Discovery Plan and Scheduling Order. (ECF No. 163.) The proposed revised civil case discovery plan and scheduling order is attached as Exhibit A. The following is the list of the original deadlines and requested new deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for completing non-expert depositions | May 23, 2025 | June 20, 2025 |
| Deadline to serve further interrogatories, including expert interrogatories | August 22, 2025 | September 19, 2025 |
| Deadline for serving expert reports | June 27, 2025 | July 25, 2025 |
| Deadline for serving rebuttal expert reports | August 1, 2025 | September 12, 2025 |
| Deadline for completing expert depositions | September 19, 2025 | October 17, 2025 |
| Deadline for completing all discovery | September 19, 2025 | October 17, 2025 |
| Deadline for serving moving papers for class certification | September 12, 2025 | October 10, 2025 |
| Deadline for answering papers to motion for class certification | October 17, 2025 | November 21, 2025 |
| Deadline for reply papers to motion for class certification | October 31, 2025 | December 12, 2025 |

---

| **Atlanta** | **Los Angeles** | **Miami** |
|---|---|---|
| 75 14th Street NE, Ste. 2600 | 515 S. Flower Street, 19th Floor | 218 NW 24th Street, 3rd Floor |
| Atlanta, GA 30309 | Los Angeles, CA 90071 | Miami, FL 33127 |

 www.wtlaw.com     Ryan@wtlaw.com     404-782-0695

2

Good cause exists for this request.  The parties require an extension of the deadlines in the scheduling order to accommodate ongoing discovery, including the approximately 10 fact depositions over the coming weeks, Defendants' production of class-wide customer data, and ongoing conferrals about discovery issues.  This is the parties' second request to revise the scheduling order.

                                        Respectfully,

                                        */s/ Ryan Watstein*
                                        Ryan Watstein