

**Via ECF**
The Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

      Re:    ***Brous, et al. v. Eligo Energy, LLC, et al.***, No. 1:24-cv-1260 (ER)

Dear Judge Ramos,

We write on behalf of Plaintiffs and the proposed Class in accordance with Your Honor's Individual Rule § 3.ii to provisionally redact portions of Plaintiffs' supplemental information in connection with Plaintiffs' response (ECF No. 217) to Defendants' pre-motion letter seeking a protective order for the depositions of Mark Friedgan and Alex Goldstein (ECF No. 208).

Plaintiffs' supplement contains information that Defendants have designated confidential under the Court-ordered protective order (ECF No. 38). Per the Southern District of New York Electronic Case Filing Rules & Instructions § 6.5(a), Plaintiffs respectfully submit that the Viewing Level to be applied to the unredacted copy of this document filed contemporaneously with this letter should be "Selected Parties"—that is, limited to counsel appearing for Eligo and Plaintiffs.

The parties require additional time to formulate their positions on whether the enclosed information should remain under seal. Absent a briefing schedule set by the Court, Plaintiffs anticipate that by next week the parties will provide the Court with their positions on whether any or all of this information should remain under seal.

Thank you for the Court's consideration of this matter.

Dated: May 16, 2025            Respectfully submitted,

                                                    By:    /s/ Ethan D. Roman
                                                                    Ethan D. Roman
                                                                    J. Burkett McInturff
                                                                    Tiasha Palikovic
                                                                    Jessica L. Hunter
                                                                    **WITTELS MCINTURFF PALIKOVIC**
                                                                    305 Broadway, 7th Floor
                                                                    New York, New York 10007
                                                                    Tel: (917) 775-8862
                                                                    Fax: (914) 775-8862
                                                                    edr@wittelslaw.com
                                                                    jbm@wittelslaw.com
                                                                    tpalikovic@wittelslaw.com
                                                                    jlh@wittelslaw.com

> D. Greg Blankinship
> Erin Kelley
> **FINKELSTEIN, BLANKINSHIP,**
> **FREI-PEARSON & GARBER, LLP**
> One North Broadway, Suite 900
> White Plains, New York 10601
> Tel: (914) 298-3281
> Fax: (914) 824-1561
> gblankinship@fbfglaw.com
> ekelley@fbfglaw.com
>
> *Attorneys for Plaintiffs and the Proposed Class*

CC: All Counsel of Record via ECF