UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

**IRA BROUS** and **MICHELLE SCHUSTER**, on behalf of themselves and all others similarly situated,

                                                                    **SECOND REVISED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

          - against -         Plaintiff(s),

**ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC**,

                          Defendant(s).     __24__ CV _____1260____(ER)

-----------------------------------------------------------x

      This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] **(do not consent)** to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case **(is)** [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by _____8/13/24_____.

4. Amended pleadings may be filed until _____11/13/24_____.

5. Interrogatories shall be served no later than _____1/14/25_____, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 **(shall)** [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than _____6/28/24_____.

7. Non-expert depositions shall be completed by _____6/20/25_____.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

8. Any further interrogatories, including expert interrogatories, shall be served no later than ___9/19/25___.

9. Requests to Admit, if any, shall be served no later than ___1/14/25___.

10. Expert reports shall be served no later than ___7/25/25___.

11. Rebuttal expert reports shall be served no later than ___9/12/25___.

12. Expert depositions shall be completed by ___10/17/25___.

13. **ALL DISCOVERY SHALL BE COMPLETED BY ___10/17/25___**.

14. Any motions shall be filed in accordance with the Court's Individual Practices.[1]

15. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

16. The Magistrate Judge assigned to this case is the Hon. ___Gary Stein___.

17. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

SO ORDERED.

Dated: New York, New York

May 16, 2025

Edgardo Ramos, U.S. District Judge

---

[1] Plaintiffs shall serve the moving papers for a motion for class certification no later than October 10, 2025. Answering papers shall be served by November 21, 2025, and reply papers by December 12, 2025.