## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANNE BROUS, AS THE EXECUTOR OF THE ESTATE OF IRA BROUS** and **MICHELLE SCHUSTER,** on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC,**<br><br>**Defendants.** | Civil Case No.: 1:24-cv-01260-ER |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrey Belenky of Wittels McInturff Palikovic hereby appears on behalf of Plaintiffs Anne Brous and Michelle Schuster in the above-entitled case and, pursuant to the Federal Rules of Civil Procedure, requests that all notices, including ECF notices, given or required to be given in this case and all papers served or required to be served in this case be given and served upon the undersigned at the address and email address set forth below. The undersigned certifies that she is a member of the bar of this Court.

Dated: June 4, 2025

                                                    By:    /s/ Andrey Belenky
                                                                   Andrey Belenky (Bar No. 4524898)
                                                                   WITTELS MCINTURFF PALIKOVIC
                                                                   305 BROADWAY, 7TH FLOOR
                                                                   NEW YORK, NEW YORK 10007
                                                                   Telephone: (914) 775-8862 x110
                                                                   Facsimile: (914) 775-8862
                                                                   abelenky@wittelslaw.com

                                                                   *Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed and served via ECF this 4th day of June 2025 upon all counsel of record.

/s/ Andrey Belenky
Andrey Belenky