UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNE BROUS and MICHELLE
SCHUSTER, on behalf of themselves and all
others similarly situated,

                    Plaintiffs,

            *-against-*

ELIGO ENERGY, LLC and ELIGO
ENERGY NY, LLC,

                    Defendants.

**ORDER**

24-cv-01260 (ER)

RAMOS, D.J.

For the avoidance of doubt, although at today's conference the Court granted Plaintiffs leave to move to amend the complaint, the Court does not agree with Plaintiffs' counsel that such motion "moots" the pending motion to dismiss. Doc. 140. The pending motion to dismiss will be adjudicated by the Court.

IT SO ORDERED.

Dated:   June 6, 2025
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.