UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

**IRA BROUS** and **MICHELLE SCHUSTER**, on behalf of themselves and all others similarly situated,

          Plaintiff(s),

- against -

**ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC,**

          Defendant(s).

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

__24__ CV _____1260____ (ER)

-----------------------------------------------------------x

    This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] (do not consent) to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case (is) [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by ____8/13/24____.

4. Amended pleadings may be filed until __11/13/24__.

5. Interrogatories shall be served no later than ____1/14/25____, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 (shall) [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than ____6/28/24____.

7. Non-expert depositions shall be completed by ____6/20/25____.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

        non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than   10/17/2025  .

9. Requests to Admit, if any, shall be served no later than   1/14/2025  .

10. Expert reports shall be served no later than   8/22/2025  .

11. Rebuttal expert reports shall be served no later than   10/10/2025  .

12. Expert depositions shall be completed by   11/14/2025  .

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY**   11/14/2025  .

15. Any motions shall be filed in accordance with the Court's Individual Practices.[1]

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon.   Gary Stein  .

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for   November 14, 2025  , at   11 AM  .

The Clerk of the Court is respectfully directed to terminate the motion, doc. 251.

SO ORDERED.

Dated: New York, New York
      July 8, 2025

                                        Edgardo Ramos, U.S. District Judge

---

[1] Plaintiffs shall serve the moving papers for a motion for class certification no later than November 7, 2025. Answering papers shall be served by December 19, 2025, and reply papers by January 9, 2026.