UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
IRA BROUS and MICHELLE SCHUSTER       Plaintiff,          Case No. 1:24-cv-01260-ER

    -against-

ELIGO ENERGY, LLC and ELIGO ENERGY NY, LLC       Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Ryan D. Watstein_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is GA #266019

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✔] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Watstein Terepka LLLP
            FIRM ADDRESS: 1055 Howell Mill Rd, 8th Floor, Atlanta, GA 30318
            FIRM TELEPHONE NUMBER: (404) 782-0695
            FIRM FAX NUMBER: _____

NEW FIRM:   FIRM NAME: Watstein Terepka LLLP
            FIRM ADDRESS: 75 14th Street NE, Ste. 2600, Atlanta, GA 30309
            FIRM TELEPHONE NUMBER: (404) 782-0695
            FIRM FAX NUMBER: _____

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 25, 2025

_____
ATTORNEY'S SIGNATURE