# FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

One North Broadway, Suite 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

August 14, 2025

**Via ECF**

Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

    **Re:**    ***Brous et al. v. Eligo Energy, LLC, et al.*, No. 1:24-cv-1260 (ER)**
                **Consent Letter Motion for Extension of Time for All Remaining Deadlines**

Dear Judge Ramos,

Pursuant to Rule 1.E of Your Honor's Individual Practices, Plaintiffs write to request a three-week extension of the remaining deadlines set forth in the July 8, 2025 Civil Case Discovery Plan and Scheduling Order (ECF No. 254). This is the third motion to revise the Scheduling Order.

Plaintiffs seek this request because a family member of one of our experts was diagnosed with a serious medical condition that requires the expert's attention. Defendants consent to Plaintiffs' request for a three-week extension.

The proposed revised civil case discovery plan and scheduling order is attached as Exhibit 1.

The following is the list of the original deadlines and requested new deadlines:

| Event | Original Deadline | Requested New Deadline |
|---|---|---|
| Service of any further interrogatories, including expert interrogatories | 10/17/2025 | 11/7/2025 |
| Service of expert reports | 8/22/2025 | 9/12/2025 |
| Service of rebuttal expert reports | 10/10/2025 | 10/31/2025 |
| Completion of expert depositions | 11/14/2025 | 12/05/2025 |
| Completion of all discovery | 11/14/2025 | 12/05/2025 |
| Moving papers for a motion for class certification | 11/7/2025 | 11/28/2025 |
| Answering papers in opposition to the motion for class certification | 12/19/2025 | 1/9/2026 |
| Reply papers in support of the motion for class certification | 1/9/2026 | 1/30/2026 |

Thank you for the Court's consideration of this request.

Dated: August 14, 2025                    Respectfully submitted,

                                 By:    */s/ D. Greg Blankinship*
                                      D. Greg Blankinship
                                      Daniel J. Martin
                                      **FINKELSTEIN, BLANKINSHIP,**
                                      **FREI-PEARSON & GARBER, LLP**
                                      One North Broadway, Suite 900
                                      White Plains, New York 10601
                                      Tel: (914) 298-3281
                                      Fax: (914) 824-1561
                                      gblankinship@fbfglaw.com
                                      dmartin@fbfglaw.com

                                      J. Burkett McInturff
                                      Tiasha Palikovic
                                      Jessica L. Hunter
                                      **WITTELS MCINTURFF PALIKOVIC**
                                      305 Broadway, 7th Floor
                                      New York, New York 10007
                                      Tel: (917) 775-8862
                                      Fax: (914) 775-8862
                                      jbm@wittelslaw.com
                                      tpalikovic@wittelslaw.com
                                      jlh@wittelslaw.com

                                    *Attorneys for Plaintiffs and the Proposed*
                                      *Class*