UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

**IRA BROUS** and **MICHELLE SCHUSTER**, on behalf of themselves and all others similarly situated,

                    Plaintiff(s),

- against -

**ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC**,

                    Defendant(s).

**THIRD REVISED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

__24__ CV _____ 1260 ___ (ER)

-------------------------------------------------------------x

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] (**do not consent**) to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case (**is**) [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by _____8/13/24_____.

4. Amended pleadings may be filed until _____11/13/24_____.

5. Interrogatories shall be served no later than _____1/14/24_____, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 (**shall**) [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than _____6/28/24_____.

7. Non-expert depositions shall be completed by _____6/20/25_____.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

       non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than __11/7/25__.

9. Requests to Admit, if any, shall be served no later than __1/14/25__.

10. Expert reports shall be served no later than __9/12/25__.

11. Rebuttal expert reports shall be served no later than __10/31/25__.

12. Expert depositions shall be completed by __12/5/25__.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY __12/5/25__**.

15. Any motions shall be filed in accordance with the Court's Individual Practices.[1]

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. __Gary Stein__.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference presently scheduled for November 14, 2025, is adjourned to December 5, 2025, at 11:30 a.m.

SO ORDERED.

Dated: New York, New York
      August 15, 2025

                                                      Edgardo Ramos, U.S. District Judge

---

[1] Plaintiffs shall serve the moving papers for a motion for class certification by November 28, 2025. Answering papers shall be served by January 9, 2026, and reply papers by January 30, 2026.