# EXHIBIT 2
## Filed UnderSeal