# EXHIBIT 3
# Filed UnderSeal