# FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

One North Broadway, Suite 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

**Via ECF**

Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

**Re:** **_Brous, et al. v. Eligo Energy, LLC, et al._**, No. 1:24-cv-1260 (ER)

Dear Judge Ramos,

We write on behalf of Plaintiffs and the proposed Class in accordance with Your Honor's Individual Rule § 3.ii. to provisionally redact portions of Plaintiffs' pre-motion letter concerning their motion to compel Defendants Eligo Energy, LLC and Eligo Energy NY, LLC (collectively, "Eligo") to produce discovery regarding their hedging costs (Doc. 266).

Plaintiffs' pre-motion letter contains information that Defendants have designated confidential under the court-ordered protective order (Doc. 38). Per the Southern District of New York Electronic Case Filing Rules & Instructions § 6.5(a), Plaintiffs respectfully submit that the Viewing Level to be applied to the unredacted copy of this document filed contemporaneously with this letter should be "Selected Parties"—that is, limited to counsel appearing for Eligo and Plaintiffs.

The parties require additional time to formulate their positions on whether the enclosed information should remain under seal. Absent a briefing schedule set by the Court, Plaintiffs anticipate that by next week the parties will provide the Court with their positions on whether any or all of this information should remain under seal.

Thank you for the Court's consideration of this matter.

Dated: September 5, 2025

Respectfully submitted,

By:    _/s/ D. Greg Blankinship_____
D. Greg Blankinship
Daniel Martin
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
gblankinship@fbfglaw.com
dmartin@fbfglaw.com

_(Additional counsel next page)_

J. Burkett McInturff
Tiasha Palikovic
Jessica L. Hunter
**WITTELS MCINTURFF PALIKOVIC**
305 Broadway, 7th Floor
New York, New York 10007
Tel: (917) 775-8862
Fax: (914) 775-8862
jbm@wittelslaw.com
tpalikovic@wittelslaw.com
jlh@wittelslaw.com

*Attorneys for Plaintiffs and the Proposed
Class*

CC: All Counsel of Record via ECF