**FBFG** | Finkelstein, Blankinship,
Frei-Pearson & Garber, LLP

One North Broadway, Suite 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

**Via ECF**  September 18, 2025

Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

Re: *Brous et al. v. Eligo Energy, LLC, et al.*, **No. 1:24-cv-1260 (ER)**

Dear Judge Ramos,

We write regarding Plaintiffs' pre-motion letter seeking the production of discovery related to Eligo's hedging costs (ECF 268, the "Motion"). The Motion requests that the Court direct Eligo to produce specific monthly reports summarizing Eligo's hedging costs or the data associated with Eligo's hedging transactions. Motion at 1–2. In the alternative, Plaintiffs asked that Eligo be prohibited from relying on the absence of evidence related to its hedging costs as a defense (either to class certification or on the merits). *Id.* at 1, 3. Plaintiffs' concern was that Eligo would use its refusal to produce an adequate accounting of its hedging costs as a basis to challenge Plaintiffs' calculations of the variable energy rates it should have charged or otherwise argue that Plaintiffs' inability to fully account for Eligo's hedging costs undermined Plaintiffs' merits case. *Id.* at 3.

However, in its letter response, Eligo stated that accounting for Eligo's hedging costs is "irrelevant" to the energy rates Eligo should have charged and has "nothing to do with Eligo's rate setting." ECF 273 at 1; *see also id.* at 2 (averring that hedging costs are not "baked into Eligo's variable rates"); *id.* at 3 ("Plaintiffs' latest letter-motion requests irrelevant information[.]"). Eligo's letter response further represented that Eligo will not "rais[e] any supposed 'absence' of hedging-related data as a defense[.]" *Id.* at 3. In reliance on Eligo's representations, Plaintiffs respectfully withdraw their Motion.[1]

Dated: September 18, 2025           Respectfully submitted,

                       By:   */s/ D. Greg Blankinship*
                             D. Greg Blankinship
                             Daniel J. Martin
                             **FINKELSTEIN, BLANKINSHIP,**
                             **FREI-PEARSON & GARBER, LLP**
                             One North Broadway, Suite 900
                             White Plains, New York 10601
                             Tel: (914) 298-3281

---

[1] Regrettably, Eligo made both representations for the first time in its letter response. Before filing the Motion, Plaintiffs repeatedly explained why they considered hedging cost discovery relevant and asked Eligo to produce it or "stipulate that hedging transactions and the costs associated with such transactions are not relevant to this Action[.]" Motion, Ex. 1 at 3. The Motion would have been avoided if Eligo had made these representations during the meet-and-confer process.

1

2

                                    J. Burkett McInturff
                                    Tiasha Palikovic
                                    Jessica L. Hunter
                                    **WITTELS MCINTURFF PALIKOVIC**
                                    305 Broadway, 7th Floor
                                    New York, New York 10007
                                    Tel: (917) 775-8862

                                    *Attorneys for Plaintiffs and the Proposed Class*

CC: All Counsel of Record via ECF