ANNE BROUS, ET AL. vs ELIGO ENERGY, LLC, ET AL.
Anne Brous on 06/12/2025

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2     - - - - - - - - - - - - - - - - - - - - - - - - - -

 3     ANNE BROUS, AS THE EXECUTRIX OF IRA BROUS, and
       MICHELLE SCHUSTER, on behalf of themselves and all
 4     others similarly situated,

 5               Plaintiffs,

 6                           Civil Action No. 1:24-cv-01260-ER

 7     v.

 8
       ELIGO ENERGY, LLC and ELIGO ENERGY NY, L.L.C.,
 9
                 Defendants.
10
       - - - - - - - - - - - - - - - - - - - - - - - - - -
11

12

13      Videotaped Virtual Zoom Deposition of ANNE BROUS,

14     held pursuant to Rule 30 of the Federal Rules of

15     Civil Procedure, before Lisa A. Peterson, Court

16     Reporter and Notary Public of the State of New York,

17     on Thursday, June 12, 2025, at 9:00 a.m., as per

18     Notice.

19

20

21

22                       HUSEBY, INC.
                1230 West Morehead Street, Suite 408
23                    Charlotte, NC  28208
                       Phone: 800-3332082
24                     Fax: 704-372-4593

25
```

Page 30

```
 1    have any understanding as to what has occurred,
 2    procedurally, in the litigation?
 3            MR. BLANKINSHIP:  Same objections.
 4            THE WITNESS:  No.
 5            MR. WATSTEIN:  When did you first -- when did
 6    you first learn that Eligo was seeking to take your
 7    deposition?
 8            MR. BLANKINSHIP: Objection.  Vague.
 9            THE WITNESS:  I don't know.  Sometime
10    recently.
11  BY MR. WATSTEIN:
12  Q. So in the last month?
13  A. Month, something like that.
14  Q. Do you know how many complaints have been filed in
15    this case?
16  A. No.
17  Q. Do you know whether counsel has sought to amend the
18    Complaint to substantially reduce the size of the
19    Class?
20  A. No.
21  Q. Do you know if there had been any Discovery Motions
22    filed with the case?
23  A. No.
24            MR. BLANKINSHIP:  Objection.  Vague.  Calls
25    for a legal conclusion.
```

Page 76

1
2      (Whereupon Defendant's Exhibit 6, the First Amended
3      Complaint, was deemed marked for identification.)
4
5   BY MR. WATSTEIN:
6   Q. This is the First Amended Complaint.  Ms. Brous, do
7      you recognize the document that I've marked as
8      Defendant's Exhibit Number 6?
9   A. No.
10  Q. Do you know if you've seen it before?
11  A. I have looked at a lot of papers.  I don't know the
12     answer to that.
13  Q. Okay.  Well, I'll represent to you that it is the
14     First Amended Complaint in this matter, which is the
15     document that contains the Plaintiff's allegations
16     against the Defendants.
17         You'll see at the top there it says "Ira Brous"
18     and "Michelle Schuster"; et cetera, et cetera?
19         Do you see that?
20  A. Yes.
21  Q. I'd like to ask you to flip to page four and you'll
22     see that in paragraphs twelve to fifteen, there's
23     some allegations about the "Parties" and Mr. Brous
24     in particular.  Do you see that?
25  A. Right.

Page 77

```
 1   Q. Okay.  The last sentence of paragraph twelve says,
 2      "Unbeknownst to Mr. Brous, Eligo charged him
 3      excessive and unauthorized variable rates every
 4      month."; do you see that?
 5   A. Yes.
 6   Q. Okay.  Is that accurate?
 7   A. I could not answer that, because I'm not the person
 8      that would have ever calculated that.  I assume it's
 9      correct.  I trust what the lawyers have done to
10      prepare for this.
11   Q. Okay.  But did you ever develop -- did you ever
12      develop an understanding about whether Eligo charged
13      excessive and unauthorized variable rates?
14   A. I believe that's what this whole case is about.
15   Q. Right.  But let me ask it a different way; what is
16      your basis for including that statement in this
17      Complaint?
18          MR. BLANKINSHIP:  Objection.  Asked and
19      answered.  Lack of foundation.
20          THE WITNESS:  What is my understanding?
21          MR. WATSTEIN:  What is your factual basis for
22      including that allegation?
23          THE WITNESS:  I don't have facts.
24          MR. BLANKINSHIP:  Same objections.
25   BY MR. WATSTEIN:
```

1    her testimony.  Argumentative.  You can answer.
2         THE WITNESS:  Because I trust that the people
3    that are handling this case have a lot more
4    expertise than I have, to be able to make the
5    calculation.
6  BY MR. WATSTEIN:
7  Q. Okay.  If you'll turn to page thirty-one, paragraph
8    ninety.  Actually, why don't we do this; why don't
9    we go back to -- you can keep it open, but I just
10   want to go back to talking about this document
11   generally.
12        When is the first time, if you recall, that you
13   saw this document?
14 A. I can't recall.
15 Q. Do you know if you saw it before the lawsuit was
16   filed?
17 A. This document?
18 Q. Yes.
19 A. No, I can't answer that.  I don't think so.  I don't
20   know.  I don't know when I saw it.
21 Q. Okay.  And do you know if everything in here is
22   accurate?
23 A. How would I know that?
24 Q. Okay.  Did you do anything to confirm the accuracy
25   of anything in the Complaint?

ANNE BROUS, ET AL. vs ELIGO ENERGY, LLC, ET AL.
Anne Brous on 06/12/2025

Page 94

```
 1   A. No.
 2   Q. Do you remember responding to Discovery Requests in
 3      this case?
 4          MR. BLANKINSHIP: Objection. Vague.
 5          THE WITNESS: No, I don't remember.
 6   BY MR. WATSTEIN:
 7   Q. And I'll tell you that Discovery is the process
 8      where both parties in the litigation get information
 9      from each other. This is part of Discovery; this
10      deposition. Another part of Discovery is a party's
11      lawyers can serve a set of requests for production
12      of information to the other side and then the other
13      side has to go and look for information that is
14      responsive and they respond in writing and produce
15      certain documents.
16          Do you understand my description just now, of
17      the Discovery process at eye level?
18   A. I read a lot of mysteries.
19          MR. BLANKINSHIP: I'm going to object that
20      that was an incomplete description and lack of
21      foundation.
22   BY MR. WATSTEIN:
23   Q. Sure. Do you have a recollection of being served
24      any written Discovery Requests in this case?
25   A. Written Discovery -- like what's an example?
```

Page 146

1           C E R T I F I C A T I O N

2

3   STATE OF NEW YORK

4   COUNTY OF ERIE

5           I, LISA A. PETERSON, Notary Public in and for

6       the State of New York do hereby certify:

7           That the transcript appearing hereinbefore was

8       taken pursuant to notice at the time and place as

9       herein set forth; that said transcript was

10      stenographically recorded through machine shorthand

11      by me and thereafter computer transcribed into

12      laser printing.

13          I HEREBY CERTIFY, that the foregoing

14      transcript is a full, true and correct

15      transcription of my machine shorthand notes so

16      taken.

17          IN WITNESS WHEREOF, I have hereunto subscribed

18      my name and affixed my stamp this 28th day of June

19      2025.

20

21

22          BY: *Lisa Peterson*

              LISA A. PETERSON

23

24

25