**Wittels McInturff Palikovic**

September 25, 2025

**Via ECF**
Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

Re:  ***Brous, et al. v. Eligo Energy, LLC, et al., 24 Civ. 1260 (ER)***

Dear Judge Ramos,

    We write on behalf of Plaintiffs and the proposed Class in accordance with Rule 1.E of Your Honor's Individual Practices to request a one-week adjournment of the deadline for Plaintiffs to respond to Defendants' Pre-Motion Conference Letter Regarding Communications of Non-Party Ramsey Brous.  *See* ECF No. 277.  Defendants consent to Plaintiffs' request.

    The current deadline for Plaintiffs' response is September 26, 2025.  The requested new deadline is **October 3, 2025**.

    The reason for this request is that Plaintiffs' Counsel has previously scheduled commitments in other class action matters and needs additional time to adequately respond to Defendants' pre-motion letter.

    This is Plaintiffs' first request to adjourn this deadline, and no other scheduled dates are affected by this request.

    Thank you for the Court's consideration of this request.

                                  Respectfully Submitted,

                                  /s/ J. Burkett McInturff
                                  J. Burkett McInturff

                                  *Counsel for Plaintiffs and the Proposed Class*