IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE BROUS, AS THE EXECUTOR OF THE ESTATE OF IRA BROUS and MICHELL SCHUSTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELIGO ENERGY, LLC and ELIGO ENERGY NY, LLC, | Case No. 1:24-cv-01260-ER |

NOTICE OF FILING MOTION TO TRANSFER WITH THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on September 30, 2025, Defendants Eligo Energy, LLC and Eligo Energy NY, LLC filed with the Clerk of the Judicial Panel on Multidistrict Litigation a Motion for Transfer of Actions to the Southern District of New York Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings.

A copy of the motion, including supporting papers and exhibits, is attached hereto.

*Signature follows on next page.*

Dated: September 30, 2025

Respectfully submitted,

/s/ Ryan D. Watstein
Ryan D. Watstein (*pro hac vice*)
David Meadows (*pro hac vice*)
Abigail Howd (*pro hac vice*)
Leo P. O'Toole
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Tel: (404) 782-0695
ryan@wtlaw.com
dmeadows@wtlaw.com
ahowd@wtlaw.com
lotoole@wtlaw.com

*Attorneys for Defendants Eligo Energy, LLC and Eligo Energy NY, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Ryan D. Watstein*
Ryan D. Watstein
