# Exhibit C

Brous, et al. v. Eligo, et al., No. 24 Civ. 1260
<u>Ramsey Brous Privilege Log</u>
October 3, 2025

| | Date | Type | Subject | Description | Author | Recipient | CC Recipient | Withheld / Redacted | Basis |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/15/2025 (2) | Text thread with 2 messages | – | Request for and provision of legal analysis after earlier deposition of Ramsey Brous | Ramsey Brous<br><br>J. Burkett McInturff* | J. Burkett McInturff*<br><br>Ramsey Brous | – | Withheld | Attorney-client privilege |
| 2 | 8/4/2025 (10) | Text thread with 10 messages | – | Provision of legal counsel re Ramsey Brous deposition subpoena | J. Burkett McInturff*<br>Ramsey Brous<br>Ramsey Brous<br>J. Burkett McInturff*<br>Ramsey Brous<br>Ramsey Brous<br>J. Burkett McInturff*<br>Ramsey Brous<br>J. Burkett McInturff*<br>Ramsey Brous | Ramsey Brous<br>J. Burkett McInturff*<br>J. Burkett McInturff*<br>Ramsey Brous<br>J. Burkett McInturff*<br>J. Burkett McInturff*<br>Ramsey Brous<br>J. Burkett McInturff*<br>Ramsey Brous<br>J. Burkett McInturff* | – | Withheld | Attorney-client privilege |
| 3 | 7/29/2025 (2) | Text thread with 2 messages | – | Provision of legal counsel re Ramsey Brous deposition subpoena | J. Burkett McInturff*<br>Ramsey Brous | Ramsey Brous<br>J. Burkett McInturff* | – | Withheld | Attorney-client privilege |
| 4 | 7/23/2025 (3) | Text thread with 3 messages | – | Provision of legal counsel re Eigo's intent to depose Ramsey Brous | J. Burkett McInturff*<br>Ramsey Brous<br>J. Burkett McInturff* | Ramsey Brous<br>J. Burkett McInturff*<br>Ramsey Brous | – | Withheld | Attorney-client privilege |
| 5 | 7/22/2025 (2) | Text thread with 2 messages | – | Provision of legal counsel re Eigo's intent to depose Ramsey Brous | J. Burkett McInturff*<br>Ramsey Brous | Ramsey Brous<br>J. Burkett McInturff* | – | Withheld | Attorney-client privilege |
| 6 | 7/14/2025 (1) | Text with 1 message | – | Requesting legal consultation regarding case timing and strategy | J. Burkett McInturff* | Ramsey Brous | – | Withheld | Attorney-client privilege |
| 7 | 5/14/2025 (2) | Text thread with 2 messages | – | Providing update regarding case timing and strategy | Ramsey Brous<br>J. Burkett McInturff* | J. Burkett McInturff*<br>Ramsey Brous | – | Withheld | Attorney-client privilege |
| 8 | 5/13/2025 (1) | Email with 2 attachments | Back of check + Envelope | Seeking legal advice re Eligo claims and attaching 2 documents previously produced at Plaintiffs_0284, -86 | Ramsey Brous | J. Burkett McInturff* | – | Withheld | Attorney-client privilege |
| 9 | 5/13/2025 (1) | Email with 1 attachment | Eligo Check | Seeking legal advice re claims against Eligo and attaching 1 document previously produced at Plaintiffs_0283, -85 | Ramsey Brous | J. Burkett McInturff* | – | Withheld | Attorney-client privilege |

Note: For threaded entries, the Author, Recipient, and CC Recipient fields show the sequencing of communications.
Key: * = outside counsel or staff at Wittels McInturff Palikovic or Finkelstein, Blankinship, Frei-Pearson Garber, LLP

1

Brous, et al. v. Eligo, et al., No. 24 Civ. 1260
Ramsey Brous Privilege Log
October 2, 2025

|    | Date | Type | Subject | Description | Author | Recipient | CC Recipient | Withheld / Redacted | Basis |
|----|------|------|---------|-------------|--------|-----------|--------------|---------------------|-------|
| 10 | 5/13/2025 (13) | Text thread with 13 messages | – | Provision of legal advice regarding claims against Eligo, including correspondence regarding purported refund of Eligo charges, and seeking legal consultation regarding case timing | J. Burkett McInturff*<br><br>Ramsey Brous<br><br>J. Burkett McInturff*<br><br>Ramsey Brous<br><br>J. Burkett McInturff*<br><br>Ramsey Brous<br><br>Ramsey Brous<br><br>J. Burkett McInturff*<br><br>Ramsey Brous<br><br>Ramsey Brous<br><br>J. Burkett McInturff*<br><br>J. Burkett McInturff*<br><br>Ramsey Brous | Ramsey Brous<br><br>J. Burkett McInturff*<br><br>Ramsey Brous<br><br>J. Burkett McInturff*<br><br>Ramsey Brous<br><br>J. Burkett McInturff*<br><br>J. Burkett McInturff*<br><br>Ramsey Brous<br><br>J. Burkett McInturff*<br><br>J. Burkett McInturff*<br><br>Ramsey Brous<br><br>Ramsey Brous<br><br>J. Burkett McInturff* | – | Withheld | Attorney-client privilege |
| 11 | 4/24/2025 (1) | Text with 1 message | – | Requesting legal consultation regarding claims against Eligo | Ramsey Brous | J. Burkett McInturff* | – | Withheld | Attorney-client privilege |
| 12 | 1/31/2025 (1)<br>1/30/2025 (2)<br>8/12/2024 (1) | 4 Emails | Eligo Class Action - Attorney-Client Communication | Counsel providing and Ramsey Brous seeking case updates re claims against Eligo | Ramsey Brous<br>J. Burkett McInturff*<br>Ramsey Brous*<br>Jessica L. Hunter* | J. Burkett McInturff*<br>Ramsey Brous<br>Jessica L. Hunter<br>Ramsey Brous, Anne Brous | Jessica L. Hunter*, Tiasha Palikovic*, Anne Brous<br>Jessica L. Hunter*, Tiasha Palikovic*, Anne Brous<br>J. Burkett McInturff*, Tiasha Palikovic*, Anne Brous<br>J. Burkett McInturff*, Tiasha Palikovic* | Withheld | Attorney-client privilege |
| 13 | 8/12/2024 (3)<br>8/9/2024 (3)<br>8/8/2024 (1) | 7 Emails with 1 attachment | Eligo Class Action - Attorney-Client Communication, Attorney Work Product | Communications regarding documentation of Eligo charges and decedent Ira Brous's will, requesting further legal consultation, and attaching Ira Brous's will (which was subsequently sent to Defense counsel via email on September 3, 2024) | Ramsey Brous<br>Jessica L. Hunter*<br>Ramsey Brous<br>Ramsey Brous<br>Jessica L. Hunter*<br>Ramsey Brous<br>Jessica L. Hunter* | Jessica L. Hunter*<br>Ramsey Brous<br>Jessica L. Hunter*<br>Jessica L. Hunnter*<br>Ramsey Brous<br>Jessica L. Hunter*<br>Ramsey Brous | Tiasha Palikovic*, J. Burkett McInturff*<br>Tiasha Palikovic*, J. Burkett McInturff*<br>Tiasha Palikovic*, J. Burkett McInturff*<br>Tiasha Palikovic*, J. Burkett McInturff*<br>Tiasha Palikovic*, J. Burkett McInturff*<br>Tiasha Palikovic*, J. Burkett McInturff*<br>Tiasha Palikovic*, J. Burkett McInturff* | Withheld | Attorney-client privilege |

Note: For threaded entries, the Author, Recipient, and CC Recipient fields show the sequencing of communications.
Key: * = outside counsel or staff at Wittels McInturff Palikovic or Finkelstein, Blankinship, Frei-Pearson Garber, LLP

2

Brous, et al. v. Eligo, et al., No. 24 Civ. 1260
<u>Ramsey Brous Privilege Log</u>
October 2, 2025

| | Date | Type | Subject | Description | Author | Recipient | CC Recipient | Withheld / Redacted | Basis |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 8/12/2024 (6) | Text thread with 6 messages | – | Request for and provision of update regarding case timing and strategy | Ramsey Brous<br>Ramsey Brous<br>Jessica L. Hunter*<br>Ramsey Brous<br>Ramsey Brous<br>Jessica L. Hunter* | Jessica L. Hunter*<br>Jessica L. Hunter*<br>Ramsey Brous<br>Jessica L. Hunter*<br>Jessica L. Hunter*<br>Ramsey Brous | Tiasha Palikovic*<br>Tiasha Palikovic*<br>Tiasha Palikovic*<br>Tiasha Palikovic*<br>Tiasha Palikovic*<br>Tiasha Palikovic* | Withheld | Attorney-client privilege |
| 15 | 8/8/2024 (4)<br>8/7/2024 (1) | Text thread with 5 messages | – | Communications regarding documentation of Eligo billing and legal claims against Eligo related to unlawful charges | Ramsey Brous<br>Jessica Hunter*<br>Ramsey Brous<br>Jessica L. Hunter*<br>Jessica L. Hunter* | Jessica L. Hunter*<br>Ramsey Brous<br>Jessica L. Hunter*<br>Ramsey Brous<br>Ramsey Brous | Tiasha Palikovic*<br>Tiasha Palikovic*<br>Tiasha Palikovic*<br>Tiasha Palikovic*<br>Tiasha Palikovic* | Withheld | Attorney-client privilege |
| 16 | 7/26/2024 (1) | Text with 1 message | – | Providing update on legal advice regarding claims against Eligo and requesting further legal consultation | J. Burkett McInturff* | Ramsey Brous | – | Withheld | Attorney-client privilege |
| 17 | 7/21/2024 (8) | Text thread with 8 messages | – | Providing update regarding case timing and requesting legal consultation re claims against Eligo | J. Burkett McInturff*<br>Ramsey Brous<br>J. Burkett McInturff*<br>J. Burkett McInturff*<br>Ramsey Brous<br>Ramsey Brous<br>J. Burkett McInturff*<br>Ramsey Brous | Ramsey Brous<br>J. Burkett McInturff*<br>Ramsey Brous<br>Ramsey Brous<br>J. Burkett McInturff*<br>J. Burkett McInturff*<br>Ramsey Brous<br>J. Burkett McInturff* | – | Withheld | Attorney-client privilege |
| 18 | 7/19/2024 (1)<br>6/28/2024 (3) | 4 Emails | ELIGO ENERGY LAWSUIT - CONFIDENTIAL ATTNY CLIENT WORK PRODUCT | Request for update regarding case timing and request for legal consultation re claims against Eligo | J. Burkett McInturff*<br>Ramsey Brous<br>J. Burkett McInturff*<br>Ramsey Brous | Ramsey Brous<br>J. Burkett McInturff*<br>Ramsey Brous<br>J. Burkett McInturff* | – | Withheld | Attorney-client privilege |

Note: For threaded entries, the Author, Recipient, and CC Recipient fields show the sequencing of communications.
Key: * = outside counsel or staff at Wittels McInturff Palikovic or Finkelstein, Blankinship, Frei-Pearson Garber, LLP

Brous, et al. v. Eligo, et al., No. 24 Civ. 1260
Ramsey Brous Privilege Log
October 2, 2025

| | Date | Type | Subject | Description | Author | Recipient | CC Recipient | Withheld / Redacted | Basis |
|---|---|---|---|---|---|---|---|---|---|
| 19 | 1/13/2024 (1)<br><br>1/9/2024 (2)<br><br>12/18/2023 (6)<br><br>12/14/2023 (7)<br><br>12/13/2023 (1)<br><br>11/20/2023 (3)<br><br>11/19/2023 (1)<br><br>11/14/2023 (1) | 24 Emails with 14 attachments | Eligo Energy Class Action - CONFIDENTIAL ATTNY CLIENT WORK PRODUCT | Ramsey Brous seeking and counsel providing legal advice re possible claims against Eligo, including correspondence regarding documentation of Eligo billing, and attaching documents previously produced at Plaintiffs_0218-78, 87 | J. Burkett McInturff*<br><br>Nathan Rice*<br><br>Ramsey Brous<br><br>Nathan Rice*<br><br>Ramsey Brous<br><br>Nathan Rice*<br><br>Ramsey Brous<br><br>J. Burkett McInturff*<br><br>Ramsey Brous<br><br>J. Burkett McInturff*<br><br>Ramsey Brous<br><br>Ramsey Brous<br><br>Nathan Rice*<br><br>Ramsey Brous<br><br>Nathan Rice* | Nathan Rice*, Ramsey Brous<br><br>Ramsey Brous<br><br>Nathan Rice*<br><br>Ramsey Brous<br><br>Nathan Rice*<br><br>Ramsey Brous<br><br>J. Burkett McInturff*<br><br>Ramsey Brous<br><br>J. Burkett McInturff*<br><br>Ramsey Brous<br><br>J. Burkett McInturff*<br><br>Nathan Rice*<br><br>Ramsey Brous<br><br>Nathan Rice<br><br>Ramsey Brous | –<br><br>–<br><br>–<br><br>–<br><br>J. Burkett McInturff*<br><br>J. Burkett McInturff*<br><br>Nathan Rice*<br><br>Nathan Rice**<br><br>–<br><br>–<br><br>–<br><br>–<br><br>–<br><br>–<br><br>– | Withheld | Attorney-client privilege |
| 20 | 12/18/2023 (1) | Email with 1 attachment | Eligo Energy Class Action Retainer Agreement - Ramsey Brous - 12.15.23 between Wittels McInturff Palikovic and Ramsey Brous is Signed and Filed! | Automated email from Adobe caused to be sent by Nathan Rice* attaching retainer agreement executed by Ramsey Brous | adobesign@adobesign.com | Ramsey Brous, Nathan Rice* | J. Burkett McInturff* | Withheld | Attorney-client privilege; attorney work product |
| 21 | 12/15/2023 (1) | Email | Signature requested on "Eligo Energy Class Action Retainer Agreement - Ramsey Brous - 12.15.23" | Automated email via Adobe caused to be sent by Nathan Rice* providing link to unexecuted retainer agreement | Nathan Rice via Adobe Acrobat Sign <adobesign@adobesign.com> | Ramsey Brous | – | | Attorney-client privilege; attorney work product |
| 22 | 11/19/2023 (1)<br><br>11/18/2023 (1)<br><br>11/14/2023 (1) | 3 Emails | Eligo/NYSEG | Correspondence regarding documentation of Eligo charges made for purpose of obtaining legal advice, in anticipation of litigation, and pursuant to request of counsel at Wittels McInturff Palikovic | Anne Brous<br><br>Ramsey Brous<br><br>Ramsey Brous | Ramsey Brous<br><br>Anne Brous<br><br>Anne Brous | – | Withheld | Attorney-client privilege; attorney work product |

Note: For threaded entries, the Author, Recipient, and CC Recipient fields show the sequencing of communications.
Key: * = outside counsel or staff at Wittels McInturff Palikovic or Finkelstein, Blankinship, Frei-Pearson Garber, LLP

4

**Brous, et al. v. Eligo, et al., No. 24 Civ. 1260**
<u>Ramsey Brous Privilege Log</u>
October 2, 2025

|    | Date | Type | Subject | Description | Author | Recipient | CC Recipient | Withheld / Redacted | Basis |
|----|------|------|---------|-------------|--------|-----------|--------------|---------------------|-------|
| 23 | 11/13/2023 (1) | Email with 1 attachment | New Voice Message from on 11/13/2023 12:32 PM | Automated RingCentral email attaching voice message from Ramsey Brous to WMP requesting legal advice regarding Eligo overcharges | RingCentral <notify@ringcentral.com> | Ethan Roman*, J. Burkett McInturff*, Tiasha Palikovic*, Jessica L. Hunter* | – | Withheld | Attorney-client privilege |

Note: For threaded entries, the Author, Recipient, and CC Recipient fields show the sequencing of communications.
Key: * = outside counsel or staff at Wittels McInturff Palikovic or Finkelstein, Blankinship, Frei-Pearson Garber, LLP