# Exhibit A

*Slipsheet for Defs.' Sept. 8 Privilege Log (Annotated)*

*Provided as Native Excel File*