# Exhibit B
## *(redacted version)*

**Exhibit B: Plaintiffs' Examples of Inadequate Log Entries Involving Third Parties**

<u>Documents Shared ████████████</u>

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | DEF 068207 | Redacted | Attorney Client Privilege | Requesting, providing, forwarding, discussing, or containing legal advice | Regarding regulatory compliance | | | Presentation | | | | | | 10/21/24 21:37 |

**Item 1 deficiencies:** The log fails to identify any attorneys, and fails to disclose that this document, an ████████████████ ████ was shared with third party ██████████ ██████████████ *See* Tr. of K. Pedotto Dep., at 33:11-12; *see also* Exhibit C, Excerpts of presentation produced at DEF068207–370.

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2. | DEF 061654 | Withheld | Attorney Client Privilege | Providing or requesting information for the purpose of rendering legal advice | Regarding deal negotiation | Alexander Rozenblat* | | Document | Anant Yardi | | | | | 7/29/22 22:46 |

**Item 2 deficiencies:** The log discloses that this withheld document was authored by third party **Anant Yardi, CEO and founder of Yardi** ████████████ Aside from not explaining how the presence of a third party does not destroy privilege, the log fails to provide any meaningful information by which to assess privilege: is the document providing or requesting legal information? Who is requesting or providing the information? How is attorney A. Rozenblat involved if he is neither author nor recipient of the document? What "deal" is at issue?

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3. | DEF 086998 | Redacted | Attorney Client Privilege | Requesting, providing, forwarding, discussing, or containing legal advice | Regarding regulatory compliance | Alexander Rozenblat* | | Document | Anant Yardi | | | | | 8/2/22 13:25 |

**Item 3 deficiencies:** This redacted document was authored by third party **Anant Yardi, CEO and founder of Yardi**. It is ████████████████████ ███████████████████████████████████████████████. Review of the document itself strongly indicates it was also shared with another third party, ██████████████████████████████.

<u>Documents Shared with Other Energy Sector Companies</u>

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4. | DEF 066756 | Withheld | Attorney Client Privilege | Providing or requesting information for the purpose of rendering legal advice | Regarding company policies | Alexander Rozenblat* | | Presentation | Natalia Bychkova | | | | | 9/14/18 18:12 |

**Item 4 deficiencies:** This entry is problematic in several respects: 1) it does not provide either the Eligo role and title or the third party status of **Natalia Bychkova**, who is listed as the author; 2) the description and subject matter raise more questions than they answer: is the document providing or requesting information for the purpose of rendering legal advice? Which company policies are at issue? Additionally, the log fails to disclose that this document is attached to an email chain (DEF066753, *see* Pls.' Item No. 5 below), which omission raises additional questions: 4) was this attachment also shared with third party ████████████████████, who appears as a sender and recipient on the parent email chain; 5) if so, why doesn't the inclusion of ██████ on the parent email chain result in waiver; 6) why does the parent email chain have a different subject ("████████████") than the attachment ("████████████"); and 7) how the document is privileged, given that the email ("████████████████████████") and document title ("████████████") both strongly suggest it was external-facing material intended to be shared with third parties.

*Note: Due to space constraints, this Exhibit removes repetitive and/or non-substantive information (e.g., repetition of certain column headings in entries, "<>" symbols around email addresses, etc.). Refer to Ex. A for full entries.*

*Exhibit B: Plaintiffs' Examples of Inadequate Log Entries Involving Third Parties*

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5. | DEF 066753 | Redacted | Attorney Client Privilege | Requesting, providing, forwarding, discussing, or containing legal advice | Regarding deal negotiation | Alexander Rozenblat* | | Document | | "arozenblat@eligo energy.com" <arozenblat@elig oenergy.com> | "'Ken Pedotto'" <kpedotto@eligo energy.com> | | "'Sasha Lukovenko'" <alukovenko@eligoenergy.co m>, "'Mike Lindert'" <mlindert@eligoenergy.com> | 9/14/18 18:15 |

**Item 5 deficiencies:** This document's redacted portions were both sent and received by third party ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, whom the log fails to disclose or provide any information about. Additionally, essential metadata from the document (subject, to, from, cc) was improperly redacted, and that redaction is not logged. Additional deficiencies are noted *supra*, Pls.' Item No. 4.

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6. | DEF 067119 | Withheld | Attorney Client Privilege | Providing or requesting information for the purpose of rendering legal advice | Regarding regulatory compliance | Alexander Rozenblat* | | Document | Kevin Long | | | | | 5/2/18 16:06 |

**Item 6 deficiencies:** The document was authored by **Kevin Long, an unidentified third party**. The log fails to disclose that this document was also sent by another third party, ▮▮▮▮▮▮▮▮▮ (i.e., it is attached to DEF067118, which has no metadata, but is listed on the log as an email from M. Borja to K. Pedotto and A. Rozenblatt at Eligo). It is not clear if Eligo is claiming ▮▮▮▮▮▮▮ is requesting or providing information for the purpose of legal advice. ▮▮▮▮▮▮▮ appears as a sender on 9 other emails, all withheld in their entirety: DEF067043, DEF067039, DEF075738, DEF066987, DEF066983, DEF066972, DEF075730, DEF066908, DEF067140.

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7. | DEF 088048 | Redacted | Attorney Client Privilege | Requesting, providing, forwarding, discussing, or containing legal advice | Regarding deal negotiation | Alexander Rozenblat* | | Email | | Mikel.smith@edfe nergy.com | Alexander Goldstein (Eligo) | | | 10/20/16 16:55 |

**Item 7 deficiencies:** The redacted portion of this email was shared with third party **Mikel Smith at EDF Energy**. The log also fails to disclose other recipients of the redacted information, including ▮▮▮▮▮▮▮▮▮▮▮ and an unidentified individual named ▮▮▮▮▮▮▮. The log provides no explanation of on whose behalf ▮▮▮▮▮▮ is acting. ▮▮▮▮▮▮ appears on another redacted email, DEF064457, which also fails to disclose all recipients, including other employees of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8. | DEF 061927 | Withheld | Attorney Client Privilege | Containing confidential materials prepared for or at the direction of counsel during the course of or in anticipation of litigation | Regarding deal negotiation | Alexander Rozenblat* | | Email | Ken Pedotto | Joseph Barnas joseph.barnas@gmail.com; Ian Scott iscott@eligoenergy.com, Yannie Moraitis ymoraitis@eligoenergy.com, Alexander Rozenblat arozenblat@eligoenergy.com; Alexander Goldstein alexg@eligoenergy.com, Mark Friedgan mark@eligoenergy.com, Edgar Ancona eancona@eligoenergy.com | | | 5/21/22 9:22 |

**Item 8 deficiencies:** This withheld email was sent to **Joseph Barnas, an unidentified third party**. Eligo provides no information regarding who Mr. Barnas is or why his presence does not result in waiver. The "privilege log description" seems contradicted by the "subject matter description," as it is unclear whether the purportedly privileged communication pertains to "deal negotiation" or anticipated litigation. Mr. Barnas appears as an author, sender, or recipient on 10 other withheld emails, including DEF085364, DEF061834, DEF064552, DEF064528, DEF065144, DEF064503, DEF064971, DEF064969, DEF061713, DEF061707.

//

//

*Note: Due to space constraints, this Exhibit removes repetitive and/or non-substantive information (e.g., repetition of certain column headings in entries, "<>" symbols around email addresses, etc.). Refer to Ex. A for full entries.*

**Exhibit B: Plaintiffs' Examples of Inadequate Log Entries Involving Third Parties**

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9. | DEF 080606 | Withheld | Attorney Client Privilege | Requesting, providing, forwarding, discussing, or containing legal advice | Regarding contract terms, draft contract, or contract interpretation | | | Document | Jackie Moy | | | | | 2/7/23 17:11 |

**Item 9 deficiencies:** The log lists an <span style="color:red">unidentified third party Jackie Moy,</span> who served as <span style="color:red">Senior Counsel at EDF Energy North America at the time</span> as the author of this document, without explaining how her authorship does not destroy privilege, whether she is requesting, providing, forwarding, discussing or including legal advice in her document, or who the attorney involved in this purportedly privileged communication is. Ms. Moy is also listed as an author on 3 other withheld documents: DEF080650, DEF080741, DEF08076.

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10. | DEF 090936 | Withheld | Attorney Client Privilege | Providing or requesting information for the purpose of rendering legal advice | Regarding regulatory compliance | Thomas Moore* | | PDF | Graham Jesmer | | | | | 8/10/23 12:01 |

**Item 10 deficiencies:** The log lists an <span style="color:red">unidentified third party Graham Jesmer,</span> who serves as <span style="color:red">Regulatory Counsel at ISO New England Inc.</span> as the author of this document, without explaining how his authorship does not destroy privilege, whether he is providing or requesting information for the purpose of rendering legal advice, or how Eligo employee Mr. Thomas is involved as counsel, since he does not appear as an author or recipient of the document. The log also fails to disclose that this document is an attachment to DEF090809 (a withheld chat) or who this document was shared with, since in its document production Eligo appears to have scrubbed all metadata for its parent document and lists no senders or recipients for it on the log.

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11. | DEF 064627 | Withheld | Attorney Client Privilege | Requesting, providing, forwarding, discussing, or containing legal advice | Regarding company policies | Alexander Rozenblat* | | Email | Kenneth Pedotto kpedotto@eligoenergy.com | Alexander Goldstein alexg@eligoenergy.com Alexander Rozenblat arozenblat@eligoenergy.com Mark Friedgan mark@eligoenergy.com Edgar Ancona eancona@eligoenergy.com Aviv Shalgi aviv@solarsimplified.com Brett Jurishi brett@brokerxapp.com | | | 5/22/22 16:24 |

**Item 11 deficiencies:** The log lists <span style="color:red">two unidentified third parties, Aviv Shalgi, CEO of Solar Simplified and Brett Jurishi, CEO of BrokerX</span> as recipients of this document, without explaining how their presence does not destroy privilege (BrokerX and Solar Simplified appear to be companies ███████████████████████), whether the author of the communication is requesting, providing, forwarding, discussing or including legal advice, or what the "company policies" the legal advice pertains to are. Mr. Shalgi also appears on 3 other redacted communications: DEF058352, DEF058091, DEF056243.

## Documents Shared with Governmental Entities or Contractors

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12. | DEF 057443 | Withheld | Attorney Client Privilege | Requesting, providing, forwarding, discussing, or containing legal advice | Regarding contract terms, draft contract, or contract interpretation | Alexander Rozenblat* | | PDF | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/71.0.3578.98 Safari/537.36 | Gundrum, Mark R (NYSERDA) Mark.Gundrum@nyserda. ny.gov | arozenblat@eligoenergy.com | | | 1/11/19 13:46 |

**Item 12 deficiencies:** This appears to be a PDF of a withheld email sent from <span style="color:red">Mark Gundrum, a Project Manager at the New York State Energy Research and Development Authority.</span> No explanation is provided regarding why his authorship does not defeat privilege. It is also not clear if Eligo is claiming that the NYSERDA employee is requesting, providing, or forwarding legal advice, and which contract it pertains to. The log also fails to identify this as an attachment to DEF057440, ████████████████████████████████████████, and therefore cannot evaluate for privilege. Further, the ████████████████████████████████████ which appears to be at odds with the document's subject matter, namely "contract interpretation."

*Note: Due to space constraints, this Exhibit removes repetitive and/or non-substantive information (e.g., repetition of certain column headings in entries, "<>" symbols around email addresses, etc.). Refer to Ex. A for full entries.*

**Exhibit B: Plaintiffs' Examples of Inadequate Log Entries Involving Third Parties**

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13. | DEF 045623 | Withheld | Attorney Client Privilege | Requesting, providing, forwarding, discussing, or containing legal advice | Regarding regulatory compliance | Melissa "Melly" Cole* | | Document | Jeff Leupold | | | | | 6/3/20 10:49 |

**Item 13 deficiencies:** This withheld document was authored by unidentified third party <span style="color:red">Jeff Leupold</span>, who appears to be <span style="color:red">Senior Counsel for the Massachusetts Department of Public Utilities</span>. No explanation is provided regarding why his authorship does not defeat privilege. It is also not clear if Eligo is claiming that Mr. Leupold is requesting, providing, forwarding, or discussing legal advice regarding Eligo's regulatory compliance. Mr. Leupold is also logged as an author of another withheld email, DEF045624.

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14. | DEF 045484 | Withheld | Attorney Client Privilege | Providing or requesting information for the purpose of rendering legal advice | Regarding contract terms, draft contract, or contract interpretation | Sara Erfani* Melissa "Melly" Cole* | | Document | Odoguwu Obi Linton | | | | | 1/15/21 8:04 |

**Item 14 deficiencies:** The log lists <span style="color:red">Odoguwu Obi Linton, a Maryland Public Service Commissioner</span>, as this document's author, without explaining how his authorship does not destroy privilege, which "contract" he is writing about, or whether he is providing or requesting information for the purpose of rendering legal advice. During conferral, Eligo claimed that this document, as well as DEF045486, authored by ███████, are privileged because they contain draft terms of service and disclosure statements containing Eligo's in-house counsel's advice. However, no attorney is logged as author or co-author of either document.

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15. | DEF 091313 | Witheld | Attorney Client Privilege | Providing or requesting information for the purpose of rendering legal advice | Regarding regulatory compliance | Alexander Rozenblat* | | Spreadsheet | Alexander W. Gorski | | | | | 2/25/22 13:54 |

**Item 15 deficiencies:** The log lists an <span style="color:red">unidentified third party Alexander W. Gorski,</span> who appears to be an <span style="color:red">industry economist at the U.S. Energy Information Administration</span>, as the author of this document, without explaining how his authorship does not destroy privilege, whether he is providing or requesting information for the purpose of rendering legal advice, or how Eligo employee Mr. Rozenblat is involved as counsel, since he does not appear as an author or recipient of the document. The log also fails to disclose that this document is an attachment to DEF91309 (a withheld chat) or who this document was shared with, since the slipsheet for DEF091309 produced by Eligo appears to have had all metadata scrubbed and lists no senders or recipients on the log.

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16. | DEF 067033 | Withheld | Attorney Client Privilege | Providing or requesting information for the purpose of rendering legal advice | Regarding company policies | Alexander Rozenblat* | | Document | Allen Deitz | | | | | 1/25/02 12:31 |

**Item 16 deficiencies:** This document was authored by <span style="color:red">Allen Deitz</span>, a third party about whom Eligo provides no information. Plaintiffs' research suggests Mr. Deitz is an <span style="color:red">employee of GovCIO</span>, a company specializing in government IT. The log omits that this document is an attachment to DEF067011 (a withheld document with all metadata scrubbed from the corresponding slipsheet in the production), which the log describes as an email between Alexander Rozenblat, Ken Pedotto, and "Arpan Shah" arpan@eligoenergy.com without explaining what Mr. Shaw's role and title at Eligo.

//

//

//

*Note: Due to space constraints, this Exhibit removes repetitive and/or non-substantive information (e.g., repetition of certain column headings in entries, "<>" symbols around email addresses, etc.). Refer to Ex. A for full entries.*

*Exhibit B: Plaintiffs' Examples of Inadequate Log Entries Involving Third Parties*

## Documents Shared with Financial Sector Companies

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17. | DEF 054312 | Withheld | Attorney Client Privilege | Providing or requesting information for the purpose of rendering legal advice | Regarding company policies | Alexander Rozenblat* | | Document | Kentos, Jennifer [ICG-CCB] | | | | | 4/3/20 19:16 |

**Item 17 deficiencies:** The log lists <span style="color:red">**Jennifer Kentos, a Vice President/Commercial Relationship Manager at Citibank**</span> as the author of this document, but does not explain why her authorship does not destroy privilege, which "company policies" are at issue, or whether Ms. Kentos is providing or requesting information for the purpose of rendering legal advice. Ms. Kentos also appears as an author for another withheld document, DEF065865.

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18. | DEF 052771 | Withheld | Attorney Client Privilege | Providing or requesting information for the purpose of rendering legal advice | Regarding deal negotiation | | | PDF | Vin Deshpande; Fernando Alvarez | | | | | 4/23/23 21:45 |

**Item 18 deficiencies:** The log lists <span style="color:red">**Vin Deshpande and Fernando Alvarez of Drexel Hamilton, LLC**</span> (their respective titles are: "Sector Lead of Power / Power Services, Government Services and Cyber Investment Banking" and "VP of Investment Banking") as the authors of this document, without explaining how their authorship does not destroy privilege, which "deal" they are writing about, whether they are providing or requesting information for the purpose of rendering legal advice, and who the attorney involved in this communication is. The log also fails to disclose who this document was shared with, since it is an attachment to a withheld email that does not appear on the log. Instead, Eligo claims the parent email is non-responsive and has scrubbed all sender, recipient, date and subject metadata fields from the associated slipsheet in its document production. Messrs. Deshpande and Alvarez authored 16 other withheld documents, including: DEF086567, DEF051659, DEF051668, DEF051698, DEF051801, DEF051810, DEF052501, DEF052589, DEF052680, DEF086760, DEF089115, DEF092934, DEF051968, DEF051977, DEF052301, DEF052927.

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19. | DEF 070334 | Redacted | Attorney Client Privilege | Requesting, providing, forwarding, discussing, or containing legal advice | Regarding pending litigation | Alexander Rozenblat* | | Spreadsheet | Kyle Jaehrling | | | | | 12/1/22 12:48 |

**Item 19 deficiencies:** The log lists an <span style="color:red">**unidentified third party Kyle Jaehrling, an accountant employed by RSM US LLP**</span> as the author of this spreadsheet, without explaining how his authorship does not destroy privilege, whether he is requesting, providing, forwarding, discussing or including legal advice in his document, which "pending litigation" the legal advice is concerning or how Mr. Rozenblat is involved as counsel since he is neither the author nor recipient of the document. The log also fails to note that this document is an attachment to DEF070332, which shows this spreadsheet was shared ████████████████████████. Mr. Jaehrling is also listed as an author on 3 other redacted documents: DEF070324, DEF070337, DEF070501.

| Pls.' Item No. | Bates /Control | Privilege | Privilege Type/Basis | Privilege Log Description | Privilege Subject Matter | In House Counsel | Outside Counsel | Type | Author | From | To | BCC | CC | Primary Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20. | DEF 054329 | Redacted | Attorney Client Privilege | Requesting, providing, forwarding, discussing, or containing legal advice | Regarding contract terms, draft contract, or contract interpretation | Alexander Rozenblat* | | Spreadsheet | | Alexander Goldstein alexg@eligoenergy.com | Randall Winters rwinters@elkcapitaladvisors.com | | Kenneth Pedotto kpedotto@eligoenergy.com, Alex Rosenblat arozenblat@eligoenergy.com | 6/4/21 10:58 |

**Item 20 deficiencies:** The log lists an <span style="color:red">**unidentified third party Randall Winters, a principal at E.L.K. Capital Advisors, LLC**</span> as the author of this document, without explaining how Eligo can assert privilege over Mr. Winters' statements, whether he is requesting, providing, forwarding, discussing or including legal advice in his email, or which "contract" the legal advice in his email is concerning.

*Note: Due to space constraints, this Exhibit removes repetitive and/or non-substantive information (e.g., repetition of certain column headings in entries, "<>" symbols around email addresses, etc.). Refer to Ex. A for full entries.*