# Exhibit C

*Slipsheet for DEF068207 Excerpt*

*Document Filed under Seal*