

October 9, 2025

<u>Via ECF</u>
Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

      Re:    <u>*Brous, et al. v. Eligo Energy, LLC, et al.*</u>, **No. 1:24-cv-1260 (ER)**

Dear Judge Ramos,

We write on behalf of Plaintiffs and the proposed Class in accordance with Your Honor's Individual Rule § 3.ii. to provisionally redact and seal portions of Plaintiffs' letter request (and supporting exhibits) for a pre-motion conference on Plaintiffs' anticipated motion addressing Defendants' privilege log ("Letter-Motion," Doc. 285 (redacted), Doc. 287 (sealed)).

Plaintiffs' Letter-Motion and Exhibits B and C thereto contain information that Defendants designated confidential under the court-ordered protective order (Doc. 38). Per the Southern District of New York Electronic Case Filing Rules & Instructions § 6.5(a), Plaintiffs respectfully submit that the Viewing Level to be provisionally applied to the unredacted copies of these documents filed contemporaneously with this letter should be "Selected Parties"—that is, limited to counsel appearing for Eligo and Plaintiffs, and with the understanding that the document will not be accessible at all via ECF or PACER pursuant to Standing Order M10-468.

Because Plaintiffs are notifying Eligo today of their filing of the enclosed confidential information, the parties require additional time to formulate their positions on whether the enclosed information should remain under seal. Absent a briefing schedule set by the Court, Plaintiffs anticipate that by next week the parties will provide the Court with their positions on whether any or all of this information should remain under seal.

Thank you for the Court's consideration of this matter.

                                            Respectfully submitted,

                                            /s/ Tiasha Palikovic
                                            Tiasha Palikovic

                                            *Counsel for Plaintiffs and the*
                                            *Proposed Class*

cc: All counsel of record via email

**CERTIFICATE OF SERVICE**

  I, Tiasha Palikovic, certify that contemporaneously with this filing, I caused unredacted copies of Plaintiffs' Letter-Motion and supporting Exhibits A-C, as well as the native Excel file that constitutes Exhibit A, to be served on all counsel of record via email, pursuant to Standing Order M10-468.

Dated: October 9, 2025          /s/ Tiasha Palikovic
                  Tiasha Palikovic