

Ryan Watstein<br/>
Ryan@wtlaw.com<br/>
404-782-0695

October 10, 2025

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

      Re:    *Brous v. Eligo Energy, LLC*, 24 Civ. 1260
             Unopposed Extension Request to Respond to ECF No. 285, Letter Motion Concerning Defendants' Privilege Log

Dear Judge Ramos:

    We represent Defendants Eligo Energy, LLC and Eligo Energy NY, LLC in the above dispute and submit this unopposed extension request. Pursuant to Rule I.E of Your Honor's Individual Practices, we respectfully request that Defendants' current response deadline to Plaintiffs' letter motion regarding Defendants' privilege log (ECF No. 285) be extended one week until October 22, 2025.

    Good cause exists for this request. Defense counsel require additional time to prepare their response to the letter motion in light of multiple briefing deadlines in other matters and pre-planned vacations for multiple members of the defense team.

    This is the first request for an extension of time concerning this letter motion. Plaintiffs consent to the relief requested.

                                    Respectfully,

                                    */s/ Ryan Watstein*
                                    Ryan Watstein

**Atlanta**      **Los Angeles**      **Miami**
75 14th Street NE, Ste. 2600      515 S. Flower Street, 19th Floor      218 NW 24th Street, 3rd Floor
Atlanta, GA 30309      Los Angeles, CA 90071      Miami, FL 33127

 www.wtlaw.com       Ryan@wtlaw.com       404-782-0695