

**MEMO ENDORSED**

Ryan Watstein
Ryan@wtlaw.com
404-782-0695

October 10, 2025

> Defendants' request is granted. Defendants are directed to respond to Plaintiffs' letter motion (Doc. 285) by October 22, 2025.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: October 10, 2025
> New York, New York

<u>**VIA ECF**</u>

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

    **Re:**    ***Brous v. Eligo Energy, LLC*, 24 Civ. 1260**
              **Unopposed Extension Request to Respond to ECF No. 285, Letter Motion Concerning Defendants' Privilege Log**

Dear Judge Ramos:

    We represent Defendants Eligo Energy, LLC and Eligo Energy NY, LLC in the above dispute and submit this unopposed extension request. Pursuant to Rule I.E of Your Honor's Individual Practices, we respectfully request that Defendants' current response deadline to Plaintiffs' letter motion regarding Defendants' privilege log (ECF No. 285) be extended one week until October 22, 2025.

    Good cause exists for this request. Defense counsel require additional time to prepare their response to the letter motion in light of multiple briefing deadlines in other matters and pre-planned vacations for multiple members of the defense team.

    This is the first request for an extension of time concerning this letter motion. Plaintiffs consent to the relief requested.

                                        Respectfully,

                                        */s/ Ryan Watstein*
                                        Ryan Watstein

**Atlanta**
75 14th Street NE, Ste. 2600
Atlanta, GA 30309

**Los Angeles**
515 S. Flower Street, 19th Floor
Los Angeles, CA 90071

**Miami**
218 NW 24th Street, 3rd Floor
Miami, FL 33127

 www.wtlaw.com      Ryan@wtlaw.com      404-782-0695