# Exhibit E

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA BROUS and MICHELLE SCHUSTER, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>ELIGO ENERGY, LLC and ELIGO ENERGY NY, LLC,<br><br>         Defendants. | Case No. 1:24-cv-01260-ER |

**PLAINTIFF'S RESPONSES TO DEFENDANT ELIGO ENERGY NY, LLC'S FIRST SET OF INTERROGATORIES TO PLAINTIFF IRA BROUS**

Plaintiff Anne Brous, as Executor of the Estate of Ira Brous ("Plaintiff"), by and through her undersigned attorneys, hereby serves her responses and objections to Defendant Eligo Energy NY, LLC's ("Defendant") First Set of Interrogatories to Ira Brous.

**RESERVATION OF RIGHTS**

1.      Plaintiff objects to the Interrogatories, Instructions, and Definitions to the extent they purport to impose obligations that are different from, conflict with, or exceed the requirements of the Federal Rules of Civil Procedure and the Southern District of New York (the "Local Rules"). Plaintiff will provide responses to the Interrogatories as required by the Federal Rules of Civil Procedure and the Local Rules.

2.      By responding to the Interrogatories, Plaintiff does not concede the materiality of the subject to which they refer. Plaintiff's responses are made expressly subject to, and without waiving or intending to waive any questions, or objections as to the competency, relevancy, materiality, privilege, or admissibility of evidence, or for any other purpose, of any of the documents

or information produced, or of the subject matter thereof, in any proceeding including the trial of this action or any subsequent proceeding.

3. Plaintiff objects to the Interrogatories to the extent they demand documents and/or information that are protected by the attorney-client privilege or work-product doctrine, or which constitute material prepared for litigation purposes. Inadvertent production of any document or information which is privileged, was prepared in anticipation of litigation, or is otherwise immune from discovery shall not constitute a waiver of any privilege or of another ground for objecting to discovery with respect to that document or any other document, its subject matter, the information contained therein, or of Plaintiff's right to object to the use of any such documents or the information contains therein during any proceeding in this litigation or otherwise.

4. The following responses and objections are based upon information presently known by and available to Plaintiff and Plaintiff's counsel. Plaintiff is continuing to search for information responsive to Defendant's discovery requests through discovery, investigation, and analysis of facts, and therefore reserves the right to supplement, revise, correct, or clarify her responses to each Interrogatory with additional information without prejudice, if and when such information becomes available to Plaintiff and/or her counsel.

5. No objection, limitation, response, or lack thereof made in this response is intended as an admission by Plaintiff as to the existence or non-existence of information responsive to the Interrogatories.

## INTERROGATORIES

**Interrogatory No. 1:** Identify each person other than your legal counsel who answered or in any way assisted with the preparation of the answers to these interrogatories or who supplied information used in answering these interrogatories.

>**RESPONSE: Plaintiff identifies herself (Anne Brous) and Ramsey Brous.**

**Interrogatory No. 2:** Identify each person whom you believe has any knowledge of or information about the matters alleged in the Complaint, and as to each, state the substance of such knowledge you contend or believe such person has.

>**RESPONSE: Plaintiff objects to this Interrogatory on grounds of relevance, proportionality, vagueness, and burden because the Interrogatory seeks identification of persons with "any knowledge of or information about the matters alleged in the Complaint," without meaningful limitations and is therefore vastly overbroad. For example, this Interrogatory calls for the identification of any persons with knowledge of Plaintiff's residence because Mr. Brous alleged a fact regarding his residence in the Complaint. Plaintiff therefore construes this Interrogatory as seeking the identification of any person other than her attorneys with knowledge of or information about ¶¶ 12, 57–59, 76–77 of the First Amended Class Action Complaint, and Mr. Brous's allegation that he cancelled his Eligo account in or around November 2023. Subject to those limitations, Plaintiff identifies herself as the Executor of the Estate Ira Brous, herself (Anne Brous) in her personal capacity, and Ramsey Brous as persons with familiarity with and/or knowledge of these allegations and the decision to cancel Mr. Brous's Eligo account.**

**Interrogatory No. 3:** Identify each person with knowledge of your relationship and dealings with Defendant, including each of the following aspects of the relationship:

>a. How you first heard about Defendant and its services;
>
>b. Which energy supplier you used before Defendant and your decision to switch to Defendant's services;
>
>c. Your initial enrollment call;
>
>d. Your Welcome Letter and its enclosures from Defendant;
>
>e. Your contract with Defendant;

3

  f. Your monthly energy bills and payments;

  g. Your monthly energy usage;

  h. Your decision to terminate Defendant's services and which energy provider you switched to afterwards.

> **RESPONSE: Plaintiff objects to this Interrogatory to the extent it seeks information outside the scope of Local Rule 33.3. Subject to this objection, Plaintiff refers Defendants to her responses to Interrogatory Nos. 1 and 2.**

**Interrogatory No. 4:** Identify each person who resided at the address where you received energy services from Defendant at any point during the Relevant Period.

> **RESPONSE: Plaintiff objects to this Interrogatory as harassing and unduly burdensome because it seeks irrelevant information. Plaintiff stands on her objection.**

**Interrogatory No. 5:** Identify each person with whom you have discussed Defendant, Defendant's services, or Eligo Energy, LLC, including, but not limited to, any person whom you believe was working on Defendant's or Eligo Energy, LLC's behalfs.

> **RESPONSE: Plaintiff identifies her attorneys and Ramsey Brous. Plaintiff also identifies Eligo representatives that Ira Brous and Ramsey Brous communicated with via phone whose names she does not know.**

**Interrogatory No. 6:** Identify each person who has provided you with a written statement, and/or from whom you intend to obtain a written statement, and/or from whom you have sought to obtain a written statement, whether sworn or unsworn, and whether signed or unsigned, attesting to information relevant to a party's claims or defenses in this case.

> **RESPONSE: Plaintiff objects to this Interrogatory to the extent it seeks information regarding persons from whom her attorneys might obtain or tried to obtain a written statement as that information is protected by the work product privilege. Subject to this objection, Plaintiff states she has no one to identify at this time.**

**Interrogatory No. 7:** Identify documents that reflect which other energy and gas service providers have serviced your residences.

4

**RESPONSE:** **Plaintiff objects that this Interrogatory is harassing and unduly burdensome as it seeks irrelevant information. Plaintiff stands on her objection.**

Dated: May 13, 2025                                     Respectfully submitted,

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
By: /s/ D. Greg Blankinship
D. Greg Blankinship
**FINKELSTEIN, BLANKINSHIP FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
gblankinship@fbfglaw.com

**WITTELS MCINTURFF PALIKOVIC**
J. Burkett McInturff
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (914) 775-8862
jbm@wittelslaw.com

*Attorneys for Plaintiffs*

## VERIFICATION

I, Anne Brous, as Executor of the Estate of Ira Brous, declare under penalty of perjury:

I have read and am familiar with the contents of these Responses. These responses, subject to inadvertent and undiscovered errors, are based upon, and necessarily limited by, the records and information able to be located, presently recollected, and thus far discovered in the course of preparing these responses. These responses are true and correct to the best of my knowledge, information, and belief. If at any time it is discovered that omissions or errors have been made in these responses, I reserve the right to change or supplement the answers provided herein.

Executed this  05/14/2025  .

By: _____
Anne Brous (May 14, 2025 13:44 EDT)
Anne Brous, as Executor of the
Estate of Ira Brous

# CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, I caused to be a true and correct copy of the foregoing to be served via email to all counsel of record as follows:

Ryan D. Watstein
Abigail Howd
Leo P. O'Toole
David Meadows
WATSTEIN TEREPKA LLP
1055 Howell Mill Rd. 8th Floor
Atlanta, Georgia 30318
ryan@wtlaw.com
ahowd@wtlaw.com
lotoole@wtlaw.com
dmeadows@wtlaw.com

*/s/ D. Greg Blankinship*
D. Greg Blankinship