# EXHIBIT B
# Eligo's September 8, 2025 Privilege Log