# EXHIBIT C

**Excerpt from Eligo's Privilege Log Grouping Emails and Calendar Attachments Together**



**Excerpt from Plaintiffs' Annotated and Reordered Excel Separating Emails and Attachments**

*Attachments to email appear in lines 15 and 16.*



*Email appears in line 1282.*

|  | Bates/Control | Type | Author | From | To | Bcc | Cc | Primary Date |
|---|---|---|---|---|---|---|---|---|
| 1281 | DEF064846 | Email | | "Mark Friedgan" <mark@eligoenergy.com> | "Ken Pedotto" <kpedotto@eligoenergy.com> | | "Alex Rozenblat" <a | 8/27/21 9:01 |
| 1282 | DEF056245 | Email | | "Kenneth Pedotto" <kpedotto@eligoenergy.com> | bcarr@eligoenergy.com, "Alexander Rozenblat" <arozenblat@e | | "serfani@eligoener | 8/27/21 12:30 |
| 1283 | DEF062529 | Email | | "Ian Scott" <iscott@eligoenergy.com> | "Alexander Rozenblat" <arozenblat@eligoenergy.com> | | | 9/2/21 14:55 |

**Excerpt from Eligo's Privilege Log Grouping Email and Audio Attachments Together**

|  | Bates/Control | Type | Author | From | To | Bcc | Cc | Primary Date |
|---|---|---|---|---|---|---|---|---|
| 900 | DEF066972 | Email | | "Milly J. Borja" <mborja@exe | "arozenblat@eligoenergy.com" <arozenblat@eligoenergy.com> | | "Ken Pedotto" <kpedotto@eli | 5/15/18 12:13 |
| 901 | DEF066981 | Audio | | | | | | |
| 902 | DEF066982 | Audio | | | | | | |

**Excerpt from Plaintiffs' Annotated and Reordered Excel Including Inaccurate Commentary**

|  | Bates/Control | Type | Author | From | To | Bcc | Cc | Primary Date |
|---|---|---|---|---|---|---|---|---|
| 170 | DEF066981 | Audio | | Unlogged Child of DEF066972 From Third Party | | | | |
| 171 | DEF066982 | Audio | | Unlogged Child of DEF066972 From Third Party | | | | |

*To make these excels more readable, these excerpts include only columns A and columns I-O of both Eligo's privilege log and Plaintiffs' reworked excel.*