

Ryan Watstein<br>
Ryan@wtlaw.com<br>
404-782-0695

November 17, 2025

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

  **Re:**  ***Brous v. Eligo Energy, LLC***, 24 Civ. 1260
     Consent Letter Motion to Extend Remaining Deadlines in Scheduling Order (ECF No. 265)

Dear Judge Ramos:

  Under Rule I.E. of Your Honor's Individual Practices, Eligo respectfully requests an extension of time for the remaining deadlines in the scheduling order.

  Good cause exists for this request for at least two reasons. First, despite diligent efforts since the end of September, the parties were not able to find mutually agreeable expert deposition dates before the current expert discovery deadline. Second, a core member of Eligo's defense team will depart the firm in the coming weeks for personal reasons, requiring internal reallocation of responsibilities across multiple matters. Extending the remaining deadlines in the case will facilitate the taking of expert depositions and ensure that the other remaining deadlines are adjusted accordingly. Plaintiffs consent to Eligo's request.

  For the Court's reference, please find the outstanding deadlines in the current scheduling order and the proposed new deadlines.

| Event | Current Deadline | Proposed Deadline |
|---|:---:|:---:|
| Deadline to serve interrogatories | 11/7/2025 | 1/2/2026 |
| Plaintiffs' deadline to move for class certification | 11/28/2025 | 1/23/2026 |
| Deadline to complete expert depositions | 12/5/2025 | 1/30/2026 |
| Deadline to complete discovery | 12/5/2025 | 1/30/2026 |
| Defendants' deadline to respond to Plaintiffs' motion for class certification | 1/9/2026 | 3/6/2026 |

|  |  |  |
|:---:|:---:|:---:|
| **Atlanta** | **Los Angeles** | **Miami** |
| 75 14th Street NE, Ste. 2600 | 515 S. Flower Street, 19th Floor | 218 NW 24th Street, 3rd Floor |
| Atlanta, GA 30309 | Los Angeles, CA 90071 | Miami, FL 33127 |

 www.wtlaw.com     Ryan@wtlaw.com     404-782-0695

2

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' deadline to reply to Defendants' response | 1/30/2026 | 4/6/2026 |

A copy of a revised scheduling order reflecting these dates is also attached as Exhibit A.

This is the first request for an extension of time concerning the deadlines set forth in the August 15, 2025 Case Discovery Plan and Scheduling Order.

Respectfully,

*/s/ Ryan Watstein*
Ryan Watstein