UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE BROUS, AS THE EXECUTOR OF THE ESTATE OF IRA BROUS and MICHELLE SCHUSTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELIGO ENERGY, LLC and ELIGO ENERGY NY, LLC,<br><br>Defendants. | Civil Case No.: 1:24-cv-01260-ER |

### PLAINTIFFS' NOTICE OF MOTION TO EXCLUDE EXPERT REPORT OF DR. DEBRA ARON AND ANY TESTIMONY SHE MIGHT OFFER AT TRIAL

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Evidence 403 and 702 and the Court's December 10, 2025 Order authorizing the filing of this Motion, Plaintiffs Michelle Schuster and Anne Brous, on behalf of the estate of deceased Plaintiff Ira Brous, by their undersigned attorneys, will move the Court before the Honorable Edgardo Ramos at the United States District Courthouse, 40 Foley Square, New York, New York 10007, on such day and time as counsel may be heard, for an Order excluding the expert report of Defendants' expert Dr. Debra Aron, and excluding any testimony she might offer at trial.

In support of this Motion, Plaintiffs will rely on the accompanying Memorandum of Law in Support, the Declaration of D. Greg Blankinship, dated January 16, 2026 with annexed exhibits.

Pursuant to the Court's December 10, 2025 Order, Defendants will file their opposition brief by February 13, 2026, and Plaintiffs will file a reply brief by February 27, 2026.

Dated: January 16, 2026　　　　　**FINKELSTEIN, BLANKINSHIP,**
　　　　　　　　　　　　　　　　**FREI-PEARSON & GARBER, LLP**

　　　　　　　　　　　　　　　　By: */s/ D. Greg Blankinship*
　　　　　　　　　　　　　　　　D. Greg Blankinship
　　　　　　　　　　　　　　　　Daniel J. Martin
　　　　　　　　　　　　　　　　One North Broadway, Suite 900
　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　Tel: (914) 298-3281
　　　　　　　　　　　　　　　　gblankinship@fbfglaw.com
　　　　　　　　　　　　　　　　dmartin@fbfglaw.com

　　　　　　　　　　　　　　　　**WITTELS MCINTURFF PALIKOVIC**

　　　　　　　　　　　　　　　　J. Burkett McInturff
　　　　　　　　　　　　　　　　Andrey Belenky
　　　　　　　　　　　　　　　　Ethan D. Roman
　　　　　　　　　　　　　　　　305 Broadway, 7th Floor
　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　Tel: (914) 775-8862
　　　　　　　　　　　　　　　　jbm@wittelslaw.com
　　　　　　　　　　　　　　　　abelenky@wittelslaw.com
　　　　　　　　　　　　　　　　edr@wittelslaw.com

　　　　　　　　　　　　　　　　*Counsel for Plaintiffs and the Proposed Class*