**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANNE BROUS, AS THE EXECUTOR OF THE ESTATE OF IRA BROUS** and **MICHELLE SCHUSTER,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC,**<br><br>Defendants. | Civil Case No.: 1:24-cv-01260-ER |

**DECLARATION OF D. GREG BLANKINSHIP IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT REPORT OF DR. DEBRA ARON AND ANY TESTIMONY SHE MIGHT OFFER AT TRIAL**

D. Greg Blankinship, an attorney duly admitted to practice before the Southern District of New York, declares the following under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1.      I am a partner at the law firm Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, and counsel for Plaintiffs. Based on my active participation and supervision in all material aspects of the prosecution of this class action against Defendants Eligo Energy, LLC and Eligo Energy NY, LLC (together, "Defendants"), I have personal knowledge of the matters set forth herein.

2.      I make this Declaration in support of Plaintiffs' Motion to Exclude the Expert Report of Dr. Debra Aron and Any Testimony She Might Offer at Trial.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF000127.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093223.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of Defendants' Objections and Second Supplemental Responses to Plaintiffs' First Set of Interrogatories, dated October 18, 2024.

6.    Attached hereto as **Exhibit 4** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF077463.

7.    Attached hereto as **Exhibit 5** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF010143.

8.    Attached hereto as **Exhibit 6** is a true and correct copy of the Expert Report of Edo Macan, dated September 12, 2025.

9.    Attached hereto as **Exhibit 7** is a true and correct copy of New York State Supreme Court Judge Eisenpress's decision in *Bell v. Gateway Energy Services Corp.*, No. 31168/2018 (Rockland Cnty. Super. Ct. Jan. 8, 2021), NYSCEF No. 152.

10.    Attached hereto as **Exhibit 8** is a true and correct copy of the Expert Report of Dr. Debra Aron, dated September 12, 2025.

11.    Attached hereto as **Exhibit 9** is a true and correct copy of the Expert Rebuttal Report of Frank Felder, PhD, dated October 31, 2025.

12.    Attached hereto as **Exhibit 10** is a true and correct copy of the Rebuttal Expert Report of Dr. John N. O'Brien, dated October 31, 2025.

13.    Attached hereto as **Exhibit 11** is a true and correct copy of the Rebuttal Report of Edo Macan, dated October 31, 2025.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of New York Public Service Commission Case No. 12-M-0476, Uniform Business Practices (February 25, 2014).

15.     Attached hereto as **Exhibit 13** is a true and correct copy of the Expert Report of Dr. John N. O'Brien, dated September 12, 2025.

16.     Attached hereto as **Exhibit 14** is a true and correct copy of New York Public Service Commission Case 98-M-1343, In the Matter of Retail Access Bus. Rules, Order Adopting Uniform Business Practices and Requiring Tariff Amendments (January 22, 1999).

17.     Attached hereto as **Exhibit 15** is a true and correct copy of New York Public Service Commission Case No. 15-M-0127, et. al., Order Adopting Changes to the Retail Access Energy Market and Establishing Further Process (December 12, 2019).

18.     Attached hereto as **Exhibit 16** is a true and correct copy of the Expert Report of Frank Felder, PhD, dated September 12, 2025.

19.     Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from the deposition of Eligo's Chief Compliance Officer Andrew LaPointe, dated June 6, 2025, pp. 1, 86, 158.

I declare under penalty of perjury that the foregoing is true to the best of my information and belief.

Dated: January 16, 2026                    Respectfully submitted,

                                   By: _/s/ D. Greg Blankinship_____
                                        D. Greg Blankinship
                                        **FINKELSTEIN, BLANKINSHIP,**
                                        **FREI-PEARSON & GARBER, LLP**
                                        One North Broadway, Suite 900
                                        White Plains, New York 10601
                                        Tel: (914) 298-3281
                                        Fax: (914) 824-1561
                                        gblankinship@fbfglaw.com

                                        *Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2026, the foregoing was served via ECF on all counsel of record.

By:     /s/ *D. Greg Blankinship*
        D. Greg Blankinship