# Exhibit 16

(To Be Filed Under Seal)