**FBFG** | Finkelstein, Blankinship,
Frei-Pearson & Garber, LLP

One North Broadway, Suite 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

January 16, 2026

**Via ECF**
Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

    Re: *Brous et al. v. Eligo Energy, LLC, et al.*, **No. 1:24-cv-1260 (ER)**

Dear Judge Ramos,

We write on behalf of Plaintiffs and the proposed Class in accordance with Your Honor's Individual Rule § 3.ii. to provisionally redact and seal portions of Plaintiffs' Memorandum of Law in Support of their Motion to Exclude Expert Report of Dr. Debra Aron and Any Testimony She Might Offer at Trial ("Pls.' Mem.", ECF 314), and certain exhibits to my supporting declaration (ECF 315).

Plaintiffs' Memorandum and Exhibits 2–6, 8–11, 13, and 16–17 to my declaration contain information that Defendants designated confidential under the court-ordered protective order (ECF 38). Per the Southern District of New York Electronic Case Filing Rules & Instructions § 6.5(a), Plaintiffs respectfully submit that the Viewing Level to be provisionally applied to the unredacted copies of these documents filed contemporaneously with this letter should be "Selected Parties"—that is, limited to counsel appearing for Eligo and Plaintiffs, and with the understanding that the documents will not be accessible at all via ECF or PACER pursuant to the Court's Standing Order regarding Procedures for Access to and Service of Sealed Documents 25-mc-00421.

Because Plaintiffs are notifying Eligo today of their filing of the enclosed confidential information, the parties require additional time to formulate their positions on whether the enclosed information should remain under seal. Absent a briefing schedule set by the Court, Plaintiffs anticipate that by next week the parties will provide the Court with their positions on whether any or all of this information should remain under seal.

Thank you for the Court's consideration of this matter.

Dated: January 16, 2026       Respectfully submitted,

             By: */s/ D. Greg Blankinship*
                D. Greg Blankinship
                **FINKELSTEIN, BLANKINSHIP,**
                **FREI-PEARSON & GARBER, LLP**
                One North Broadway, Suite 900
                White Plains, New York 10601
                Tel: (914) 298-3281
                Fax: (914) 824-1561
                gblankinship@fbfglaw.com

CC: All Counsel of Record via ECF

## **CERTIFICATE OF SERVICE**

      I, D. Greg Blankinship, certify that contemporaneously with this filing, I caused unredacted copies of Plaintiffs' Memorandum and supporting Exhibits 2–6, 8–11, 13, and 16–17 to be served on all counsel of record via email, pursuant to Standing Order regarding Procedures for Access to and Service of Sealed Documents 25-mc-00421.

| | |
|---|---|
| Dated: January 16, 2026 | /s/ D. Greg Blankinship |
| | D. Greg Blankinship |