

Ryan Watstein<br>
Ryan@wtlaw.com<br>
404-782-0695

January 20, 2026

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

  **Re:** ***Brous v. Eligo Energy, LLC***, 24 Civ. 1260
     **Unopposed Extension Request to Extend Defendants' *Daubert* Briefing Deadline and Plaintiffs' Class Certification Briefing Deadline**
     **(Jan. 6, 2026 minute entry setting Daubert briefing schedule; Doc. 304)**

Dear Judge Ramos:

  The parties jointly write to request the unopposed extension of certain deadlines.

  <u>First</u>, Defendants Eligo Energy, LLC and Eligo Energy NY, LLC submit this unopposed request for an extension of time to file motions challenging the admissibility of Plaintiffs' expert witnesses under Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993). Pursuant to Rule I.E of Your Honor's Individual Practices, we respectfully request that Defendants' current deadline to file *Daubert* motions directed at Plaintiffs' expert witnesses be extended three weeks, to and through Friday, February 20, 2026. The parties have further agreed on a briefing schedule for those motions, under which Plaintiffs' opposition to Eligo's *Daubert* challenge will be due on or before April 3, 2026, and any reply briefs will be filed by Eligo on or before April 20, 2026.

  Good cause exists for this request. Defense counsel requires additional time to prepare their *Daubert* motions because the depositions of Plaintiffs' experts are ongoing and will not be completed sufficiently in advance of the current *Daubert* motion deadline of January 30. For example, one of Plaintiffs' damages experts (Dr. Frank Felder) was deposed on January 8, 2026, while another (Dr. John O'Brien) is scheduled to be deposed on January 29, 2026. Defendants therefore respectfully submit that this brief extension, and related proposed briefing schedule, will allow the parties to complete the depositions of Plaintiffs' expert witnesses and fully brief Eligo's *Daubert* challenges without delaying the ultimate resolution of this case, while also accommodating scheduling conflicts for counsel for both Plaintiffs and the Defendants. This is the first request for an extension of time concerning Defendants' *Daubert* motion deadline. Plaintiffs consent to the relief requested.

| **Atlanta** | **Los Angeles** | **Miami** |
|---|---|---|
| 75 14th Street NE, Ste. 2600 | 515 S. Flower Street, 19th Floor | 218 NW 24th Street, 3rd Floor |
| Atlanta, GA 30309 | Los Angeles, CA 90071 | Miami, FL 33127 |

        

<u>Second</u>, Plaintiffs request an unopposed request for an extension of time to file their motion for class certification. Plaintiffs respectfully request that their current deadline to file their class certification motion be extended one week, to and through Friday, January 30, 2026. The parties have further agreed to ask that Defendants' time to respond to that motion be set for March 13, 2026, with reply papers due by April 13, 2026. Good cause exists for this request. The parties have been engaged in time-consuming expert depositions (as noted above) and motions, and Plaintiffs' counsel has had unexpected demands on their time from other federal cases. This is the first request for an extension of time concerning Plaintiffs' class certification motion deadline. Defendants consent to the relief requested.

<u>Third</u>, Plaintiffs also request that the Court allow ten (10) additional pages for their memorandum in support of their motion for class certification. Rule 23 has numerous components that must be addressed, and the record in this case is voluminous. The parties have agreed to request ten (10) additional pages for Defendants' memorandum as well, with five (5) extra pages for the reply. Defendants consent to the relief requested.

Respectfully,

*/s/ Ryan Watstein*
Ryan Watstein