# Wittels McInturff Palikovic

January 28, 2026

**Via ECF**
Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

Re:    *Brous et al. v. Eligo Energy, LLC, et al.*, 24 Civ. 1260 (ER)

Dear Judge Ramos,

On behalf of Plaintiffs and the proposed Class, we write jointly with Defendants to request that the Court enter the Parties' proposed amendment to the Protective Order governing this case ("Protective Order," ECF No. 38). The Parties' proposed Amended Stipulation and Protective Order ("Proposed Amendment") is attached to this letter as Exhibit 1.

The current Protective Order limits use of Confidential Discovery Material to only this litigation; however, as the Court is aware, Plaintiffs' Counsel now represents plaintiffs in three other cases against Defendants. Those cases are pending in Pennsylvania, Ohio, and Maryland federal courts: *Bodkin, et al. v. Eligo Energy, LLC, et al.*, C.A. No. 2:25-00094 (W.D. Pa.); *Orzolek v. Eligo Energy LLC, et al.* C.A. No. 2:25-00078 (S.D. Ohio); and *Whiteside v. Eligo Energy, LLC, et al.*, C.A. No. 1:25-02532 (D. Md.).

After meet and conferring by video conference and over email, the Parties have agreed to and executed the attached Proposed Amendment. The only substantive revisions are found in Paragraph 9 and (1) expand use of Confidential Discovery Material exchanged in this case to *Bodkin*, *Orzolek*, and *Whiteside*; (2) specify that the Proposed Amendment, if entered, will govern use of such materials in those cases until such a time as protective orders are entered in those cases; and (3) reserves Defendants' rights regarding those materials' relevance to and admissibility in those cases, as well as the scope of discovery in those actions.

The Parties respectfully request that the Court entered the attached Proposed Amendment. Thank you for the Court's attention to this matter.

Respectfully Submitted,

/s/ J. Burkett McInturff
J. Burkett McInturff

*Counsel for Plaintiffs and the Proposed Class*