**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **ANNE BROUS, AS THE EXECUTOR OF THE ESTATE OF IRA BROUS** and **MICHELLE SCHUSTER,** on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> **v.** <br><br> **ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC,** <br><br> Defendants. | Civil Case No.: 1:24-cv-01260-ER <br><br> **[PROPOSED] ORDER GRANTING CLASS CERTIFICATION** |

**AND NOW**, this _____ day of _____, 2026, upon consideration of Plaintiffs' Motion for Class Certification, as well as the other materials submitted in support of and in opposition thereto, **IT IS ORDERED** that the Motion is **GRANTED.**

IT IS HEREBY FURTHER ORDERED that the proposed class defined below is entitled to class certification under Fed. R. Civ. P. 23(a), (b)(2), and (b)(3). Plaintiffs have demonstrated by a preponderance of the evidence that class members are so numerous that joinder is impracticable; that there are questions of law and fact common to the class; that the claims of Plaintiffs are typical of the claims of the class members; and that Plaintiffs and their counsel will fairly and adequately protect class members' interests. Plaintiffs have further demonstrated by a preponderance of the evidence that common questions of law and fact predominate over individual issues, and that a class action is superior to other methods of efficiently adjudicating this controversy. Additionally, the Court finds that Defendants have acted on grounds generally applicable to the class in its entirety, thereby making appropriate final injunctive and declaratory relief on a class-wide basis.

In light of the above, the Court orders:

1.    The following class is certified for this case to proceed as a class action:

> All New York Eligo customers who were charged a variable rate for electricity under the 2013, 2016, and 2017 Eligo New York Terms of Service any time from November 4, 2018 through and including the date of judgment.

> Excluded from the Class are the officers and directors of Defendants, members of the immediate families of the officers and directors of Defendants, and their legal representatives, heirs, successors or assigns and any entity in which they have or have had a controlling interest, all federal, state and local government entities and any judge, justice or judicial officer presiding over this action and the members of their immediate families and judicial staff.

2.    Plaintiffs Michelle Schuster and Anne Brous are designated as representatives of the class.

3.    Finkelstein, Blankinship, Frei-Pearson & Garber, LLP and Wittels McInturff Palikovic are appointed as co-Class Counsel.

4.    Within 30 days of this Order, Defendants shall produce to Class Counsel a class list in Excel format containing the names, service addresses, last known mailing addresses, last known email addresses, primary language, and all known telephone numbers of class members.

5.    The Court directs the Plaintiffs to submit a proposed plan for providing notice of class action certification in accordance Fed. R. Civ. P. 23(c)(2)(B) within 30 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026                _____
                                                                            The Hon. Edgardo Ramos
                                                                            United States District Judge

2