# Exhibit 2

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | |
|---|---|
| PRESENT: **HON. SHLOMO S. HAGLER** *Justice* | PART **IAS MOTION 17EFM** |

-----------------------------------------------------------------X

BLT STEAK LLC, BLT FISH LLC

      Plaintiff,

    - v -

LIBERTY POWER CORP, L.L.C., LIBERTY POWER HOLDINGS LLC,

      Defendant.

-----------------------------------------------------------------X

INDEX NO.  151293/2013

MOTION DATE  N/A

MOTION SEQ. NO.  011

## DECISION + ORDER ON MOTION

The following e-filed documents, listed by NYSCEF document number (Motion 011) 304, 305, 306, 307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 330, 333, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 351, 352, 353, 354, 355, 356, 357, 358, 360, 361, 362, 363, 364, 365, 366, 367, 368, 369, 370, 371, 372, 373, 374, 375

were read on this motion to/for    MISCELLANEOUS  .

Upon the foregoing documents, it is

  ORDERED, that the motion is granted to the extent stated on the record today. Submit Order.

8/12/2020
DATE

SHLOMO S. HAGLER, J.S.C.

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
| | ☐ GRANTED ☐ DENIED | ☒ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☒ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

151293/2013  BLT STEAK LLC vs. LIBERTY POWER CORP, L.L.C.
Motion No. 011

Page 1 of 1