# Exhibit 15

(To Be Filed Under Seal)