# Exhibit 20

(To Be Filed Under Seal)