# Exhibit 21

(To Be Filed Under Seal)