# Exhibit 25



**Eligo Energy, LLC**
PO Box 3910
CAROL STREAM, IL 60132

<u>CONTACT US</u>
(888) 744-8125
customerservice@eligoenergy.com

MICHELLE SCHUSTER
141 Woodbine Ave
EAST ROCHESTER, NY 14445

Bill Period: 6/25/2020 thru 7/27/2020
Bill Date: 7/30/2020
Bill #: ELIRGE200625E25376C

| Account Number | Utility | Amount Due | | Due Date |
|---|---|---|---|---|
| R01000034829275 | RG&E | $226.34 | | 8/16/2020 |
| **Current Charges** | Unit Cost | Quantity | Units | Line Total |
| Electric Supply Charge | 0.140220 | 1,579 | kwh | $221.41 |
| Sales & Use Tax | | | | $0 |
| Monthly Service Fee | | | | $4.93 |
| | | | Total | $226.34 |

**To pay online visit:** www.eligoenergy.com/payments

New York State Customers: For consumer complaints that cannot be resolved with the company, you may contact the New York Department of Public Service (DPS). DPS complaints may be directed as follows: Website: www.dps.ny.gov / complaints; Phone: DPS HOTLINE at 1 - 800 - 342 - 3377(M - T 7:30a - 7:30p, F 7:30a – 7:00p); or Mail: Office of Consumer Services, NYS Department of Public Service, 3 Empire State Plaza, Albany, NY 12223

---

Please detach and include with payment.



Account Number: R01000034829275
Bill Number: ELIRGE200625E25376C
Bill Date: 7/30/2020
Amount Due: $226.34
Due By: 8/16/2020

Amount Enclosed: $_____

Make check payable to Eligo Energy or visit www.eligoenergy.com
to learn about other ways to pay your bill

**Eligo Energy, LLC**
PO Box 3910
CAROL STREAM, IL 60132

MICHELLE SCHUSTER
141 Woodbine Ave
EAST ROCHESTER, NY 14445

DEF000001