# Exhibit 36

(To Be Filed Under Seal)