# Exhibit 40

(To Be Filed Under Seal)