# Exhibit 41

(To Be Filed Under Seal)