# Exhibit 42

(To Be Filed Under Seal)