

# MEMO ENDORSED

February 10, 2026

Ryan Watstein
Ryan@wtlaw.com
404-782-0695

The application is  X  granted
                   ___ denied

_Edgardo Ramos, U.S.D.J_
Dated: Feb. 11, 2026
New York, New York

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

Re:   *Brous v. Eligo Energy, LLC*, 24 Civ. 1260
      **Unopposed Request to Extend Remaining Briefing Deadlines**

Dear Judge Ramos:

Pursuant to Rule I.E of Your Honor's Individual Practices, Defendants respectfully request that the remaining deadlines in this case be extended as laid out in the chart below. Plaintiffs consent to this request.

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Opposition to Plaintiffs' Daubert motion (1 week) | February 13, 2026 | February 20, 2026 |
| Reply to Plaintiffs' Daubert motion (1 week) | February 27, 2026 | March 6, 2026 |
| Defendants' Daubert motions due (3 weeks) | February 20, 2026 | March 13, 2026 |
| Opposition to Defendants' Daubert motions due (3 weeks) | April 3, 2026 | April 24, 2026 |
| Reply in support of Defs.' Daubert motions due (3 weeks) | April 20, 2026 | May 11, 2026 |
| Opposition to class certification motion due (1 week) | March 13, 2026 | March 20, 2026 |
| Reply in support of class certification motion due (1 week) | April 13, 2026 | April 20, 2026 |

Good cause exists for this request. The remaining work is substantial and time intensive, and it is being undertaken by a small group of attorneys who will be both briefing these issues and dispositive motions in other matters. A short extension will promote efficiency and allow the issues to be presented to the Court in a comprehensive and concise manner without materially impacting the schedule.

This is Defendants' first request for an extension of time concerning the class certification deadlines and Plaintiffs' Daubert motion deadlines and Defendants' second request concerning Defendants' Daubert motion deadlines. Plaintiffs consent to the relief requested.

Respectfully,

*/s/ Ryan Watstein*
Ryan Watstein

**Atlanta**
75 14th Street NE, Ste. 2600
Atlanta, GA 30309

**Los Angeles**
515 S. Flower Street, 19th Floor
Los Angeles, CA 90071

**Miami**
218 NW 24th Street, 3rd Floor
Miami, FL 33127

 www.wtlaw.com     Ryan@wtlaw.com     404-782-0695