# Exhibit 2

# To Be Filed Under Seal

*Brous, et al. v. Eligo Energy, LLC, et al.*
Case No. 1:24-cv-01260-ER

Case 1:24-cv-01260-ER   Document 340-2   Filed 02/20/26   Page 2 of 2