# Exhibit 7

## Schuster TPV Call

*Brous, et al. v. Eligo Energy, LLC, et al.*
Case No. 1:24-cv-01260-ER

# Document Produced in Native Format

DEF000126