# Exhibit 12

# To Be Filed Under Seal

*Brous, et al. v. Eligo Energy, LLC, et al.*
Case No. 1:24-cv-01260-ER

Case 1:24-cv-01260-ER    Document 340-12    Filed 02/20/26    Page 2 of 2