# Exhibit 20

## Email from NYPSC

*Brous, et al. v. Eligo Energy, LLC, et al.*
Case No. 1:24-cv-01260-ER



**Andy LaPointe <alapointe@eligoenergy.com>**

## FW: NY REC Question
2 messages

**Judd, Alexander W.** <AJudd@duanemorris.com>  Wed, Jan 21, 2026 at 8:51 AM
To: "alapointe@eligoenergy.com" <alapointe@eligoenergy.com>
Cc: Thomas Moore <tmoore@eligoenergy.com>, "Rendell-Baker, Anna" <ARendellBaker@duanemorris.com>

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

**From:** Dwyer, Francis (DPS) <Francis.Dwyer@dps.ny.gov>
**Sent:** Wednesday, January 21, 2026 9:32 AM
**To:** Judd, Alexander W. <AJudd@duanemorris.com>
**Subject:** RE: NY REC Question

Hi Alex,

These scenarios seem to accurately reflect this issue here with the company in scenario 1 not counting compliance RECs towards their voluntary obligation, and the company in scenario able to take advantage of this limited exception and only purchase RECs equal to 100% of their total load.

One thing I will note though, I recognize that these scenarios only reflect mass market load, but when Staff is reviewing these calculations, they will also look at the ESCO's commercial load to determine if they are indeed 100% renewable.

Best,

Tom

**F. Thomas Dwyer**
Assistant Counsel
**Department of Public Service**
3 Empire State Plaza, Albany, NY 12223
t (518) 474-5366 | francis.dwyer@dps.ny.gov
www.dps.ny.gov

**From:** Judd, Alexander W. <AJudd@duanemorris.com>
**Sent:** Friday, January 16, 2026 10:27 AM
**To:** Dwyer, Francis (DPS) <Francis.Dwyer@dps.ny.gov>
**Subject:** RE: NY REC Question

> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Hi Tom,

Thanks again for the time. Based on your comments, we wanted to send over updated scenarios. These two scenarios have contracted renewable percentages at 50%, 75%, and 100% and would be only related to mass market load. The Tier 1 obligations show as satisfied in full; the difference between the two tables is that **Scenario 1** shows a total REC obligation for the 100% product at *over* 100% (10,645) (when you add mandatory + voluntary) since the aggregated REC total (31,330) is below the total contracted load (40,000). In **Scenario 2**, however, there is only a 100% product for all Mass Market and Non-Mass Market load, so the total voluntary RECs are reduced (in yellow) since we understand the exemption the Commission provided would cap aggregated REC purchases at the aggregated total load (in this case, 40,000).

Can you let me know if these updated two scenarios below look accurate from your perspective?

Thanks again!

Alex

**SCENARIO 1**
Compliance Year 2024: Analysis of REC Requirements for 10,000 MWh supplied to Mass Market Customers

| Contracted Renewable Percentage | MWh Supplied to Mass Market Customers 2024 | RES percentage 2024 | Mandatory Tier 1 RES RECs Required 2024 | Voluntary EDP RECs Required 2024 | Total EDP + RES RECs Required 2024 |
|---|---|---|---|---|---|
| 50% | 15,000 | 6.45% | 967.5 | 7,500 | 8,468 |
| 75% | 15,000 | 6.45% | 967.5 | 11,250 | 12,218 |
| 100% | 10,000 | 6.45% | 645 | 10,000 | 10,645 |
| Portfolio Total | 40,000 | | | | 31,330 |

**SCENARIO 2**
Compliance Year 2024: Analysis of REC Requirements for 10,000 MWh supplied to Mass Market Customers

| Contracted Renewable Percentage | MWh Supplied to Mass Market Customers 2024 | RES percentage 2024 | Mandatory Tier 1 RES RECs Required 2024 | Voluntary EDP RECs Required 2024 | Total EDP + RES RECs Required 2024 |
|---|---|---|---|---|---|
| 50% | 0 | 6.45% | 0 | 0 | 0 |
| 75% | 0 | 6.45% | 0 | 0 | 0 |
| 100% | 40,000 | 6.45% | 2580 | 37,420 | 40,000 |
| | 40,000 | | | | 40,000 |

---

**From:** Dwyer, Francis (DPS) <Francis.Dwyer@dps.ny.gov>
**Sent:** Friday, January 9, 2026 3:03 PM

**To:** Judd, Alexander W. <AJudd@duanemorris.com>
**Subject:** RE: NY REC Question

Hi Alex – In looking at the three scenarios you present below, I agree with the way you present #1 and #3, with a couple caveats. First, I wouldn't reflect the Mandatory Tier 1 RECs as "0," instead the reduction in RECs should come from the voluntary RECs column. In other words, the Tier 1 obligations will need to be satisfied in full, and the ESCO may be able to purchase less voluntary RECs if they are 100% renewable. Second, all three scenarios only reference mass market load and to qualify for the exception, the ESCO would need to serve 100% renewable load to all customers, including C&I.

Regarding scenario #2, the addition of customers served on a 95% renewable product introduces a question I had not previously considered. Staff has focused on the fact that the ESCO is serving 100% renewable load as the qualifying factor for this exception. A scenario has not arisen where an ESCO serves an amount of renewable load that is slightly less than 100%, but nevertheless, when combined with the Tier 1 compliance RECs, would result the ESCO purchasing RECs in excess of 100% of its load. I may have to take this back and discuss this internally. I don't believe there are many (any?) 95% renewable products out there, but this is theoretically possible.

One additional thought is that, given the change in the Tier 1 obligation calculations and the fact that the scenario envisioned by the December 2019 Order really isn't applicable anymore, this might be an issue that would be best raised in a declaratory ruling petition to the Commission. I'm thinking if your clients have questions, others might as well and may be good to get the Commission to speak directly to the issue.

Happy to chat further if you have any questions.

Best,

Tom

**F. Thomas Dwyer**
Assistant Counsel
**Department of Public Service**
3 Empire State Plaza, Albany, NY 12223
t (518) 474-5366 | francis.dwyer@dps.ny.gov
www.dps.ny.gov

---

**From:** Judd, Alexander W. <AJudd@duanemorris.com>
**Sent:** Thursday, January 8, 2026 3:45 PM
**To:** Dwyer, Francis (DPS) <Francis.Dwyer@dps.ny.gov>
**Subject:** RE: NY REC Question

> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hi Tom – hope you're doing well.  I wanted to follow up with you on the below charts to make sure I was understanding the scenarios correctly.  Can you confirm my understanding when you have a chance?  Thanks again.

---

**From:** Judd, Alexander W.
**Sent:** Tuesday, January 6, 2026 9:55 AM
**To:** 'Dwyer, Francis (DPS)' <francis.dwyer@dps.ny.gov>
**Subject:** RE: NY REC Question

Good morning, Tom – thank you again for the call yesterday, it was very helpful.  Based on that, I put together the below scenarios and just wanted to confirm that these three scenarios are accurate.

As you can see, the first scenario has the REC amount (34,580) below the total load (40,000).  Therefore, in this first scenario, the 100% product has more than 100% total RECs when you add up voluntary + mandatory (10,645).

In contrast to the first scenario, the second and third scenario max out the REC amounts at 40,000 given that is the total aggregate customer load is 40,000 MWh and, as you noted, the Commission provided this exception for ESCOs so that they didn't need more RECs than total load.

Let me know if you have any questions.  Thanks again.

**SCENARIO 1**

Compliance Year 2024: Analysis of REC Requirements for 40,000 MWh supplied to Mass Market Customers

| Contracted Renewable Percentage | MWh Supplied to Mass Market Customers 2024 | RES percentage 2024 | Mandatory Tier 1 RES RECs Required 2024 | Voluntary EDP RECs Required 2024 | Total EDP + RES RECs Required 2024 | |
|---|---|---|---|---|---|---|
| 50% | 10,000 | 6.45% | 645 | 5,000 | 5,645 | |
| 75% | 10,000 | 6.45% | 645 | 7,500 | 8,145 | |
| 95% | 10,000 | 6.45% | 645 | 9,500 | 10,145 | Contracted over 100% renewable |
| 100% | 10,000 | 6.45% | 645 | 10,000 | 10,645 | Contracted over 100% renewable |
| Portfolio Total | 40,000 | | | | 34,580 | |

**SCENARIO 2**

Compliance Year 2024: Analysis of REC Requirements for 40,000 MWh supplied to Mass Market Customers

| Contracted Renewable Percentage | MWh Supplied to Mass Market Customers 2024 | RES percentage 2024 | Mandatory Tier 1 RES RECs Required 2024 | Voluntary EDP RECs Required 2024 | Total EDP + RES RECs Required 2024 |
|---|---|---|---|---|---|
| 50% | 0 | 6.45% | 0 | 0 | 0 |
| 75% | 0 | 6.45% | 0 | 0 | 0 |
| 95% | 2,000 | 6.45% | 100 | 1,900 | 2,000 |
| 100% | 38,000 | 6.45% | 0 | 38,000 | 38,000 |
| | 40,000 | | | | 40,000 |

**SCENARIO 3**

Compliance Year 2024: Analysis of REC Requirements for 40,000 MWh supplied to Mass Market Customers

| Contracted Renewable Percentage | MWh Supplied to Mass Market Customers 2024 | RES percentage 2024 | Mandatory Tier 1 RES RECs Required 2024 | Voluntary EDP RECs Required 2024 | Total EDP + RES RECs Required 2024 |
|---|---|---|---|---|---|
| 50% | 0 | 6.45% | 0 | 0 | 0 |
| 75% | 0 | 6.45% | 0 | 0 | 0 |
| 95% | 0 | 6.45% | 0 | 0 | 0 |
| 100% | 40,000 | 6.45% | 0 | 40,000 | 40,000 |
| | 40,000 | | | | 40,000 |

**From:** Judd, Alexander W.
**Sent:** Monday, January 5, 2026 3:56 PM
**To:** Dwyer, Francis (DPS) <francis.dwyer@dps.ny.gov>
**Subject:** NY REC Question

Hi Tom,

Happy New Year! Hope you are doing well. As follow up to my voicemail, I am working with an ESCO who is in litigation over, among other things, NY REC pricing. As part of the case, there is a claim by the customer that ESCOs who market a 100% green product don't need to purchase more than 100% of the RECs. We believe this is an incorrect interpretation of the relevant Commission orders and, instead, ESCOs who market a 100% green product are required to satisfy the 100% voluntary obligations **and also** the state mandatory obligations, bringing the total ESCO REC obligation above 100%. This chart shows our understanding:



We were looking for confirmation (really a gut check) that a 100% green product requires not just 100% voluntary (EDP-compliant) RECs but also the state-mandatory RES RECs, which would bring the total ESCO REC obligation above 100% (even though it is marketed to customers as a 100% renewable product). Can you also confirm that the state-mandatory Tier 1 RES RECs can never be used to cover the voluntary renewable percentage?

Let me know if you have any questions.

Thanks in advance,

Alex



For more information about Duane Morris, please visit https://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

E-MAIL | BIO | VCARD

**Andy LaPointe** <alapointe@eligoenergy.com>                                                                 Fri, Feb 20, 2026 at 10:00 AM
Draft

[Quoted text hidden]