# Exhibit 21

## Edo Macan Deposition Excerpts

*Brous, et al. v. Eligo Energy, LLC, et al.* Case No. 1:24-cv-01260-ER

```
                                                              Page 1

                                              Volume:       I

                                              Pages:      323

                                              Exhibits:     8

              UNITED STATES DISTRICT COURT

              SOUTHERN DISTRICT OF NEW YORK


                                         C.A. No.: 1:24-CV-01260


        *******************************
        IRA BROUS, AND MICHELLE SCHUSTER
        ON BEHALF OF THEMSELVES AND ALL
        OTHERS SIMILARLY SITUATED,
              Plaintiffs
        v.
        ELIGO ENERGY, LLC AND ELIGO
        ENERGY NY, LLC,
              Defendants
        *******************************


              DEPOSITION of EDO MACAN, a witness called on behalf

        of the Defendants, taken pursuant to the applicable provisions

        of the Federal Rules of Civil Procedure, before Melissa Lupo,

        a Court Reporter and Notary Public in and for the Commonwealth

        of Massachusetts, at the Cambridge Center Marriott, 50

        Broadway, Cambridge, Massachusetts 02142, on Wednesday,

        December 17, 2025, at 9:02 a.m.
```

Page 312

1       agree with me that there are, if any differences at
2       all, they are very small, almost invisible to the
3       naked eye?
4              MR. BLANKINSHIP: Objection.  Vague.
5              THE WITNESS: Like -- like I said,
6       calculations are completely different, but the --
7       the shapes look very, very similar, yes.
8    BY MR. MEADOWS:
9    Q  And so for purposes of method three, by doing a
10      weighted average calculation that included the
11      utility --
12   A  Yeah.
13   Q  -- you ended up with a prevailing market price that
14      was almost exactly what the utility happened to
15      charge; isn't that right?
16             MR. BLANKINSHIP: Same objections.
17             THE WITNESS: Methodologically, they're --
18      they're completely different.  The mere fact, it
19      looks like that in this particular zone over this
20      period, a large percentage of customers, and I think
21      I have a table somewhere in my report, probably
22      nowhere, have chosen to get electricity service from
23      the utility rather than -- rather than the ESCOs.
24             And if that's the case, then the -- the

Page 323

1        C E R T I F I C A T E

2    COMMONWEALTH OF MASSACHUSETTS

3    COUNTY OF MIDDLESEX, ss.

4              I, Melissa Lupo, a Professional Court Reporter
5    and Notary Public in and for the Commonwealth of
6    Massachusetts, do hereby certify that the foregoing deposition
7    of EDO MACAN, was taken by me on December 17, 2025.  The said
8    witness was satisfactorily identified and duly sworn by me
9    before the commencement of their testimony; that the said
10   testimony was taken audiographically and then transcribed
11   under my direction.
12             To the best of my knowledge, the within
13   transcript is a complete, true and accurate record of said
14   deposition.
15             I am not connected by blood or marriage with
16   any of the said parties, nor interested directly or indirectly
17   in the matter in controversy.
18             In witness whereof, I have hereunto set my hand
19   and Notary Seal this 5th  day of January, 2026.

*Melissa Lupo*

23                    Melissa Lupo

**Figure 5 – Schuster Method 3 (Page 73 of Expert Report)**



**Figure 9 – Schuster Method 4 (Page 84 of Expert Report)**



**Figure 6 – Brous Method 3 (Page 74 of Expert Report)**



**Figure 10 – Brous Method 4 (Page 85 of Expert Report)**

