# Wittels McInturff Palikovic

# MEMO ENDORSED

February 26, 2026

<u>Via ECF</u>
Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   **<u>Brous, et al. v. Eligo Energy, LLC, et al., 24 Civ. 1260 (ER)</u>**

Dear Judge Ramos,

    We write on behalf of Plaintiffs and the proposed Class in accordance with Rule 1.E of Your Honor's Individual Practices to request an adjournment *sine die* of the deadline for Plaintiffs to file their pre-motion letter regarding their anticipated motion for partial class-wide summary judgement as to certain claims and claim components. *See* Fed. R. Civ. P. 56 ("A party may move for summary judgment, identifying each claim or defense — or the part of each claim or defense — on which summary judgment is sought."). Defendants do not object to Plaintiffs' request.

    Under Rule 56(b) Plaintiffs' summary judgment deadline is March 2, or 30 days after the close of discovery. *See* ECF No. 304 (Discovery under the current Civil Case Discovery Plan and Scheduling Order ended on January 30).

    There is good cause for the Court to extend this deadline *sine die*.

    *First*, Plaintiffs filed their motion for class certification on January 30 (ECF No. 324). If Plaintiffs file their summary judgment motion before the Court rules on class certification, Plaintiffs risk violating the "one-way intervention rule," which prevents class plaintiffs from seeking pre-certification merits rulings. *See, e.g., Brecher v. Republic of Argentina*, 806 F.3d 22, 26 (2d Cir. 2015).

    *Second*, and as discussed at the parties' February 12 discovery conference with Your Honor, one of the agenda items for the upcoming March 11 discovery conference is developing a plan for the orderly staging of Defendant's forthcoming three separate *Daubert* motions (currently due March 13) and their anticipated summary judgment motion.

    This is Plaintiffs' first request to adjourn this deadline, no other scheduled dates are affected by this request, and Defendants to not object to this request.

    Thank you for the Court's consideration of this request.

The request is granted.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: February 27, 2026
New York, New York

Respectfully Submitted,

/s/ J. Burkett McInturff
J. Burkett McInturff

*Counsel for Plaintiffs and the Proposed Class*