**FBFG** | **Finkelstein, Blankinship, Frei-Pearson & Garber, LLP**

One North Broadway, Suite 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

March 2, 2026

<u>Via ECF</u>
Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

**MEMO ENDORSED**

Re:   <u>Brous, et al. v. Eligo Energy, LLC, et al., 24 Civ. 1260 (ER)</u>

Dear Judge Ramos,

Pursuant to Rule I.E of Your Honor's Individual Practices, Plaintiffs respectfully request brief extensions of two upcoming filing deadlines:

(1)   The deadline for Plaintiffs to file their reply brief on their Motion to Preclude the Expert Report of Dr. Debra Aron (ECF No. 313). That reply brief is presently due March 6, 2026; Plaintiffs request until **March 13, 2026**.

(2)   The deadline for Plaintiffs to respond to Defendants' pre-motion letter requesting leave to file a motion for summary judgment (ECF No. 348). Plaintiffs' response is presently due March 4, 2026; Plaintiffs request until **March 9, 2026**.

Good cause exists for this request. Plaintiffs' counsel has previously scheduled commitments in other class action matters and needs additional time to adequately prepare these two filings.

This is Plaintiffs' first request for an extension of these deadlines, and no other scheduled dates are affected by this request. Defendants consent to Plaintiffs' request.

Thank you for the Court's consideration of this request.

Dated:   March 2, 2026
         White Plains, New York

Thank you,

By:   */s/ D. Greg Blankinship*
      D. Greg Blankinship
      **FINKELSTEIN, BLANKINSHIP,**
      **FREI-PEARSON & GARBER, LLP**
      One North Broadway, Suite 900
      White Plains, New York 10601
      Tel: (914) 298-3281
      Fax: (914) 824-1561
      gblankinship@fbfglaw.com

> The request is granted. Plaintiffs' reply to the motion to preclude the expert report of Dr. Debra Aron is due March 13, 2026. Plaintiff is directed to file a response to the pre-motion letter by March 9, 2026.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: March 3, 2026
> New York, New York

CC: All Counsel of Record (via ECF)