

March 9, 2026

<u>**Via ECF**</u>
Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

      Re:    <u>***Brous et al. v. Eligo Energy, LLC, et al.***</u>**, No. 1:24-cv-1260 (ER)**

Dear Judge Ramos,

We write on behalf of Plaintiffs and the proposed Class in accordance with Your Honor's Individual Rule § 3.ii. to provisionally redact and seal portions of Plaintiffs' Letter-Response in Opposition to Defendants' Pre-Motion Letter Requesting Leave to File a Motion for Summary Judgment ("Pls.' Ltr.-Resp.," Doc. 351 (redacted), Doc. 353 (sealed)).

Plaintiffs' Letter-Response contains information that Defendants designated confidential under the court-ordered protective order (Doc. 323). Per the Southern District of New York Electronic Case Filing Rules & Instructions § 6.5(a), Plaintiffs respectfully submit that the Viewing Level to be provisionally applied to the unredacted copies of these documents filed contemporaneously with this letter should be "Selected Parties"—that is, limited to counsel appearing for Eligo and Plaintiffs, and with the understanding that the documents will not be accessible at all via ECF or PACER pursuant to the Court's Standing Order regarding Procedures for Access to and Service of Sealed Documents 25-mc-00421.

Because Plaintiffs are notifying Eligo today of their filing of the enclosed confidential information, the parties require additional time to formulate their positions on whether the enclosed information should remain under seal. Absent a briefing schedule set by the Court, Plaintiffs anticipate that by next week the parties will provide the Court with their positions on whether any or all of this information should remain under seal.

Thank you for the Court's consideration of this matter.

                                              Respectfully submitted,

                           By:    */s/ J. Burkett McInturff*
                                     J. Burkett McInturff
                                     **WITTELS MCINTURFF PALIKOVIC**
                                     305 Broadway, 7th Floor
                                     New York, New York 10007
                                     Tel: (917) 775-8862

CC: All Counsel of Record via ECF

**CERTIFICATE OF SERVICE**

    I, J. Burkett McInturff, certify that contemporaneously with this filing, I caused an unredacted copy of Plaintiffs' Memorandum to be served on all counsel of record via email, pursuant to Standing Order regarding Procedures for Access to and Service of Sealed Documents 25-mc-00421.

Dated: March 9, 2026                                      /s/ J. Burkett McInturff
                                                                               J. Burkett McInturff