

Ryan Watstein<br>
Ryan@wtlaw.com<br>
404-782-0695

March 13, 2026

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

      **Re:**    *Brous v. Eligo Energy, LLC*, 24 Civ. 1260
              Unopposed Extension Request to Extend Defendants' Daubert Briefing Deadline as to Plaintiff's Expert Dr. John O'Brien

Dear Judge Ramos:

      We represent Defendants Eligo Energy, LLC and Eligo Energy NY, LLC in the above dispute and submit this unopposed extension request. Pursuant to Rule I.E of Your Honor's Individual Practices, we respectfully request that Defendants' current deadline to file the *Daubert* motion directed at Plaintiffs' expert witness Dr. John O'Brien be extended one day, to and through Monday, March 16, 2026. Defendants further request that the deadlines for Plaintiffs' opposition to Defendants' *Daubert* motions be extended by one day, to April 27, 2026, with any replies being due on May 12, 2026.

      Good cause exists for this request. Plaintiffs have identified three experts, and preparing Daubert motions directed to each of them has involved a considerable amount of work, in addition to other motions now being briefed in this case. While Defense counsel has completed Daubert motions directed towards Plaintiffs' experts Edo Macan and Frank Felder, an additional day will greatly aid their finalization of a motion to exclude the testimony of Dr. John O'Brien, whose expert report exceeds 85 pages in length. Defendants, therefore, respectfully request a brief extension to Monday, March 16 to file their Daubert motion directed towards Dr. O'Brien.

      This is the second request for an extension of time concerning Defendants' *Daubert* motion deadline as to Dr. John O'Brien. Plaintiffs consent to the relief requested.

                                                                    Respectfully,

                                                                */s/ Ryan Watstein*
                                                                Ryan Watstein

| **Atlanta** | **Los Angeles** | **Miami** |
|---|---|---|
| 75 14th Street NE, Ste. 2600 | 515 S. Flower Street, 19th Floor | 218 NW 24th Street, 3rd Floor |
| Atlanta, GA 30309 | Los Angeles, CA 90071 | Miami, FL 33127 |

 www.wtlaw.com       Ryan@wtlaw.com       404-782-0695