# Exhibit 16

## Errata for Transcript of Edo Macan's Deposition

*Brous, et al. v. Eligo Energy, LLC, et al.*
*Case No. 1:24-cv-01260-ER*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANNE BROUS, AS THE EXECUTOR OF THE ESTATE OF IRA BROUS** and **MICHELLE SCHUSTER,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC,**<br><br>Defendants. | Civil Case No. 1:24-cv-01260-ER |

### ERRATA FOR TRANSCRIPT OF EDO MACAN'S DEPOSITION

Date of Deposition:         December 17, 2025

Date of Transcript Receipt:   January 6, 2026

Name of Witness:           Edo Macan

| Page(s) | Line(s) | Presently Reads | Should Read | Reason for Change |
|---|---|---|---|---|
| 13 | 7-9 | "The form that testimony takes in front of mostly Federal Energy Regulatory Commission isn't in a written form." | "The form that testimony takes in front of mostly Federal Energy Regulatory Commission is in a written form." | Misspoke / Transcription Error |
| 19 | 17-19 | "Fire procurement is like one of the key -- key areas of -- of the type of work we do." | "Power procurement is one of the key areas of the type of work we do." | Misspoke / Transcription Error / Clarifying Testimony |

| Page(s) | Line(s) | Presently Reads | Should Read | Reason for Change |
|---|---|---|---|---|
| 33 | 6 | "No, I don't have degrees." | "No, I don't have degrees in accounting or economics." | Clarifying Testimony |
| 73 | 18-19 | "unrelevant" | "irrelevant" | Misspoke / Transcription Error |
| 88 | 1-2 | "achieve costs for our customers" | "achieve cost savings for our customers" | Misspoke / Transcription Error |
| 95 | 14-15 | "They also had a policy of never lower the rates." | "They also had a policy of never lower the rate caps." | Misspoke / Correcting Record |
| 98 | 16-18 | "if the people who end up setting the rates are completely unaware of it" | "if the people who end up setting the rates are completely unaware of the contract requirements" | Incomplete Response / Clarifying Testimony |
| 111 | 22-23 | "And if you insist on line of questioning on this particular thing," | "And if you insist on this line of questioning on this particular thing," | Misspoke / Correcting Record |
| 135 | 21-22 | "They went up from something like eight or nine bucks" | "They went up from something like eight or nine cents" | Misspoke |
| 143 | 21-22 | "For -- for, you know, some -- some -- not above what's legally mandated." | "No. For some utilities, they were offering electricity derived from renewable, but not above what's legally mandated." | Incomplete Response / Clarifying Testimony |
| 157 | 10 | "No, maybe it's loose –" | "No, maybe it's loose – Maybe its loosely said that way. No, not from a legal perspective. I am offering an opinion from an economics perspective. It is the preferred method from an economics perspective, as I said in my report." | Incomplete Response / Clarifying Testimony |

| Page(s) | Line(s) | Presently Reads | Should Read | Reason for Change |
|---|---|---|---|---|
| 158 | 20-21 | "I think method three," | "I think method one," | Misspoke / Correcting Record |
| 160 | 7-8 | "I think, and I say this somewhere in my category," | "I think, and I say this somewhere in my report," | Misspoke / Correcting Record |
| 160 | 14-16 | "whether it's a gas pricing hub or -- or POWWR hub or whatever it is." | "whether it's a gas pricing hub or -- or power hub or whatever it is." | Transcription Error |
| 165 | 10 | "I did not arrive at that." | "I did not arrive at the legal interpretation" | Incomplete Response / Clarifying Testimony |
| 168 | 3 | "is not illiquid enough" | "is not liquid enough" | Transcription Error / Misspoke |
| 176 | 6 | "I chose that it meant wholesale market." | "I chose that it meant wholesale market based on the reasons discussed in my report and here today." | Incomplete Response / Clarifying Testimony |
| 176 | 20-21 | "Because that's the – that's just a statement of fact." | "Because that's the – that's just a statement of fact. It's an industry term, and from an economics perspective I cannot see that it means anything else." | Incomplete Response / Clarifying Testimony |
| 184 | 6-7 | "My -- my blanche view on all these things is, this is in essence a contractual dispute." | "My -- my blanket view on all these things is, this is in essence a contractual dispute." | Transcription Error / Misspoke |
| 197 | 15-18 | "It -- it did give me pause and -- and I mean, I -- like I said, I -- I -- my role was not to interpret what the, you know, what the contract meant," | "It -- it did not give me pause and -- and I mean, I -- like I said, I -- I -- my role was not to interpret what the, you know, what the contract meant from a legal standpoint," | Misspoke/ Clarifying Testimony |

3

| Page(s) | Line(s) | Presently Reads | Should Read | Reason for Change |
|---|---|---|---|---|
| 202 | 13 | "the parting question, ESCO" | "the party in question is an ESCO" | Transcription Error / Misspoke |
| 205 | 16-17 | "That's -- that just -- it's common sense, so." | "That's -- that just -- it's common sense, so. Also, as noted in paragraph 13J of my report, I was instructed that Methods 1 and 2 should include a reasonable markup/margin input on top of procurement costs." | Incomplete Response / Clarifying Testimony |
| 211 | 6-7 | "If that's not the case, they're going to cease to exist." | "If that's not the case, they're going to cease to exist. Also, as noted in paragraph 13J of my report, I was instructed that Methods 1 and 2 should include a reasonable markup/margin input on top of procurement costs." | Incomplete Response / Clarifying Testimony |
| 217 | 18 | "New York PSE" | "New York PSC" | Transcription Error |
| 218 | 14 | "Yeah. No. No." | "Yeah. No. No. Your statement is not correct. I told you that here there is a formula in the contract that does not mention a markup. I was instructed to add a reasonable markup." | Incomplete Response / Clarifying Testimony |
| 220 | 12-18 | "Context of the situation. An ESCO that's operating in New York must procure minimum amounts of RECs and -- and ZECs | "They are procurement costs. An ESCO that's operating in New York must procure minimum amounts | Incomplete Response / Clarifying Testimony |

4

| Page(s) | Line(s) | Presently Reads | Should Read | Reason for Change |
|---|---|---|---|---|
| | | to -- to basically comply with state regulations. So in my mind, that was unnecessary to be explicitly stated in the -- in the contractual term because it comes as a given, given the situation at hand." | of RECs and -- and ZECs to -- to basically comply with state regulations. So in my mind, that was unnecessary to be explicitly stated in the -- in the contractual term because RECs and ZECs are procurement costs ESCOs face, and under method one I am accounting for procurement costs." | |
| 224 | 3-4 | "And – and that's what it is, it goes under the same umbrella." | "And – and that's what it is, it goes under the same umbrella. As I said in paragraph 135 of my report, 'for purposes of this Method 1, the inputs for "market pricing" are the POWWR procurement cost data Eligo used to set monthly variable rates and the voluntary REC cost that I calculated and added to the procurement cost as discussed in paragraphs 138-142." | Incomplete Response / Clarifying Testimony |
| 250 | 23 | "There's really no methodology." | "There's really no methodology in a strictly mathematical sense. I did not derive the 5 percent figure from a dataset of inputs | Incomplete Response / Clarifying Testimony / Question Misunderstood |

5

| Page(s) | Line(s) | Presently Reads | Should Read | Reason for Change |
|---|---|---|---|---|
| | | | like I did in Method one. The methodology I used is detailed in paragraphs 191 to 196 of my report." | |
| 253 | 19 | "Again, none." | "Again, none from a strictly mathematical sense of deriving a margin. The methodology I used is detailed in paragraphs 197 to 199 of my report." | Incomplete Response / Clarifying Testimony / Question Misunderstood |
| 259 | 21-22 | "I -- I don't -- I don't know the -- the details of that, no." | I don't know all of the details but the "Retail Pricing – Philosophy, Strategy & Principles" in this document says that "retail prices offered to customers shall cover all direct costs associated with fulfillment and provide for a gross margin to cover selling, general and administrative expenses, and profits" and that is what I did. My cost basis covers direct costs associated with fulfillment. | Incomplete Response / Clarifying Testimony |
| 262 | 13 | "No." | "No, not in the sense that I calculated a margin and used specific overhead costs in the calculation. I included overhead to the same extent that | Incomplete Response / Clarifying Testimony |

6

| Page(s) | Line(s) | Presently Reads | Should Read | Reason for Change |
|---|---|---|---|---|
| | | | Eligo's risk policy includes it." | |
| 270 | 14-15 | "So -- correct. What is the question?" | "What is the question?" | Misspoke |
| 281 | 8 | "No." | "No. That is not right. I was asked to select a reasonable margin input based on counsel's formulation of the contract under Methods 1 and 2." | Clarifying Testimony / Incomplete Response |
| 315-16 | 315:24-316:1 | "I -- I don't know how they -- how they use it. You saw they were extremely intricate and complex, so." | "I -- I don't know how they -- how they use it exactly. You saw they were extremely intricate and complex, so. But as noted in my report, I know that Eligo used the POWWR reports to estimate its procurement costs for the variable rates that are covered by my analysis." | Clarifying Testimony / Incomplete Response |

## ACKNOWLEDGEMENT OF DEPONENT

I, Edo Macan, do hereby declare that I have read the transcript of my December 17, 2025 deposition, I have made any corrections, additions, or changes I deemed necessary as noted above, and that, with these changes, the same is a true, correct, and complete transcript of the testimony given by me.

Dated: February 4, 2026         By: _Ed Macan_____
                                    Edo Macan

7