# Exhibit 18

## Blankinship Email Asserting Privilege Over Experts' Workpapers/Calculations

*Brous, et al. v. Eligo Energy, LLC, et al.*
*Case No. 1:24-cv-01260-ER*

| | |
|---|---|
| **Subject:** | RE: Brous v. Eligo: Improper Designation of Aron Report As Confidential |
| **Date:** | Thursday, October 2, 2025 at 3:03:42 PM Eastern Daylight Time |
| **From:** | Greg Blankinship |
| **To:** | Leo O'Toole, Daniel Brenner, David Meadows, Burkett McInturff, Ryan Watstein, Abigail Howd, Daniel Martin, Luke Kopetsky, Andrey Belenky, Ethan Roman, Jessica L. Hunter, Daniel Kieselstein, Tiasha Palikovic |
| **Attachments:** | image001.png |

**[Warning – external]**

Leo, sorry not to get back to you sooner on this. Eligo has no need for Plaintiffs' experts' backups/work papers (which are privileged). Eligo has the underlying facts and data and the conclusions that our experts reached from that data, and therefore Eligo has the ability to do the math for itself and to determine whether or not it takes issue with how the calculations were executed.

On the other hand, Eligo should produce Dr. Aron's backups/work papers if Eligo or Dr. Aron have not produced or identified from public sources the underlying facts and data she used in her calculations. Have Eligo or Dr. Aron failed to produce or identify from public sources the underlying facts and data used in Dr. Aron's calculations?

Thanks
Greg

---

**From:** Leo O'Toole <lotoole@wtlaw.com>
**Sent:** Thursday, October 2, 2025 11:05 AM
**To:** Greg Blankinship <gblankinship@FBFGLaw.com>; Daniel Brenner <djb@wittelslaw.com>; David Meadows <dmeadows@wtlaw.com>; Burkett McInturff <jbm@wittelslaw.com>; Ryan Watstein <Ryan@wtlaw.com>; Abigail Howd <ahowd@wtlaw.com>; Daniel Martin <DMartin@fbfglaw.com>; Luke Kopetsky <LKopetsky@fbfglaw.com>; Andrey Belenky <abelenky@wittelslaw.com>; Ethan Roman <edr@wittelslaw.com>; Jessica L. Hunter <jlh@wittelslaw.com>; Daniel Kieselstein <djk@wittelslaw.com>; Tiasha Palikovic <TPalikovic@wittelslaw.com>
**Subject:** Re: Brous v. Eligo: Improper Designation of Aron Report As Confidential

Thanks, Greg, we can take a closer look at this and get back to you.

In the meantime, please let us know if you are planning on producing your experts' backups/work papers, as we requested last week. This shouldn't be controversial, especially considering that your experts are claiming tens of millions of dollars in damages and have not provided the underlying data or calculations for the dozens, if not hundreds or thousands, of steps needed to arrive at these figures.

Best,
Leo

**Leo O'Toole**

WATSTEIN TEREPKA LLP

(404) 779-5190
lotoole@wtlaw.com
www.wtlaw.com

**From:** Greg Blankinship <gblankinship@FBFGLaw.com>
**Date:** Thursday, October 2, 2025 at 10:21 AM
**To:** Leo O'Toole <lotoole@wtlaw.com>, Daniel Brenner <djb@wittelslaw.com>, David Meadows <dmeadows@wtlaw.com>, Burkett McInturff <jbm@wittelslaw.com>, Ryan Watstein <Ryan@wtlaw.com>, Abigail Howd <ahowd@wtlaw.com>, Daniel Martin <DMartin@fbfglaw.com>, Luke Kopetsky <LKopetsky@fbfglaw.com>, Andrey Belenky <abelenky@wittelslaw.com>, Ethan Roman <edr@wittelslaw.com>, Jessica L. Hunter <jlh@wittelslaw.com>, Daniel Kieselstein <djk@wittelslaw.com>, Tiasha Palikovic <TPalikovic@wittelslaw.com>
**Subject:** Brous v. Eligo: Improper Designation of Aron Report As Confidential

[Warning – external]

Counselors, please find the attached letter. Please let us know when we can expect a response.

Thanks
Greg

**From:** Leo O'Toole <lotoole@wtlaw.com>
**Sent:** Friday, September 12, 2025 11:06 PM
**To:** Daniel Brenner <djb@wittelslaw.com>; David Meadows <dmeadows@wtlaw.com>; Burkett McInturff <jbm@wittelslaw.com>; Ryan Watstein <Ryan@wtlaw.com>; Abigail Howd <ahowd@wtlaw.com>; Greg Blankinship <gblankinship@FBFGLaw.com>; Daniel Martin <DMartin@fbfglaw.com>; Luke Kopetsky <LKopetsky@fbfglaw.com>; Andrey Belenky <abelenky@wittelslaw.com>; Ethan Roman <edr@wittelslaw.com>; Jessica L. Hunter <jlh@wittelslaw.com>; Daniel Kieselstein <djk@wittelslaw.com>; Tiasha Palikovic <TPalikovic@wittelslaw.com>; Erin Kelley <EKelley@FBFGLaw.com>
**Subject:** Re: Eligo - Expert Report of Frank Felder, Ph.D

Counsel—

Attached please find the expert report of Dr. Debra Aron.

Best,
Leo

**Leo O'Toole**
WATSTEIN TEREPKA LLP
(404) 779-5190
lotoole@wtlaw.com
www.wtlaw.com

**From:** Daniel Brenner <djb@wittelslaw.com>
**Date:** Friday, September 12, 2025 at 10:03 PM
**To:** David Meadows <dmeadows@wtlaw.com>, Burkett McInturff <jbm@wittelslaw.com>, Ryan Watstein <Ryan@wtlaw.com>, Abigail Howd <ahowd@wtlaw.com>, Greg Blankinship <gblankinship@FBFGLaw.com>, Daniel Martin <DMartin@fbfglaw.com>, Luke Kopetsky <LKopetsky@fbfglaw.com>, Andrey Belenky <abelenky@wittelslaw.com>, Ethan Roman <edr@wittelslaw.com>, Jessica L. Hunter <jlh@wittelslaw.com>, Daniel Kieselstein <djk@wittelslaw.com>, Tiasha Palikovic <TPalikovic@wittelslaw.com>, Erin Kelley <ekelley@fbfglaw.com>, Leo O'Toole <lotoole@wtlaw.com>
**Subject:** Eligo - Expert Report of Frank Felder, Ph.D

[Warning – external]

Counsel –

Attached for service is the expert report of Frank Felder, Ph.D and the exhibits thereto.

Best,
Dan

**Daniel J. Brenner**

WMP | Senior Associate

305 Broadway, 7th Floor | New York, NY 10007
Phone: 914 775 8862 x113 | Fax: 914 775 8862

*Licensed in NY and CO*



The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

**Please consider the environment before printing this e-mail.**

**Confidentiality Notice**

**This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, distribution or copying of this email and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email, delete the email and any attachments and destroy all copies of the original message.**

**Thank you..**

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.