# Exhibit 21

## Exhibit 8 from Deposition of Edo Macan

*Brous, et al. v. Eligo Energy, LLC, et al.*
*Case No. 1:24-cv-01260-ER*



**Figure 5 – Schuster Method 3 (Page 73 of Expert Report)**



**Figure 9 – Schuster Method 4 (Page 84 of Expert Report)**





**Figure 6 – Brous Method 3 (Page 74 of Expert Report)**



**Figure 10 – Brous Method 4 (Page 85 of Expert Report)**

