UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANNE BROUS, AS THE EXECUTRIX OF THE ESTATE OF IRA BROUS** and **MICHELLE SCHUSTER**, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC**,<br><br>    Defendants. | Case No. 1:24-CV-01260-ER |

**DECLARATION OF RYAN WATSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT REPORT OF DR. FRANK FELDER AND ANY <u>TESTIMONY HE MIGHT OFFER AT TRIAL</u>**

My name is Ryan Watstein, and I am an attorney at Watstein Terepka, LLP. I am over the age of 18, of sound mind, and competent to make this Declaration. I make this Declaration based on my personal knowledge.

1. I am a partner at the law firm Watstein Terepka, LLP, and counsel for Defendant. Based on my active participation and supervision in all material aspects of the defending of this class action by Defendants Eligo Energy, LLC and Eligo Energy NY, LLC ("Defendants"), I have personal knowledge of the matters set forth herein.

2. I make this Declaration in support of Defendants' Motion to Exclude the Expert Report of Dr. Frank Felder and Any Testimony He Might Offer at Trial.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093950.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093953.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF000138.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093223.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the deposition of Plaintiff Anne Brous.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the deposition of Plaintiff Michelle Schuster.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF000126.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093222.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the 2014 New York Uniform Business Practices.

12. Attached hereto as **Exhibit 10** is a true and correct copy of Eligo's TPV script dated September 24, 2018.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a cover letter from Eligo to the New York Public Service Commission dated September 25, 2018.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a letter from the New York Public Service Commission to Eligo dated September 26, 2018.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093509.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093391.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093401.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093389.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the deposition transcript of Plaintiff's expert Frank Felder, Ph.D. dated January 8, 2026.

20. Attached hereto as **Exhibit 18** is a true and correct copy of Dr. Felder's report and appendices from the *Brous v. Eligo Energy* litigation, dated September 12, 2025.

21. Attached hereto as **Exhibit 19** is a true and correct copy of Dr. Aron's report from the *Gonzales v. Agway Energy Services* case (Civ. A. No. 18-235, N.D.N.Y.) dated September 21, 2020.

22. Attached hereto as **Exhibit 20** is a true and correct copy of email from Greg Blankinship dated October 2, 2025.

23. Attached hereto as **Exhibit 21** is a true and correct copy of Dr. Felder's report from the *Gonzales v. Agway Energy Services* case (Civ. A. No. 18-235, N.D.N.Y.), dated July 23, 2020

24. Attached hereto as **Exhibit 22** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF018655.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093355.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the deposition transcript of Plaintiff's expert Edo Macan, dated December 17, 2025.

27. Attached hereto as **Exhibit 25** is a true and correct copy of Exhibit 8 from the deposition of Plaintiff's expert Edo Macan, dated December 17, 2025.

28. Attached hereto as **Exhibit 26** is a true and correct copy of an email from Greg Blankinship dated August 5, 2025.

29. Attached hereto as **Exhibit 27** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF000132.

30. Attached hereto as **Exhibit 28** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF000138.

31. Attached hereto as **Exhibit 29** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF000143

32. Attached hereto as **Exhibit 30** is a true and correct copy of Dr. Felder's deposition transcript from the *Gonzales v. Agway Energy Services* case (Civ. A. No. 18-235, N.D.N.Y.) dated August 26, 2020.

33. Attached hereto as **Exhibit 31** is a true and correct copy of Dr. Felder's article on Residential Energy Markets.

34. Attached hereto as **Exhibit 32** is a true and correct copy of an email between the New York Public Service Commission and Alexander Judd of the Duane Morris firm concerning the counting of renewable energy certificates.

I declare under penalty of perjury under the laws of New York and the United States of America that the foregoing is true and correct.

Executed on March 13, 2026 in Atlanta, Georgia.

                                                 */s/ Ryan Watstein*
                                                 Ryan D. Watstein