# Exhibit 11

## NYPSC Regulatory Filings

*Brous, et al. v. Eligo Energy, LLC, et al.*
**Case No. 1:24-cv-01260-ER**



September 25, 2018

**Secretary to the Commission**
Hon. Kathleen H. Burgess
Secretary to the Commission
New York State Public Service Commission
Empire State Plaza
Agency Building 3
Albany, NY 12223-1350

**RE: Matter No. 14-02554 Section: Triennial Filing**

Dear Madam:

Please find enclosed documents to be added to our previously filed 2018 Triennial Filing for Eligo Energy NY, LLC under Matter No 14-02554 Section: Triennial Filing.

At the request of Jessica Phalen of NY DPS, we are refiling an amended Commercial & Industrial Contract and TPV script.

Please let me know if you have any additional questions.

Thank you for your time and consideration.

Sincerely,

*s/Alexander Rozenblat*

Alexander Rozenblat
General Counsel & Corporate Secretary
Eligo Energy, LLC
201 W. Lake St., Ste. 151
Chicago, IL 60606
T: 312-600-3763
F: 312-600-3763
arozenblat@eligoenergy.com