# Exhibit 26

## Email from G. Blankinship dated August 5, 2025

*Brous, et al. v. Eligo Energy, LLC, et al.*
Case No. 1:24-cv-01260-ER

**Subject:** RE: Eligo POWWR reports
**Date:** Friday, August 8, 2025 at 1:45:07 PM Eastern Daylight Time
**From:** Greg Blankinship <gblankinship@FBFGLaw.com>
**To:** Leo O'Toole <lotoole@wtlaw.com>, Abigail Howd <ahowd@wtlaw.com>, David Meadows <dmeadows@wtlaw.com>, Ryan Watstein <Ryan@wtlaw.com>
**CC:** Burkett McInturff <jbm@wittelslaw.com>, Andrey Belenky <abelenky@wittelslaw.com>, Daniel Martin <DMartin@fbfglaw.com>

**[Warning – external]**

You are not seeing it because the tab is classified as "xlVeryHidden" so it won't be visible under the usual hidden tab method. Our understanding is this is usually used as an additional layer of protection (which we need removed).

The way to expose the tab is to:
- Enable Developer Options (if not active on your Excel) through File --> Options --> Customize Ribbon --> Click the box labeled Developer in the right hand box
- Select that ribbon at the top of the page
- Tap the Visual Basic Button
- In Visual Basic, it should give you options for the workbook you are currently using.
- You will see Zonal Prices or Zonal Prices 2 in the list of sheets
- From there, you need to edit the Visible Property changing it from "2 - xlSheetVeryHidden" to "-1 - xlSheetVisible"
- You'll also need to change EnableSelection from "-4142 - No Selection" to "0 - xlNoRestrictions"

Greg

**From:** Leo O'Toole <lotoole@wtlaw.com>
**Sent:** Friday, August 8, 2025 1:00 PM
**To:** Greg Blankinship <gblankinship@FBFGLaw.com>; Abigail Howd <ahowd@wtlaw.com>; David Meadows <dmeadows@wtlaw.com>; Ryan Watstein <Ryan@wtlaw.com>
**Cc:** Burkett McInturff <jbm@wittelslaw.com>; Andrey Belenky <abelenky@wittelslaw.com>; Daniel Martin <DMartin@fbfglaw.com>
**Subject:** Re: Eligo POWWR reports

Greg, I'm not seeing a "zonal prices" tab in DEF039717. Is it possible you're looking at another tab?

**Leo O'Toole**

WATSTEIN TEREPKA LLP
(404) 779-5190
lotoole@wtlaw.com
www.wtlaw.com

**From:** Greg Blankinship <gblankinship@FBFGLaw.com>
**Date:** Friday, August 8, 2025 at 12:52 PM
**To:** Leo O'Toole <lotoole@wtlaw.com>, Abigail Howd <ahowd@wtlaw.com>, David Meadows <dmeadows@wtlaw.com>, Ryan Watstein <Ryan@wtlaw.com>
**Cc:** Burkett McInturff <jbm@wittelslaw.com>, Andrey Belenky

1 of 3

<abelenky@wittelslaw.com>, Daniel Martin <DMartin@fbfglaw.com>
**Subject:** RE: Eligo POWWR reports

[Warning – external]

Thanks for the quick response, Leo.

An example would be the 10-14-22 report (DEF039717). Prior to Dec 2020, we are able to unhide the data in the Zonal Prices tab. But after that time, including this example when we select the "unprotect sheet" option in the dropdown menu, a window pops up asking for a password. We are looking for that password.

Thanks
Greg

---

**From:** Leo O'Toole <lotoole@wtlaw.com>
**Sent:** Friday, August 8, 2025 12:25 PM
**To:** Greg Blankinship <gblankinship@FBFGLaw.com>; Abigail Howd <ahowd@wtlaw.com>; David Meadows <dmeadows@wtlaw.com>; Ryan Watstein <Ryan@wtlaw.com>
**Cc:** Burkett McInturff <jbm@wittelslaw.com>; Andrey Belenky <abelenky@wittelslaw.com>; Daniel Martin <DMartin@fbfglaw.com>
**Subject:** Re: Eligo POWWR reports

Greg,
Can you provide an example so that we're looking at the same thing?
Best,
Leo

**Leo O'Toole**

WATSTEIN TEREPKA LLP

(404) 779-5190

lotoole@wtlaw.com
www.wtlaw.com

---

**From:** Greg Blankinship <gblankinship@FBFGLaw.com>
**Date:** Friday, August 8, 2025 at 11:50 AM
**To:** Abigail Howd <ahowd@wtlaw.com>, Leo O'Toole <lotoole@wtlaw.com>, David Meadows <dmeadows@wtlaw.com>, Ryan Watstein <Ryan@wtlaw.com>
**Cc:** Burkett McInturff <jbm@wittelslaw.com>, Andrey Belenky <abelenky@wittelslaw.com>, Daniel Martin <DMartin@fbfglaw.com>
**Subject:** Eligo POWWR reports

[Warning – external]

Counselors, I hope this email finds you well.  We just learned that some of the data in the POWWR reports for December 2020 and later is encrypted, which prevents our expert from being able to access

all the data and efficiently extract it.  Please provide us with that password today.

Thanks
Greg

**Please consider the environment before printing this e-mail.**

**Confidentiality Notice**

**This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, distribution or copying of this email and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email, delete the email and any attachments and destroy all copies of the original message.**

**Thank you..**

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.