# Exhibit 29

## NY Residential Contract dated November 3, 2017

*Brous, et al. v. Eligo Energy, LLC, et al.*
Case No. 1:24-cv-01260-ER



201 W. Lake St. Ste 151
Chicago, IL 60606

November 03, 2017

Dear ▉▉▉▉▉▉▉

Welcome to Eligo Energy, authorized supplier of National Grid. We're excited about your activation!

In the next few days, you will be receiving a notice from National Grid of change of your supplier to Eligo Energy, LLC. You will still remain a customer of National Grid, and they will continue to handle your billing, as well as any and all service issues. There will be no lapse in your electricity service.

Enclosed for your records are:

- a copy of the terms and conditions of your agreement with Eligo Energy
- the New York ESCO Consumers Bill of Rights

If your account is tax exempt, fax or email a copy of your Exempt Certificate to 1-312-380-0186 or customerservice@eligoenergy.com. Please be sure to include your utility account number.

If you have any questions regarding your energy bill or are dissatisfied with Eligo Energy in any way, please call customer service at 1-888-744-8125.

As your local utility, National Grid will continue to read your meter, handle any power outages or emergency services, and continue to send you your bill.

Thank you for your business!

Sincerely,
Eligo Energy

DEF000143

November 03, 2017

**New York State Public Service Commission**
**Your Rights as an Energy Services Company Consumer**
**ESCO Consumers Bill of Rights**

Customers can purchase energy from an Energy Services Company (ESCO) or from a traditional utility. If you choose to purchase energy from an ESCO you are entitled to:

- A clear description of the services offered by the ESCO.
- Receive energy delivery and 24 hour emergency services from your utility company.
- Clear procedures for switching energy suppliers, including information about the enrollment process.
- Disclosure, in simple and clear language, of the terms and conditions of the agreement between you and the ESCO including:
    - price and all variable charges or fees;
    - length of the agreement;
    - terms for renewal of the agreement;
    - cancellation process and any early termination fees, which are limited by law; and
    - conditions, if any, under which the ESCO guarantees cost savings.
- Rescind an agreement with an ESCO within three days of receiving the agreement, if you are a residential customer.
- A description of how pre-payment agreements work, if offered.
- Notice from the ESCO, no less than thirty days prior to the contract renewal date, of the renewal terms and the options you have as a customer.
- A fair and timely complaint resolution process.
- Provision of any written documents (contracts, marketing materials, and this ESCO Consumers Bill of Rights) in the same language used to enroll you as a customer.

If you are a residential customer you are also entitled to the rights and protections of the Home Energy Fair Practices Act (HEFPA) which requires that all utility customers be treated fairly with regard to application for service, customer billing, and complaint procedures. For more information go to www.dps.ny.gov/resright.html.

ESCOs that do not assure these consumer rights could lose their eligibility to provide service in New York. Please report any complaints to the Department of Public Service at 1-800-342-3377 (8:30 am - 4:00 pm), by mail at Office of Consumer Services, NYS Department of Public Service, 3 Empire State Plaza, Albany, NY 12223, or online at http://www.dps.ny.gov.

You can find more information about your energy alternatives by visiting: www.AskPSC.com

DEF000144

**Eligo Energy NY, LLC Terms of Service**
**New York - Residential Customer**

This agreement ("Agreement") authorizes Eligo Energy NY, LLC ("Supplier"), located at 201 West Lake Street, Suite 151, Chicago, IL 60606-1803, to change my ("Customer") electric supplier in the territory of National Grid USA Service Company, Inc. ("National Grid" or "Utility").

| | |
|---|---|
| Price | First 3 months at a fixed rate of $0.05000 / kWh. Thereafter, monthly variable kWh rate that may be periodically adjusted for market conditions. |
| Variable price is determined | Other than fixed rates, all rates shall be based on 100% renewable energy (through use of Renewable Energy Credits) and calculated on a monthly basis in response to market pricing, transportation costs, and other market price factors. Applicable taxes will also be factored into the variable price. |
| Length of the agreement | First 3 months at a fixed rate followed by month-to-month. |
| Process customer may use to rescind this Agreement | Customer may rescind the Agreement by contacting the Supplier or the Utility and communicate his/her intent to rescind the Contract: (1) before the Supplier submits the enrollment request to the electric utility; (2) for written or Internet contracts, within 3 business days after electronic acceptance or signature of the Agreement; and (3) for telephonic enrollments, within 3 business days after the date of the receipt of the Agreement. Customer may rescind the authorization for release of information at any time. |
| Amount of Early Termination Fee | No Cancellation Service Charges. |
| Amount of Late Payment Fees | Utility will remain responsible for collecting late payments. The utility will charge 1.5% per month of the unpaid balance as a Late Payment Fee. This fee is in addition to the unpaid balance. |
| Provisions for renewal of the agreement | Service with Supplier will renew monthly until the cancellation of this Agreement by either Supplier or the Customer. |
| Conditions under which savings to the customer are guaranteed | There are no guaranteed savings. |

**Service:** Customer will begin receiving electricity at the time of the first scheduled meter reading by the Utility after the date on which Customer is eligible to switch suppliers. Supply of energy to Customer shall continue pursuant to this Agreement. By executing or approving this Agreement, under the terms of New York's Utility Energy Service Company (ESCO) Referral Program, Customer agrees to initiate service and begin enrollment.

**Price:** All electricity products described herein are derived from at least 30% renewable sources. For fixed price products during the Initial Term, Customer shall pay the fixed generation rate and a monthly charge as provided in the Agreement Summary after enrollment at the next applicable billing period. For Eligo Energy's All-Inclusive products, the electricity service is inclusive of all Expected Monthly Usage for a flat monthly fee as provided in the Agreement Summary. Expected Monthly Usage is calculated based on customer historical usage. For usage significantly exceeding Expected Monthly Usage, each additional kWh exceeding the limit providing in the Agreement Summary will be charged at the overage rate as provided in the Agreement Summary. Following the Initial Term as provided in the Agreement Summary, the generation rate will be based on 100% renewable energy (through use of Renewable Energy Credits) and will continue as a monthly variable rate that may be periodically adjusted to market conditions. Customer may compare price terms by looking at the rates posted on Supplier's website (http://www.eligoenergy.com) and on Customer's monthly bill. In addition, Customer shall pay and be responsible for all other amounts, such as service and delivery charges, from the Utility, including any applicable taxes. Customer also understands that the Utility may charge a switching fee when enrolling with Supplier. Customer is responsible for cancelling any existing supplier agreement.

**Customer Eligibility:** To be eligible for Eligo All-Inclusive service, customers must have 12 months of usage history for their current residence and are not enrolled in budget billing or other public assistance programs.

**Right of Rescission:** Customer may rescind the Agreement by contacting the Supplier or the Utility and communicate his/her intent to rescind the Contract: (1) before the Supplier submits the enrollment request to the electric utility; (2) for written or Internet contracts, within 3 business days after electronic acceptance or signature of the Agreement; and (3) for telephonic enrollments, within 3 business days after the date of the receipt of the Agreement. Customer may rescind the authorization for release of information at any time.

**Term:** Service with Supplier will commence 2017-12-30. Service with Supplier will renew monthly until the cancellation of this Agreement by either Supplier or the Customer.

**Cancellation:** Customer may cancel this Agreement, for any reason, at any time, as provided in the Agreement Summary. The cancellation becomes effective when Customer's new supplier or the Utility completes the change. Cancellation will not relieve Customer of any payment obligations for electricity provided to Customer by Supplier before cancellation. Customer may make such a cancellation by contacting Supplier or the Utility (orally, electronically or in writing). Customer may not be served under the same rates, terms, and conditions that apply to others when switching back to the Utility. Supplier may revert Customer to Utility for non-payment at the time of the next meter reading with at least 15 days written notice and an opportunity to cure. A final bill will be rendered within twenty (20) days after the final scheduled meter reading or, if access is unavailable, an estimate of consumption will be used in the final bill, which will be reconciled subsequent to the final meter reading.

**Billing:** Supplier will serve only the supply portion of Customer's electricity bill. All other services currently supplied by the Utility will continue to be supplied by the Utility. Customer will continue to receive one monthly electric bill processed and provided by the Utility in accordance with its billing practices. At the present time, Supplier is able to offer budget billing for the generation portion of the bill to Customers who qualify under New York's Home Energy Fair Practices Act (HEFPA). In the event of Customer bankruptcy, late payment, or nonpayment, Supplier has the right to cancel this Agreement.

**Collection of Past Due Charges:** Utility will remain responsible for collecting late payments. The utility will charge 1.50% of the unpaid balance as a Late Payment Fee. This fee is in addition to the unpaid balance.

**Environmental Disclosure Information:** Supplier will provide to the Customer, with the Agreement, information (accompanying the Agreement) regarding the approximate generation resource mix and environmental characteristics of the power supplies.

**Confidentiality:** Supplier will not disclose Customer's social security number and/or account number(s) without the Customer's consent except for the Supplier's own collections and credit reporting efforts, participation in programs funded by the Universal Service Fund, or assigning Customer's Agreement to another supplier.

**Contact Information:** In the event of an emergency such as a power failure, downed power line, or other life-threatening emergency, Customer should contact the Utility at 1-800-892-2345 (toll free) or Emergency Services at 911. For other service matters Customer can call Utility at 1-800-892-2345 (toll-free). For all other inquiries, the Customer may contact Supplier at 1-888-744-8125, 24 hours a day and 7 days a week. Customer shall contact Supplier with any change in Customer's email address and/or withdrawal of consent for electronic retention of Customer information. If Customer's complaint is not resolved after they have called Supplier and/or Utility, or for general Utility information, Customer may contact the New York State Department of Public Service for assistance at 1-888-697-7728 from 6 a.m. ET to 5 p.m. ET weekdays or at http://www.dps.ny.gov/.

**Dispute Resolution:** In the event of a billing dispute or a disagreement involving Supplier's service hereunder, the parties will use their best efforts to resolve the dispute. Customer should contact Supplier by telephone or in writing as provided above. The dispute or complaint relating to Customer may be submitted by either party at any time to the New York State Department of Public Service ("NYDPS") pursuant to its Complaint Handling Procedures ("Procedures") by calling the NYDPS at 1-888-697-7728 or by writing to the NYDPS at: New York State Department of Public Service, Empire State Plaza Agency Building 3, Albany, NY 12223-1350, or through its website at: http://www.dps.ny.gov/. During the pendency of any dispute, Customer must pay the bill in full minus the specific disputed amount. Venue for any lawsuit brought to enforce any term or condition of this Agreement or to construe the terms herein shall lie exclusively in the New York. This Agreement shall be construed under and shall be governed by the laws of the New York without regard to application of its conflicts of laws and principles.

**Customer Relocation:** If Customer moves to a new address within Supplier's current service territory, Customer should contact Supplier in order to re-enroll at the new location.

**Changes to Agreement:** This is an Agreement for residential service. In the event that Customer's account under this Agreement is not a residential account and for other reasons provided herein, Supplier may modify this Agreement at any time from residential to commercial terms. Supplier may modify this Agreement, or change these terms in connection with any renewal of this Agreement, or if there are adverse changes in the laws, rules or market conditions affecting Supplier's ability to perform hereunder, by providing thirty (30) to sixty (60) days prior written notice.

**Assignment:** Customer may not assign this Agreement without Supplier's written consent. Customer hereby acknowledges and consents to Supplier's pledge and contingent assignment or subrogation of any and all rights and obligations hereunder. This Agreement is binding upon Customer and Supplier, and each party's heirs, successors and permitted assigns. Any required notice of assignment will be considered complete when it is mailed to the Customer's address on file with the Supplier. There are no third-party beneficiaries to this Agreement.

**Limitations of Liability:** Neither the Customer nor the Supplier shall assume liability or responsibility for any special, indirect, consequential or punitive damages for items associated with the failure of Utility to perform its duties, including but not limited to operations and maintenance of their system or interruptions of service, termination of service, or from damages arising from structural damage as a result of negligence.

**Authorization:** Customer authorizes Supplier to obtain and review information regarding the customer's credit history from credit reporting agencies, and the following information from the Utility: consumption history, billing determinants, credit information, public assistance status, existence of medical emergencies, status as to whether Customer has a medical emergency, is human needs, elderly, blind or disabled and data applicable to cold weather periods under PSL § 32 (3); and information pertaining to PSL § 33, tax status and eligibility for economic development or other incentives. This information may be used by Supplier to determine whether it will commence and/or continue to provide energy supply service to Customer and will not be disclosed to a third-party unless required by law. Customer's execution of this Agreement shall constitute authorization for the release of this information to Supplier. This authorization will remain in effect during the term of this Agreement. Customer may rescind this authorization at any time by providing written notice thereof to Supplier or calling Supplier at 1-888-744-8125. Supplier reserves the right to cancel this Agreement in the event Customer rescinds the authorization.

DEF000145

**Agreement Summary**

| Contact Information | |
|---|---|
| Sales Rep | ▮▮▮▮▮ |
| Customer | ▮▮▮▮ |
| Contact Name | |
| Contact Phone | |
| Contact Email | |
| Utility | any, Inc. |
| Mailing/Billing/Service Address | ▮▮▮▮▮▮▮▮▮▮▮ |

| Custom Product Types | | | | |
|---|---|---|---|---|
| Choose One | Initial Term | Price | Product | Cancellation Service Charge |
| ☐ | 3 months | $0.05000 / kWh | Fixed - Residential | No Cancellation Service Charges. |

| Utility Account Numbers |
|---|
| ▮▮▮▮ |

| Additional Info | |
|---|---|
| Estimated Annual Usage | 9.0 MWh |

For each location, term shall start after the first applicable meter read cycle after **December 30, 2017**.

✓ Customer indicated that he has read and agreed to the Terms of Service and affirmed that he is an authorized decision-maker for this energy account.

Additional data recorded during customer enrollment:

| | |
|---|---|
| Date and Time of Enrollment | TC |
| Customer Eligo Account Number | ▮▮▮▮▮▮ |
| Customer IP Address | unknown |

Case 1:24-cv-01260-ER    Document 364-29    Filed 03/13/26    Page 6 of 6

DEF000147