UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANNE BROUS, AS THE EXECUTRIX OF THE ESTATE OF IRA BROUS** and **MICHELLE SCHUSTER**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC**,<br><br>Defendants. | Case No. 1:24-cv-01260-ER |

### DECLARATION OF ANDREW LAPOINTE IN SUPPORT OF DEFENDANTS' MOTIONS TO EXCLUDES THE EXPERT REPORTS OF PLAINTIFFS' EXPERTS AND ANY TESTIMONY THEY MIGHT OFFER AT TRIAL

I, Andrew LaPointe, declare under the penalty of perjury as follows.

1. My name is Andrew LaPointe. I am over the age of 18 and am competent to provide this declaration.

2. I am the Chief Compliance Officer at Eligo Energy, LLC. I am generally familiar with Eligo's business, as well as the business of Eligo LLC's affiliates, such as Eligo Energy NY, LLC ("Eligo NY") (collectively the "Eligo Entities").

3. This information contained herein is based on my personal knowledge along with my review of the business records, policies, and/or electronic databases and reports generated and maintained by the Eligo Entities in the ordinary course of their regularly conducted business and made at or near the time by, or from information transmitted by, someone with knowledge. I routinely view, search, and interpret those records while performing my job duties. If called and sworn as a witness, I could and would competently testify to the matters discussed herein.

2

4. I have reviewed the opinions of Plaintiffs' experts, Mr. Macan and Dr. Felder, concerning Eligo's pricing and margins. I understand that they contend Eligo should have priced its variable-rate electricity products at the cost of electricity plus a margin of approximately five to six percent.

5. In my experience and based on Eligo's financial data, that proposition would not have been financially viable for Eligo. Eligo produced accounting data during discovery that reflects the company's revenues and costs, including materials Bates-labeled DEF093355. That spreadsheet contains Eligo's underlying accounting data regarding revenues, energy costs, and other business expenses.

6. The financial information contained in DEF093355 reflects that Eligo incurs numerous costs beyond the procurement of electricity itself. These include, among other things, customer acquisition costs, administrative and operational expenses, compliance costs, customer service expenses, and other overhead associated with operating a retail electricity supplier.



8. The opinions offered by Mr. Macan and Dr. Felder appear to assume that Eligo had only one cost associated with serving customers—the procurement of electricity. Based on my

understanding of Eligo's business and its accounting records, that assumption is not accurate. Because their analysis appears to omit the company's other costs, Mr. Macan and Dr. Felder calculate margins for Eligo that exceed eighty percent in certain circumstances. In my view, those figures do not reflect the economic reality of Eligo's operations.

9. After reviewing the opinions of Plaintiffs' experts, Eligo prepared a spreadsheet that compiles and summarizes the accounting data previously produced in DEF093355 in order to comprehensively account for Eligo's revenues and costs, which is attached to this declaration as Exhibit 1. This spreadsheet relies on and is derived from the underlying accounting data that was produced during discovery.

10. This summary spreadsheet was prepared specifically in order to respond to and evaluate the margin assumptions presented in Plaintiffs' experts' analyses. It did not previously exist because it was created specifically to analyze the issues raised in those expert opinions.



12. These figures are consistent with my understanding of Eligo's financial performance and reflect the full range of costs required to operate Eligo's retail electricity business.

13.    I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 13th day of March 2026, in Will County, Illinois.

_____
Andrew LaPointe
Chief Compliance Officer
Eligo Energy, LLC