**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANNE BROUS, AS THE EXECUTRIX OF THE ESTATE OF IRA BROUS** and **MICHELLE SCHUSTER**, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC**,<br><br>    Defendants. | Case No. 1:24-CV-01260-ER |

**DEFENDANTS' NOTICE OF MOTION TO EXCLUDE THE EXPERT REPORT OF DR. JOHN O'BRIEN AND ANY TESTIMONY HE MIGHT OFFER AT TRIAL**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Evidence 403 and 702 and the Court's December 10, 2025 Order authorizing the filing of this Motion, Defendants Eligo Energy and Eligo Energy NY, LLC, by their undersigned attorneys, will move the Court before the Honorable Edgardo Ramos at the United States District Courthouse, 40 Foley Square, New York, New York 10007, on such day and time as counsel may be heard, for an Order Excluding the expert report of Plaintiff's expert Dr. John O'Brien, and excluding any testimony he might offer at trial.

In support of this Motion, Defendants will rely on the accompanying Memorandum of Law in Support, the Declaration, dated March 16, 2026 with annexed exhibits.

Pursuant to the Court's Order, Plaintiffs will file their opposition brief by April 27, 2026, and Defendants will file a reply by May 12, 2026.

*[Signature Appears on Following Page]*

Dated: March 16, 2026

Respectfully submitted,

*/s/ Ryan D. Watstein*
Ryan D. Watstein (*pro hac vice*)
David Meadows (*pro hac vice*)
Leo P. O'Toole
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Rd. 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-0695
ryan@wtlaw.com
dmeadows@wtlaw.com
lotoole@wtlaw.com

*Attorneys for Defendants Eligo Energy, LLC and Eligo Energy NY, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Ryan D. Watstein
Ryan D. Watstein