**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANNE BROUS, AS THE EXECUTRIX OF THE ESTATE OF IRA BROUS** and **MICHELLE SCHUSTER**, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>**ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC**,<br><br>        Defendants. | Case No. 1:24-CV-01260-ER |

**DECLARATION OF RYAN WATSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT REPORT OF DR. JOHN O'BRIEN AND ANY <u>TESTIMONY HE MIGHT OFFER AT TRIAL</u>**

My name is Ryan Watstein, and I am an attorney at Watstein Terepka, LLP. I am over the age of 18, of sound mind, and competent to make this Declaration. I make this Declaration based on my personal knowledge.

1.      I am a partner at the law firm Watstein Terepka, LLP, and counsel for Defendant. Based on my active participation and supervision in all material aspects of the defending of this class action by Defendants Eligo Energy, LLC and Eligo Energy NY, LLC ("Defendants"), I have personal knowledge of the matters set forth herein.

2.      I make this Declaration in support of Defendants' Motion to Exclude the Expert Report of Dr. John O'Brien and Any Testimony He Might Offer at Trial.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Dr. O'Brien's report and appendices from the *Brous v. Eligo Energy* litigation dated September 12, 2025.

2

4.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition of Plaintiff's expert Dr. John O'Brien.

I declare under penalty of perjury under the laws of New York and the United States of America that the foregoing is true and correct.

Executed on March 16, 2026 in Atlanta, Georgia.

*/s/ Ryan Watstein*
Ryan D. Watstein
