

## WATSTEIN TEREPKA LLP

# MEMO ENDORSED

Ryan Watstein
Ryan@wtlaw.com
404-782-0695

March 18, 2026

> The requests are granted. The deadlines to brief the summary judgment and class certification motions are extended to the dates listed herein.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: March 19, 2026
> New York, New York

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

Re:    ***Brous v. Eligo Energy, LLC***, 24 Civ. 1260
       **Unopposed Request to Extend Deadline for Opposition to Class Certification and Motion for Summary Judgment**

Dear Judge Ramos:

We represent Defendants Eligo Energy, LLC and Eligo Energy NY, LLC in the above dispute and submit this unopposed extension request. Pursuant to Rule I.E. of Your Honor's Individual Practices, we respectfully request that Defendants' current deadline to file their Opposition to Class Certification be extended by seven days, to and through March 27, 2026, and that the deadline for Plaintiffs' reply in support of their Class Certification Motion be extended by seven days, to May 8, 2026.

Defendants further request that their deadline to file their Motion for Summary Judgment be extended by fifteen days, to and through April 7, 2026, and that the deadlines for Plaintiffs' opposition to Defendants' Motion for Summary Judgment be extended by fifteen days, to May 5, 2026, with any replies due on May 27, 2026.

Good cause exists for this request. Significant work remains to complete the briefing, and it is being undertaken by a small team of attorneys who are simultaneously preparing this briefing and dispositive motions in other matters. In addition, multiple members of Defendants' defense team are scheduled to be out of the country during March and April. A brief extension will avoid any scheduling conflicts, promote efficiency, and allow the issues to be presented to the Court in a clear, organized, and thorough manner, without materially impacting the case schedule. Nor will this brief extension unduly delay the resolution of this case. Accordingly, Defendants respectfully request a short extension, up to and including Friday, March 27, to file their Opposition to Class Certification, and up to and including Tuesday, April 7, to file their Motion for Summary Judgment.

---

| **Atlanta** | **Los Angeles** | **Miami** |
|---|---|---|
| 75 14th Street NE, Ste. 2600 | 515 S. Flower Street, 19th Floor | 218 NW 24th Street, 3rd Floor |
| Atlanta, GA 30309 | Los Angeles, CA 90071 | Miami, FL 33127 |

 www.wtlaw.com           Ryan@wtlaw.com           404-782-0695

2

This is the second request for an extension of time concerning Defendants' Opposition to Class Certification Motion deadline and the first request for an extension of time concerning Defendants' Motion for Summary Judgment. Plaintiffs consent to the relief requested.

Respectfully,

*/s/ Ryan Watstein*
Ryan Watstein