# Exhibit 11

## Brous TPV Call

*Brous, et al. v. Eligo Energy, LLC, et al.*
**Case No. 1:24-cv-01260-ER**

```
[InternetShortcut]
URL=https://eligoenergy.zendesk.com/attachments/token/uO0Yzr0ReFdDmjvPYQ8zVdiKu/?name=217906_2017071
2162013-001.mp3
```

```
[InternetShortcut]
URL=https://eligoenergy.zendesk.com/attachments/token/uO0Yzr0ReFdDmjvPYQ8zVdiKu/?name=217906_2017071
2162013-001.mp3
```

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

DEF093222