# Exhibit 20

## NY Residential Contract dated February 14, 2014

*Brous, et al. v. Eligo Energy, LLC, et al.*
**Case No. 1:24-cv-01260-ER**



1658 N. Milwaukee Ave. Suite 314
Chicago, IL 60647

February 14, 2014

[redacted]

Welcome to Eligo Energy. We're excited about your activation. You are joining the many satisfied customers who have discovered a smarter approach to their electricity needs.

Enclosed for your records are:

- a copy of the terms and conditions of your agreement with Eligo Energy
- the New York ESCO Consumers Bill of Rights

For your convenience we have summarized the key details of your account below:

Activation Date:        02-14-2014
Term:                   six months
Price per KWH:          $0.0730

[redacted]

If your account is tax exempt, please fax or email a copy of your Exempt Certificate to 1-312-380-0186 or customerservice@eligoenergy.com. Please be sure to include your utility account number.

If you have any questions regarding your energy bill, or if you would like to learn more about Eligo Energy, please call customer service at 1-888-744-8125 Monday through Friday 9AM-6PM ET.

As your local utility, NYSEG will continue to read your meter, handle any power outages or emergency services, and continue to send you your bill. NYSEG will also be sending you a letter to confirm your enrollment with Eligo Energy.

If you have any questions please feel free to contact us at 1-888-744-8125.

Thank you for your business.

Sincerely, Eligo Energy

DEF000132

DEF000133

February 14, 2014

# Eligo Energy NY, LLC Terms of Service

## New York - Residential Customer

This agreement ("Agreement") authorizes Eligo Energy NY, LLC ("Supplier"), located at 1658 North Milwaukee Avenue, Suite 314, Chicago, IL 60647-6905, to change my ("Customer") electric supplier in the territory of New York State Electric and Gas Corporation ("NYSEG" or "Utility").

| | |
|---|---|
| Price | First six months at a fixed generation rate of $0.0730/kWh. Thereafter, monthly variable kWh rate that may be periodically adjusted for market conditions. |
| Variable price is determined | Other than fixed rates, all rates shall be calculated on a monthly basis in response to market pricing, transportation costs, and other market price factors. Applicable taxes will also be factored into the variable price. |
| Length of the agreement | First six months at a fixed rate followed by month-to-month. |
| Process customer may use to rescind this Agreement | Customer may rescind by calling toll free number within 3 business days of receipt of this Agreement or by sending 30 days written notice prior to the expiration of the contract. |
| Amount of Early Termination Fee | 50.00 termination fee. |
| Amount of Late Payment Fees | Utility will remain responsible for collecting late payments. The utility will charge 1.5% per month of the unpaid balance as a Late Payment Fee. This fee is in addition to the unpaid balance. |
| Provisions for renewal of the agreement | Service with Supplier will renew monthly until the cancellation of this Agreement by either Supplier or the Customer. |
| Conditions under which savings to the customer are guaranteed | There are no guaranteed savings. |

**Service:** Customer will begin receiving electricity at the time of the first scheduled meter reading by the Utility after the date on which Customer is eligible to switch suppliers. Supply of energy to Customer shall continue pursuant to this Agreement. By executing or approving this Agreement, under the terms of New York's Utility Energy Service Company (ESCO) Referral Program, Customer agrees to initiate service and begin enrollment.

**Price:** Customer will receive electricity from Supplier at a fixed generation rate of $0.0730/kWh for six months after enrollment at the next applicable billing period. Following the initial period of six months, the generation rate will continue as a monthly variable rate that may be periodically adjusted to market conditions. Customer may compare price terms by looking at the rates posted on Supplier's website (http://www.eligoenergy.com) and on Customer's monthly bill. In addition, Customer shall pay and be responsible for all other amounts, such as service and delivery charges, from the Utility, including any applicable taxes. Customer also understands that the Utility may charge a switching fee when enrolling with Supplier. Customer is responsible for cancelling any existing supplier agreement.

**Right of Rescission:** Customer may rescind the Agreement, by contacting the Supplier before the Supplier

DEF000134

submits the enrollment request to the electric utility. Furthermore, Customer may rescind the Agreement and the pending enrollment, within 3 calendar days following the postmark date on the Utility's confirmation notice, by contacting the Supplier. Residential customers may rescind the Agreement and the pending enrollment by contacting either the Supplier or the Utility.

**Term:** Service with Supplier will commence with the next available meter reading after the Utility and Supplier process the request. Service with Supplier will renew monthly until the cancellation of this Agreement by either Supplier or the Customer.

**Cancellation:** Customer may cancel this Agreement, for any reason, at any time for a $50.00 Cancellation Service Charge.The cancellation becomes effective when Customer's new supplier or the Utility completes the change. Cancellation will not relieve Customer of any payment obligations for electricity provided to Customer by Supplier before cancellation. Customer may make such a cancellation by contacting Supplier or the Utility (orally, electronically or in writing). Customer may not be served under the same rates, terms, and conditions that apply to others when switching back to the Utility. Supplier may revert Customer to Utility for non-payment at the time of the next meter reading with at least 15 days written notice and an opportunity to cure. A final bill will be rendered within twenty (20) days after the final scheduled meter reading or, if access is unavailable, an estimate of consumption will be used in the final bill, which will be reconciled subsequent to the final meter reading.

**Billing:** Supplier will serve only the supply portion of Customer's electricity bill. All other services currently supplied by the Utility will continue to be supplied by the Utility. Customer will continue to receive one monthly electric bill processed and provided by the Utility in accordance with its billing practices. At the present time, Supplier is able to offer budget billing for the generation portion of the bill to Customers who qualify under New York's Home Energy Fair Practices Act (HEFPA). In the event of Customer bankruptcy, late payment, or nonpayment, Supplier has the right to cancel this Agreement.

**Collection of Past Due Charges:** Utility will remain responsible for collecting late payments. The utility will charge 1.50% of the unpaid balance as a Late Payment Fee. This fee is in addition to the unpaid balance.

**Environmental Disclosure Information:** Supplier will provide to the Customer, with the Agreement, information (accompanying the Agreement) regarding the approximate generation resource mix and environmental characteristics of the power supplies.

**Confidentiality:** Supplier will not disclose Customer's social security number and/or account number(s) without the Customer's consent except for the Supplier's own collections and credit reporting efforts, participation in programs funded by the Universal Service Fund, or assigning Customer's Agreement to another supplier.

**Contact Information:** In the event of an emergency such as a power failure, downed power line, or other life-threatening emergency, Customer should contact the Utility at 1-800-572-1111 (toll free) or Emergency Services at 911. For other service matters Customer can call Utility at 1-800-572-1111 (toll-free). For all other inquiries, the Customer may contact Supplier at 1-888-744-8125, 24 hours a day and 7 days a week. Customer shall contact Supplier with any change in Customer's email address and/or withdrawal of consent for electronic retention of Customer information. If Customer's complaint is not resolved after they have called Supplier and/or Utility, or for general Utility information, Customer may contact the New York State Department of Public Service for assistance at 1-888-697-7728 from 6 a.m. ET to 5 p.m. ET weekdays or at http://www.dps.ny.gov/.

**Dispute Resolution:** In the event of a billing dispute or a disagreement involving Supplier's service hereunder, the parties will use their best efforts to resolve the dispute. Customer should contact Supplier by telephone or in writing as provided above. The dispute or complaint relating to Customer may be submitted by either party at any time to the New York State Department of Public Service ("NYDPS") pursuant to its

DEF000135

Complaint Handling Procedures ("Procedures") by calling the NYDPS at 1-888-697-7728 or by writing to the ("NYDPS") at: New York State Department of Public Service, Empire State Plaza Agency Building 3, Albany, NY 12223-1350, or through its website at: http://www.dps.ny.gov/. During the pendency of any dispute, Customer must pay the bill in full minus the specific disputed amount. Venue for any lawsuit brought to enforce any term or condition of this Agreement or to construe the terms herein shall lie exclusively in the New York. This Agreement shall be construed under and shall be governed by the laws of the New York without regard to application of its conflicts of laws and principles.

**Customer Relocation:** If Customer moves to a new address within Supplier's current service territory, Customer should contact Supplier in order to re-enroll at the new location.

**Changes to Agreement:** Supplier may modify this Agreement, or change these terms in connection with any renewal of this Agreement, or if there are adverse changes in the laws, rules or market conditions affecting Supplier's ability to perform hereunder, by providing thirty (30) to sixty (60) days prior written notice.

**Assignment:** Customer may not assign this Agreement without Supplier's written consent. Customer hereby acknowledges and consents to Supplier's pledge and contingent assignment or subrogation of any and all rights and obligations hereunder. This Agreement is binding upon Customer and Supplier, and each party's heirs, successors and permitted assigns. Any required notice of assignment will be considered complete when it is mailed to the Customer's address on file with the Supplier. There are no third-party beneficiaries to this Agreement.

**Limitations of Liability:** Neither the Customer nor the Supplier shall assume liability or responsibility for any special, indirect, consequential or punitive damages for items associated with the failure of Utility to perform its duties, including but not limited to operations and maintenance of their system or interruptions of service, termination of service, or from damages arising from structural damage as a result of negligence.

**Authorization:** Customer authorizes Supplier to obtain and review information regarding the customer's credit history from credit reporting agencies, and the following information from the Utility: consumption history, billing determinants, credit information, public assistance status, existence of medical emergencies, status as to whether Customer has a medical emergency, is human needs, elderly, blind or disabled and data applicable to cold weather periods under PSL § 32 (3); and information pertaining to PSL § 33, tax status and eligibility for economic development or other incentives. This information may be used by Supplier to determine whether it will commence and/or continue to provide energy supply service to Customer and will not be disclosed to a third-party unless required by law. Customer's execution of this Agreement shall constitute authorization for the release of this information to Supplier. This authorization will remain in effect during the term of this Agreement. Customer may rescind this authorization at any time by providing written notice thereof to Supplier or calling Supplier at 1-888-744-8125. Supplier reserves the right to cancel this Agreement in the event Customer rescinds the authorization.

DEF000136

February 14, 2014

# New York State Public Service Commission

# Your Rights as an Energy Services Company Consumer

# ESCO Consumers Bill of Rights

Customers can purchase energy from an Energy Services Company (ESCO) or from a traditional utility. If you choose to purchase energy from an ESCO you are entitled to:

- A clear description of the services offered by the ESCO.
- Receive energy delivery and 24 hour emergency services from your utility company.
- Clear procedures for switching energy suppliers, including information about the enrollment process.
- Disclosure, in simple and clear language, of the terms and conditions of the agreement between you and the ESCO including:
    - price and all variable charges or fees;
    - length of the agreement;
    - terms for renewal of the agreement;
    - cancellation process and any early termination fees, which are limited by law; and
    - conditions, if any, under which the ESCO guarantees cost savings.
- Rescind an agreement with an ESCO within three days of receiving the agreement, if you are a residential customer.
- A description of how pre-payment agreements work, if offered.
- Notice from the ESCO, no less than thirty days prior to the contract renewal date, of the renewal terms and the options you have as a customer.
- A fair and timely complaint resolution process.
- Provision of any written documents (contracts, marketing materials, and this ESCO Consumers Bill of Rights) in the same language used to enroll you as a customer.

If you are a residential customer you are also entitled to the rights and protections of the Home Energy Fair Practices Act (HEFPA) which requires that all utility customers be treated fairly with regard to application for service, customer billing, and complaint procedures. For more information go to www.dps.ny.gov/resright.html.

ESCOs that do not assure these consumer rights could lose their eligibility to provide service in New York. Please report any complaints to the Department of Public Service at 1-800-342-3377 (8:30 am â€" 4:00 pm), by mail at Office of Consumer Services, NYS Department of Public Service, 3 Empire State Plaza, Albany, NY 12223, or online at http://www.dps.ny.gov.

You can find more information about your energy alternatives by visiting: www.AskPSC.com

DEF000137