# Exhibit 30

# To Be Filed Under Seal

*Brous, et al. v. Eligo Energy, LLC, et al.*
**Case No. 1:24-cv-01260-ER**