**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ANNE BROUS, AS THE EXECUTOR OF THE ESTATE OF IRA BROUS and MICHELLE SCHUSTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELIGO ENERGY, LLC and ELIGO ENERGY NY, LLC,<br><br>Defendants. | Civil Case No.: 1:24-cv-01260-ER |

**PLAINTIFFS' NOTICE OF MOTION TO RECONSIDER THE COURT'S ORDER FINDING THAT DEFENDANTS HAVE NOT WAIVED THEIR ONE-WAY INTERVENTION PROTECTIONS**

**PLEASE TAKE NOTICE** that pursuant to Rule 6.3 of the Local Civil Rules for the United States District Courts for the Southern and Eastern Districts of New York, and Your Honor's Individual Practice Rule 2.A.ii, Plaintiffs Michelle Schuster and Anne Brous, as Executor of the Estate of the deceased Plaintiff Ira Brous, by their undersigned attorneys, will move the Court before the Honorable Edgardo Ramos at the United States District Courthouse, 40 Foley Square, New York, New York 10007, on such day and time as counsel may be heard, for an Order granting Plaintiffs' Motion to Reconsider the Court's Order Finding That Defendants Have Not Waived Their One-Way Intervention Protections.

In support of this Motion, Plaintiffs will rely on the accompanying Memorandum of Law. As outlined in the accompanying Memorandum, Plaintiffs seek an Order finding that:

1) Defendants have waived any protections under the one-way intervention rule; and

2) Plaintiffs are authorized to file their pre-motion application for summary judgment without violating the one-way intervention rule.

Dated: March 30, 2026                          Respectfully submitted,

                                               **WITTELS MCINTURFF PALIKOVIC**

                                               By: */s/ J. Burkett McInturff*

                                               J. Burkett McInturff
                                               Andrey Belenky
                                               Ethan D. Roman
                                               305 Broadway, 7th Floor
                                               New York, New York 10007
                                               Tel: (914) 775-8862
                                               jbm@wittelslaw.com
                                               abelenky@wittelslaw.com
                                               edr@wittelslaw.com

                                               **FINKELSTEIN, BLANKINSHIP,**
                                               **FREI-PEARSON & GARBER, LLP**
                                               D. Greg Blankinship
                                               Daniel J. Martin
                                               One North Broadway, Suite 900
                                               White Plains, New York 10601
                                               Tel: (914) 298-3281
                                               gblankinship@fbfglaw.com
                                               dmartin@fbfglaw.com

                                               *Counsel for Plaintiffs and the Proposed Class*