**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANNE BROUS, AS THE EXECUTRIX OF THE ESTATE OF IRA BROUS** and **MICHELLE SCHUSTER**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC**, <br><br> Defendants. | Case No. 1:24-CV-01260-ER |

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that pursuant to the Court's March 19, 2026 Order authorizing the filing of this Motion, Defendants Eligo Energy and Eligo Energy NY, LLC, by their undersigned attorneys, hereby move this Court, before the Honorable Edgardo Ramos at the United States District Courthouse, 40 Foley Square, New York, New York 10007, on such day and time as counsel may be heard, for an order granting Defendants' Motion for Summary Judgment.

In support of this Motion, Defendants will rely on the accompanying Memorandum of Law in Support, Statement of Undisputed Material Facts, and the Declaration of Ryan Watstein, dated April 7, 2026, with annexed exhibits.

Pursuant to the Court's Order, Plaintiffs will file their opposition brief by May 5, 2026, and Defendants will file a reply by May 27, 2026.

*[Signature Appears on Following Page]*

Dated: April 7, 2026

Respectfully submitted,

*/s/ Ryan D. Watstein*
Ryan D. Watstein (*pro hac vice*)
David Meadows (*pro hac vice*)
Leo P. O'Toole
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Rd. 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-0695
ryan@wtlaw.com
dmeadows@wtlaw.com
lotoole@wtlaw.com

*Attorneys for Defendants Eligo Energy, LLC and Eligo Energy NY, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Ryan D. Watstein
Ryan D. Watstein