**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANNE BROUS, AS THE EXECUTRIX OF THE ESTATE OF IRA BROUS** and **MICHELLE SCHUSTER**, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>**ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC**,<br><br>      Defendants. | Case No. 1:24-CV-01260-ER |

**DECLARATION OF RYAN WATSTEIN IN SUPPORT**
**OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1.      My name is Ryan Watstein, and I am an attorney at Watstein Terepka, LLP. I am over the age of 18, of sound mind, and competent to make this Declaration. I make this Declaration based on my personal knowledge.

2.      I am a partner at the law firm Watstein Terepka, LLP, and counsel for Defendant. Based on my active participation and supervision in all material aspects of the defending of this class action by Defendants Eligo Energy, LLC and Eligo Energy NY, LLC ("Defendants"), I have personal knowledge of the matters set forth herein.

3.      I make this Declaration in support of Defendants' Motion for Summary Judgment.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of Dr. Aron's report and appendices from the *Brous v. Eligo Energy* litigation, dated September 12, 2025..

5.      Attached hereto as **Exhibit 2** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF000126.

6.      Attached hereto as **Exhibit 3** is a true and correct copy of a call recording that was produced in discovery by Defendants and Bates-stamped DEF093222.

7.      Attached hereto as **Exhibit 4** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093950.

8.      Attached hereto as **Exhibit 5** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093953.

9.      Attached hereto as **Exhibit 6** is a true and correct copy of the February 20, 2014 Order Taking Actions to Improve the Residential and Small Non-Residential Retail Access Markets issued by the New York Public Service Commission (2014 Uniform Business Practices).

10.      Attached hereto as **Exhibit 7** is a true and correct copy of Eligo's TPV script dated September 24, 2018.

11.      Attached hereto as **Exhibit 8** is a true and correct copy of a cover letter from Eligo to the New York Public Service Commission dated September 25, 2018.

12.      Attached hereto as **Exhibit 9** is a true and correct copy of a letter from the New York Public Service Commission to Eligo dated September 26, 2018.

13.      Attached hereto as **Exhibit 10** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF0093509.

14.      Attached hereto as **Exhibit 11** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093391.

15.      Attached hereto as **Exhibit 12** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093401.

16.      Attached hereto as **Exhibit 13** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093389.

2

17.     Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the deposition of Mr. Ken Pedotto.

18.     Attached hereto as **Exhibit 15** is a true and correct copy of the October 22, 2024 deposition transcript of Ms. Michelle Schuster.

19.     Attached hereto as **Exhibit 16** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF000138.

20.     Attached hereto as **Exhibit 17** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093223.

21.     Attached hereto as **Exhibit 18** is a true and correct copy of the June 12, 2025 deposition transcript of Ms. Anne Brous.

22.     Attached hereto as **Exhibit 19** is a true and correct copy of a document that was produced in discovery by Plaintiffs and Bates-stamped PLAINTIFFS_0278.

23.     Attached hereto as **Exhibit 20** is a true and correct copy of a document that was produced in discovery by Plaintiffs and Bates-stamped PLAINTIFFS_0025.

24.     Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of the deposition of Mr. Michael Sandler.

25.     Attached hereto as **Exhibit 22** is a true and correct copy of Defendants' Second Supplemental Responses to Plaintiffs' First Set of Interrogatories.

26.     Attached hereto as **Exhibit 23** is a true and correct copy of excerpts of the deposition of Mr. Brandon Carr.

27.     Attached hereto as **Exhibit 24** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF000236.

3

28.     Attached hereto as **Exhibit 25** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF003310.

29.     Attached hereto as **Exhibit 26** is a true and correct copy of excerpts of the deposition of Mr. Yuri Ashuev.

30.     Attached hereto as **Exhibit 27** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF001971

31.     Attached hereto as **Exhibit 28** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF001907.

32.     Attached hereto as **Exhibit 29** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF089319.

33.     Attached hereto as **Exhibit 30** is a true and correct copy of the declaration of Mr. Andrew LaPointe.

34.     Attached hereto as **Exhibit 31** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093355.

35.     Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of the deposition of Mr. Andrew LaPointe.

36.     Attached hereto as **Exhibit 33** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF001845.

37.     Attached hereto as **Exhibit 34** is a true and correct copy of the 2019 NY PSC Order.

38.     Attached hereto as **Exhibit 35** is a true and correct copy of the 2016 CES Order.

39.     Attached hereto as **Exhibit 36** is a true and correct copy of a document that was produced in discovery by Defendants and Bates-stamped DEF093924.

40.    Attached hereto as **Exhibit 37** is a true and correct copy of excerpts of the deposition of Mr. Macan**.**

41.    Attached hereto as **Exhibit 38** is a true and correct copy of Mr. Macan's report from the Eligo Energy Class Action Litigation case (No: 24 Civ. 1260 (ER), S.D.N.Y.) dated September 12, 2025.

42.    Attached hereto as **Exhibit 39** is a true and correct copy of is a true and correct copy of excerpts of the deposition of Mr. Joseph Ramsey Brous.

43.    Attached hereto as **Exhibit 40** is a true and correct copy of the May 23, 2025 deposition transcript of Ms. Michelle Schuster.

I declare under penalty of perjury under the laws of New York and the United States of America that the foregoing is true and correct.

Executed on April 7, 2026 in Atlanta, Georgia.

/s/ Ryan Watstein
Ryan D. Watstein

5