# Exhibit 2

## Schuster TPV Call
## (To be produced in Native Format)

*Brous, et al. v. Eligo Energy, LLC, et al.*
*Case No. 1:24-cv-01260-ER*

# Document Produced in Native Format

DEF000126