# Exhibit 7

## NYPSC Regulatory Filings

*Brous, et al. v. Eligo Energy, LLC, et al.*
**Case No. 1:24-cv-01260-ER**

SA#    35482 39803 40845 41861 41023
40861 40862 40863 42061 41224
42361 42801 42802 43381 43822
44281 44541 45165 46421

2018-9-25

**Eligo Energy**
TPV Verification Script - Universal

| | Prompt Name | English Prompt | Spanish Prompt |
|---|---|---|---|
| 001 | 999 | Thank you for calling TrustedTPV for Eligo Energy. | Gracias por llamar a Trusted TPV para Eligo Energy. |
| | | | |
| **IF Customer Number Not Found** | | | |
| 002 | 1099 | Please enter transaction id. | Por favor , ingrese la identificación de la transacción. |
| **IF Transaction ID Has Been Used** | | | |
| 003 | 1095 | This confirmation number has already been used. Please request a new confirmation number. | Esta identificación de la transacción ya ha sido utilizada. Por favor solicite una nueva identificación de transacción. |
| **End** | | | |
| | | | |
| **IF IL ONLY** | | | |
| 004 | il_recorded1 | This call is to confirm your enrollment for electricity supply service with Eligo Energy, certified by the **[puc_name]** | Esta llamada es para confirmar su inscripción con Eligo Energy para el servicio de suministro de electricidad, certificada por el **[puc_name]** |
| **Else if OTHER STATES** | | | |
| 005 | recorded1 | This call is to confirm your enrollment for electricity supply service with Eligo Energy, a **[System Plays Utility]** | Esta llamada es para confirmar su inscripción con Eligo Energy para el servicio de suministro de electricidad, un proveedor de electricidad autorizado por **[Sistema reproduce la utilidad]** |
| 006 | an_recorded1 | This call is to confirm your enrollment for electricity supply service with Eligo Energy, an **[System Plays Utility]** | Esta llamada es para confirmar su inscripción con Eligo Energy para el servicio de suministro de electricidad, un proveedor de electricidad autorizado por **[Sistema reproduce la utilidad]** |
| 007 | recorded2 | authorized electricity supplier. | {N/A} |
| **End "recorded"** | | | |
| 008 | recorded3 | Today's date is **[date][time]** | La fecha de hoy es **[fecha][time]** |
| 009 | recorded4 | and for your protection this call is being recorded; please say yes to confirm. | Para su protección esta llamada está siendo grabada, por favor, diga sí para confirmar. |
| 009a | recorded4 (cust only) | and for your protection this call is being recorded. After the tone, please say yes to confirm, then press the # key. | Para su protección esta llamada está siendo grabada. Después del tono, por favor, diga sí para confirmar, y entonces presione #. |
| 011 | representative (NY Only) | Do you understand that the marketing representative represents Eligo Energy and that Eligo Energy is not the distribution utility? Please say yes to confirm. | ¿Entiende que el representante de marketing representa a Eligo Energy y que Eligo Energy no es la herramienta de distribución? Por favor diga que sí para confirmar. |

2018-9-25

|  | Prompt Name | English Prompt | Spanish Prompt |
|---|---|---|---|
| 011a | representative (NY Only) (cust. Only) | Do you understand that the marketing representative represents Eligo Energy and that Eligo Energy is not the distribution utility? After the tone, please say yes to confirm, then press the # key. | ¿Entiende que el representante de marketing representa a Eligo Energy y que Eligo Energy no es la herramienta de distribución? Después del tono, por favor, diga sí para confirmar, y entonces presione #. |
| 013 | low_income (NY Only) | Do you participate in your utilities low-income assistance program? | Participa usted en el programa de asistencia por ingresos bajos de su utilidad eléctrica |
| 014 | fullname | As the primary account holder or someone with authority to make changes to this account, please state your full name as it appears on your electricity bill. | Siendo usted el cliente registrado o la persona autorizada a tomar decisiones a esta cuenta, por favor indique su nombre completo tal como aparece en su factura de electricidad. |
| 014a | fullname (cust only) | As the primary account holder or someone with authority to make changes to this account, please state your full name as it appears on your electricity bill, then press the # key. | Siendo usted el cliente registrado o la persona autorizada a tomar decisiones a esta cuenta, por favor indique su nombre completo como aparece en su factura de electricidad, entonces presione #. |
| 015 | email_address (NY Only) (**non-qualifier**) | Please state your email address, if available. | Por favor, indique su dirección de correo electrónico, si está disponible. |
| 015a | email_address (NY Only) (cust. Only) (**non-qualifier**) | Please state your email address, if available, then press the # key. | Por favor, indique su dirección de correo electrónico, si está disponible, entonces presione #. |
| 016 | address | Please state your full address as it appears on your electricity bill, including city, state and zip code. | Por favor, indique su dirección completa como aparece en su factura de electricidad, incluyendo ciudad, estado y código postal. |
| 016a | address (cust only) | Please state your full address as it appears on your electricity bill, including city, state and zip code, then press the # key. | Por favor, indique su dirección completa como aparece en su factura de electricidad, incluyendo ciudad, estado y código postal y entonces presione #. |
| 017 | service_address (TX Only) | Please state your full service address, including city, state and zip code. | Por favor, indique su dirección de servicio completo, incluyendo ciudad, estado y código postal. |
| 017a | service_address (TX Only) (cust only) | Please state your full service address, including city, state and zip code, then press # key. | Por favor, indique su dirección de servico completo, incluyendo ciudad, estado y código postal y entoces presione #. |
|  |  |  |  |
| 018 | acct_num1 | Your utility account number is [**SYSTEM PLAYS ACCOUNT NUMBER**]. | Su número de cuenta de la utilidad es **[sistema reproduce NÚMERO DE CUENTA].** |
| 019 | acct_num2 | Please say yes to confirm. | Por favor, diga sí para confirmar. |
| 019a | acct_num2 (cust only) | After the tone, please say yes to confirm, then press the # key. | Después del tono, por favor, diga sí para confirmar, y entonces presione #. |

2018-9-25

| | Prompt Name | English Prompt | Spanish Prompt |
|---|---|---|---|
| 020 | ESI_ID_number (TX Only) (non-qualifier) | Please state your ESI-ID number, if avaliable. | Por favor, indique su número de ESI-ID, si está disponible. |
| 020a | ESI_ID_number (TX Only) (cust.Only) (**non-qualifier**) | Please state your ESI-ID number, if avaliable, then press the # key. | |
| 021 | language (TX Only) | Please state whether you want to recieve information in English or Spanish? | |
| 021a | language (TX Only) (cust. Only) | Please state whether you want to receive information in English or Spanish, then press the # key. | |
| 022 | Dob | To verify your account, please state your date of birth. | Para verificar su cuenta, por favor indique su fecha de nacimiento. |
| 022a | dob (cust only) | To verify your account, please state your date of birth, then press the # key. | Para verificar su cuenta, por favor indique su fecha de nacimiento, luego presione #. |
| 023 | move_in_request (TX Only) | Do you agree to become a customer with Eligo Energy TX LLC and allow Eligo to complete the tasks required to start your electric service? Please say yes to confirm. | ¿Acepta convertirse en cliente de Eligo Energy TX LLC y permitir que Eligo Energy complete las tareas requeridas para comenzar su servicio eléctrico? |
| 023a | move_in_request (TX Only) (cust. Only) | Do you agree to become a customer with Eligo Energy TX LLC and allow Eligo to complete the tasks required to start your electric service? After the tone, please say yes to confirm, then press the # key. | ¿Acepta convertirse en cliente de Eligo Energy TX LLC y permitir que Eligo complete las tareas requeridas para comenzar su servicio eléctrico? Después del tono, por favor, diga sí para confirmar, luego presione #. |
| 024 | switch_request (TX Only) | Do you agree to become an Eligo Energy TX LLC customer and allow us to complete the tasks required to switch your electric service from your current REP to Eligo? | ¿Acepta convertirse en cliente de Eligo Energy TX LLC y nos permite completar las tareas requeridas para cambiar su servicio eléctrico de su REP actual a Eligo? |
| 024a | switch_request (TX Only) (cust. Only) | Do you agree to become an Eligo Energy TX LLC customer and allow us to complete the tasks required to switch your electric service from your current REP to Eligo? After the tone, please say yes to confirm, then press the # key. | ¿Acepta convertirse en cliente de Eligo Energy TX LLC y nos permite completar las tareas requeridas para cambiar su servicio eléctrico de su REP actual a Eligo? Después del tono, por favor, diga sí para confirmar, luego presione #. |
| **product = all_inclusive, overage_rate > 0** | | | |
| 025 | inclusive_rate1 | Eligo Energy will provide your electricity through your local utility at a flat monthly rate of [**monthly_amt**] | Eligo Energy le proporcionará su electricidad a través de su compañía local a una tasa fija mensual de [**monthly_amt**] |
| 026 | inclusive_rate2 | (System Plays "Dollars")  for up to [**tier_limit**] | (sistema reproduce "dólares") hasta un máximo de [**tier_limit**] |
| 027 | inclusive_rate3 | kWh every month. For monthly usage exceeding [**tier_limit**] | Kilovatios-hora cada mes. Para un uso mensual que excede a [**tier_limit**] |
| 028 | inclusive_rate4 | kWh each additional kWh will be billed at [**overage_rate**] | Kilovatios-hora cada Kilovatio-hora adicional se cobrará a [**overage_rate**] |

2018-9-25

| | Prompt Name | English Prompt | Spanish Prompt |
|---|---|---|---|
| 029 | inclusive_rate5 | Cents per kWh. Your all inclusive plan will continue for the first [**fixed_month**] | Centavos por  Kilovatios-hora. Su plan todo incluido continuará para el primer [**fixed_month**] |
| **product = all_inclusive, overage_rate = 0** | | | |
| 030 | inclusive_rate1 | Eligo Energy will provide your electricity through your local utility at a flat monthly rate of [**monthly_amt**] | Eligo Energy le proporcionará su electricidad a través de su compañía local a una tasa fija mensual de [**monthly_amt**] |
| 031 | rate2 | *(System Plays "Dollars")* Your all inclusive plan will continue for the first [**fixed_month**] | (sistema reproduce"dólares") Su plan todo incluido continuará para el primer [**fixed_month**] |
| **product = per_kwh** | | | |
| 032 | rate1 | Eligo Energy will provide your electricity through your local utility at a rate of [**kwh_rate**] | Eligo Energy le proporcionará su electricidad a través de su compañía local a una tasa de [**kwh_rate**] |
| 033 | rate11 | cents per kWh for the first [**fixed_month**] [**"months"**] | centavos por kilovatio-hora para los primeros [**fixed_month**] [**"meses"**] |
| **next_product = per_kwh** | | | |
| 034 | rate3 | and will continue at a month-to-month rate based on market and wholesale factors, weather patterns, and pricing strategies. | y continuará a una tasa de mes a mes basado en los factores del mercado, factores al por mayor, patrones meterologicos, y estrategias de precio. |
| **next_product = var_duration** | | | |
| 035 | rate3c | and will continue for the next [**duration_month**] [**"months"**] | y continuará durante los próximos [**duration_month**] [**"meses"**] |
| 036 | rate3d | at a month-to-month rate based on market and wholesale factors, weather patterns, and pricing strategies. | a una tasa de mes a mes basado en los factores del mercado, factores al por mayor, patrones meterologicos, y estrategias de precio. |
| **next_product = fixed_duration** | | | |
| 037 | rate3c | and will continue for the next [**duration_month**] [**"months"**] | y continuará durante los próximos [**duration_month**] [**"meses"**] |
| 038 | rate3e | at a rate of [**kwh_rate**] | a una tasa de [**kwh_rate**] |
| 039 | rate3f | cents per kWh and will continue at a month-to-month rate based on market and wholesale factors, weather patterns, and pricing strategies. | centavos por kilovatio-hora y continuara a una tasa de mes a mes basado en los factores del mercado, factores al por mayor, patrones meterologicos, y estrategias de precio. |
| **next_product = auto_renew, renewal_month > 0** | | | |
| 040 | rate3g | and will renew every [**renewal_month**] [**"months"**] | y se renovará cada [**renewal_month**] [**"meses"**] |
| 041 | rate3h | at the current market rate based on market and wholesale factors, weather patterns, and pricing strategies.. | a la tasa actual del mercado, factores al por mayor, patrones meterologicos, y estrategias de precio. |
| **next_product = auto_renew, renewal_month = 0** | | | |
| 042 | rate3i | and will automatically renew at the current market rate based on market and wholesale factors, weather patterns, and pricing strategies. | y se renovará automáticamente a la tasa actual del mercado, factores al por mayor, patrones meterologicos, y estrategias de precio. |
| **product = per_kwh, monthly_amt = 0, renewable_pct = 0** | | | |
| 043 | rate4 | Your service with Eligo Energy will begin at the next applicable billing period after [contract_date]. | Su servicio con Eligo Energy iniciará en el próximo período de facturación aplicable después de [contract date]. |

2018-9-25

| | Prompt Name | English Prompt | Spanish Prompt |
|---|---|---|---|
| 044 | rate4a | It is free to enroll. No monthly fees. | Es gratuito el inscribirse. No hay cargos mensuales. |
| **product = per_kwh, monthly_amt >0, renewable_pct = 0** | | | |
| 045 | rate5 | Your service with Eligo Energy will begin at the next applicable billing period and renews monthly. It is free to enroll. Cancel anytime. Your plan is available for a flat **[monthly_amt]** | Su servicio con Eligo Energy iniciará en el próximo período de facturación aplicable y se renovará mensualmente. Es gratuito el inscribirse. Puede cancelar en cualquier momento. Su plan está disponible por un cargo fijo de**[monthly_amt]** |
| 046 | rate6 | dollar monthly charge. | dolares mensuales. |
| **product = per_kwh, monthly_amt =0, renewable_pct >0** | | | |
| 047 | rate4 | Your service with Eligo Energy will begin at the next applicable billing period after [contract_date]. | Su servicio con Eligo Energy iniciará en el próximo período de facturación aplicable después de [contract date]. |
| 048 | rate4a | It is free to enroll. No monthly fees. | Es gratuito el inscribirse. No hay cargos mensuales. |
| 049 | rate4b | At least [**renewable_pct**] [**"percent"**] | Al menos **[ renewable_pct ] [ " por ciento " ]** |
| 050 | rate4c | of your electricity is derived from renewable sources. | de la electricidad se deriva de fuentes renovables . |
| **product = per_kwh, monthly_amt >0, renewable_pct >0** | | | |
| 051 | rate4 | Your service with Eligo Energy will begin at the next applicable billing period after [contract_date]. | Su servicio con Eligo Energy iniciará en el próximo período de facturación aplicable después de [contract date]. |
| 052 | rate7 | It is free to enroll. At least [renewable_pct] ["percent"] | Es gratuito el inscribirse. Al menos **[ renewable_pct ] [ " por ciento "]** |
| 053 | rate7a | of your electricity is derived from renewable sources. Your [**renewable_pct**] [**"percent"**] | de la electricidad se deriva de fuentes renovables. Su plan incluido **[ renewable_pct ] [ " por ciento "]** |
| 054 | rate8 | green energy plan is available for a flat **[monthly_amt]** | energía verde está disponible por un cargo fijo de **[monthly_amt]** |
| 055 | rate6 | dollar monthly charge. | dolares mensuales. |
| **etf_per_month_amt >0, duration_month** | | | |
| 056 | rate9a | Should you wish to cancel your service before the end of your term of **[duration_month]** [**"months"**] | Si desea cancelar su servicio antes de finalizar su término de **[duration_month] ["meses"]** |
| 057 | rate9b | you will be charged a one-time service fee of **[etf_per_month_amt]** | se le cobrará un cargo por servicio por única vez  de **[etf_per_month_amt]** |
| 058 | rate10 | *(System Plays "Dollars")* for each month remaining in your contract. | ( sistema reproduce"dólares) por cada mes restante en su contrato. |
| **etf_amt >0** | | | |
| 059 | rate9 | Should you wish to cancel your service before the end of your term you will be charged a one-time service fee of **[etf_amt]** *(System Plays "Dollars").* | Si desea cancelar su servicio antes de finalizar su término se le cobrará una tarifa de servicio por única vez de **[etf_amt]** (sistema reproduce"Dólares"). |
| **commercial = true, etf_kwh > 0** | | | |

2018-9-25

| | Prompt Name | English Prompt | Spanish Prompt |
|---|---|---|---|
| 060 | rate12 | Should you wish to cancel your service before the end of your term, you may be charged a cancellation fee equal to the estimated remaining agreement kWh quantity multiplied by [**etf_kwh**] | Si desea cancelar tu servicios antes del fin del término usted puede ser cobrado un cobro de cancelacion equivalente a las kilovatio-horas restante multiplicado al [etf_kwh] |
| 061 | rate13 | cents. | Centavos. |
| **exclude_grt = true** | | | |
| 062 | exclude_grt | This price excludes GRT. | Este precio no incluye GRT. |
| **monthly_amt > 0, state = IL**  *{effective2 and effective3 will repeat 5 times} and commercial <> true* | | | |
| 063 | effective1 | Your effective rate for | Su tasa efectiva por |
| 064 | effective2 | **[effective_amt]** kWh is **[effective_cents]** | **[effective_amt]** es **[kWh effective_cents]** |
| 065 | effective3 | cents per kWh | centavos  por kilovatio-hora. |
| **End "rate"** | | | |
| 066 | agree (NY Only) | Do you agree to the terms of service as reviewed with you by the Eligo Energy representative on [**date**]? Please say yes to confirm. | ¿Está de acuerdo con los términos del servicio revisados con usted por el representante de Eligo Energy el [fecha]? Por favor diga que sí para confirmar. |
| 066a | agree (NY Only) (cust. Only) | Do you agree to the terms of service as reviewed with you by the Eligo Energy representative on [**date**]? After the tone, please say yes to confirm, then press the # key. | ¿Está de acuerdo con los términos del servicio revisados con usted por el representante de Eligo Energy el [fecha]? Por favor diga que sí para confirmar. Después del tono, por favor, diga sí para confirmar, y entonces presione #. |
| 067 | authorization (NY Only) | By enrolling with Eligo Energy, you authorize the release of the following information from your distribution utility, account name, account number, billing address, service address, telephone number, stanard offer service type, historical usage, rate classification, meter readings, and billing and payment information. You may rescind this authorization at any time by calling 1-888-744-8125 or emailing customerservice@eligoenergy.com. Please say yes to confirm. | Al inscribirse en Eligo Energy, autoriza la divulgación de la siguiente información de su utilidad de distribución, nombre de cuenta, número de cuenta, dirección de facturación, dirección del servicio, número de teléfono, tipo de servicio de oferta estándar, uso histórico, clasificación de tarifas, lecturas del medidor y facturación. e información de pago. Puede rescindir esta autorización en cualquier momento llamando al 1-888-744-8125 o enviando un correo electrónico a customerservice@eligoenergy.com. Por favor diga que sí para confirmar. |

2018-9-25

| | Prompt Name | English Prompt | Spanish Prompt |
|---|---|---|---|
| 067a | authorization (NY Only) (cust. Only) | By enrolling with Eligo Energy, you authorize the release of the following information from your distribution utility, account name, account number, billing address, service address, telephone number, stanard offer service type, historical usage, rate classification, meter readings, and billing and payment information. You may rescind this authorization at any time by calling 1-888-744-8125 or emailing customerservice@eligoenergy.com. After the tone, please say yes to confirm, then press the # key. | Al inscribirse en Eligo Energy, autoriza la divulgación de la siguiente información de su utilidad de distribución, nombre de cuenta, número de cuenta, dirección de facturación, dirección del servicio, número de teléfono, tipo de servicio de oferta estándar, uso histórico, clasificación de tarifas, lecturas del medidor y facturación. e información de pago. Puede rescindir esta autorización en cualquier momento llamando al 1-888-744-8125 o enviando un correo electrónico a customerservice@eligoenergy.com. Después del tono, por favor, diga sí para confirmar, y entonces presione #. |
| 068 | one_bill1 | When enrolling with Eligo Energy, you will still receive one bill from **[System Plays Utility].** | Al inscribirse con Eligo Energy, usted seguirá recibiendo una factura de **[System plays Utility].** |
| 069 | one_bill2 | Eligo an independent seller of power and energy service certified by the **[puc_name]** | Eligo, es un vendedor independiente de potencia y servicio de energía certificado por el **[puc_name]** |
| 070 | one_bill3 | and does not take the place of or represent your utility. **[utility]** You may choose to remain with **[utility]** or enroll with another electric supplier. | y no toma el lugar de, o representa a su utilidad. **[utilidad]** Usted puede mantener el contracto con su compania electra [**utilidad**] inscribirse con otra compania electrica. |
| 071 | ny_one_bill4 | will continue to deliver your electricity, read your meters, and respond to emergencies. To activate your enrollment, Eligo is approved to obtain and review your account details with your utility for the period of your service. To manage your account disclosure, call our customer service number at 888-744-8125. Applicable taxes, service and delivery charges apply. Savings are not guaranteed.  Please say yes to confirm. | continuará entregando su electricidad, leyendo sus medidores, y responderá a las emergencias. Para activar su inscripción, Eligo ha sido aprobado para obtener y revisar detalles de su cuenta con su utilidad por el período de su servicio. Para administrar su cuenta de divulgación, llame a nuestro número de servicio al cliente al 888-744-8125. Impuestos aplicables, y cargos por servicio y entrega aplican. Ahorros no están garantizados. Por favor, diga sí para confirmar. |
| 071a | ny_one_bill4 (cust. only) | will continue to deliver your electricity, read your meters, and respond to emergencies. To activate your enrollment, Eligo is approved to obtain and review your account details with your utility for the period of your service. To manage your account disclosure, call our customer service number at 888-744-8125. Applicable taxes, service and delivery charges apply. Savings are not guaranteed. After the tone, please say yes to confirm, then press the # key. | continuará entregando su electricidad, leyendo sus medidores, y responderá a las emergencias. Para activar su inscripción, Eligo ha sido aprobado para obtener y revisar detalles de su cuenta con su utilidad por el período de su servicio. Para administrar su cuenta de divulgación, llame a nuestro número de servicio al cliente al 888-744-8125. Impuestos aplicables, y cargos por servicio y entrega aplican.  Ahorros no están garantizados. Después del tono, por favor, diga sí para confirmar, luego presione #. |

2018-9-25

| | Prompt Name | English Prompt | Spanish Prompt |
|---|---|---|---|
| 072 | oh_one_bill4 | will continue to deliver your electricity, read your meters, and respond to emergencies. Applicable taxes, service and delivery charges apply.  Eligo Energy does not offer budget billing for the generation portion of your bill. Please say yes to confirm. | continuará entregando su electricidad, leyendo sus medidores, y responderá a las emergencias. Impuestos aplicables, y cargos por servicio y entrega aplican. Las facturas que provee Eligo Energy no incluyen un presupuesto de la generación de electricidad. Por favor, diga sí para confirmar. |
| 072a | oh_one_bill4 (cust. Only) | will continue to deliver your electricity, read your meters, and respond to emergencies. Applicable taxes, service and delivery charges apply. Eligo Energy does not offer budget billing for the generation portion of your bill. After the tone, please say yes to confirm, then press the # key. | continuará entregando su electricidad, leyendo sus medidores, y responderá a las emergencias. Impuestos aplicables, y cargos por servicio y entrega aplican. Las facturas que provee Eligo Energy no incluyen un presupuesto de la generación de electricidad. Después del tono, por favor, diga sí para confirmar, entonces presione #. |
| 073 | one_bill4 | will continue to deliver your electricity, read your meters, and respond to emergencies. Applicable taxes, service and delivery charges apply.  Please say yes to confirm. | continuará entregando su electricidad, leyendo sus medidores, y responderá a las emergencias. Impuestos aplicables, y cargos por servicio y entrega aplican. Por favor, diga sí para confirmar. |
| 073a | one_bill4 (cust. Only) | will continue to deliver your electricity, read your meters, and respond to emergencies. Applicable taxes, service and delivery charges apply. After the tone, please say yes to confirm, then press the # key. | continuará entregando su electricidad, leyendo sus medidores, y responderá a las emergencias. Impuestos aplicables, y cargos por servicio y entrega aplican. Después del tono, por favor, diga sí para confirmar, entonces presione #. |
| | | | |
| 074 | welcome1 | Within one day, Eligo Energy will send you a welcome package that will include a written agreement with the terms and account details summarized in this call. You have [rescission_period] [rescission_units] | Dentro de un día, Eligo Energy le enviará un paquete de bienvenida que incluirá un acuerdo por escrito con los términos y detalles de la cuenta que se resumen en esta llamada. Usted tiene [rescission_period] [rescission_units] |
| 075 | offset_postmark | rescission_offset = postmark => "from the postmark of your utility's confirmation notice" | rescission_offset = matasellos => "desde la fecha del matasellos de aviso de confirmación de su utilidad" |
| 076 | offset_receiving | rescission_offset = receiving => "after receiving your welcome package" | rescission_offset = recibir => "después de recibir su paquete de bienvenida" |
| 077 | offset_processes | rescission_offset = processes => "after your utility processes the enrollment request" | rescission_offset = procesos => "después de que su utilidad procese la solicitud de inscripción" |
| 078 | welcome2 | to cancel before your enrollment. | Para cancelar antes de su inscripción. |
| 079 | oh_welcome2 (OH Only) | Should you wish to cancel during this period, your utility will provide a cancelation number as confirmation. | Si usted desea cancelar durante este período, su utilidad le proporcionará un número de confirmación de cancelación. |
| 080 | il_welcome2 ny_welcome2 | Should you wish to cancel during this period, please call customer service number at 888-744-8125. [utility] | Si usted desea cancelar durante este período, por favor llame al número de servicio al cliente al 888-744-8125. O a [utilidad] |
| 081 | il_welcome3 ny_welcome3 | at [utility_toll_free]. | al [utility_toll_free]. |
| 082 | welcome4 | You will also receive a letter from [utility] | También recibirá una carta de [utilidad] |

2018-9-25

| | Prompt Name | English Prompt | Spanish Prompt |
|---|---|---|---|
| 083 | welcome5 | confirming your enrollment with Eligo Energy. Please say yes to confirm. | confirmando su inscripción con Eligo Energy. Por favor, diga sí para confirmar. |
| 083a | welcome5 (cust. Only) | confirming your enrollment with Eligo Energy. After the tone, please say yes to confirm, then press the # key. | confirmando su inscripción con Eligo Energy. Por favor, diga sí para confirmar. Después del tono, por favor, diga sí para confirmar, entonces presione #. |
| 084 | bill_of_rights (NY Only) | You are also protected by the State of New York Consumer Bill of Rights that can be found on Eligo Energy's website and in your welcome package. Did the marketing representive inform you how to find the Consumer Bill of Rights online? Please say yes to confirm. | Usted también está protegido por la Ley de Derechos del Consumidor del Estado de Nueva York que puede encontrar en la página web de Eligo y en su paquete de bienvenida. ¿El representante de marketing le informó cómo encontrar la Declaración de Derechos del Consumidor en línea? Por favor, diga sí para confirmar. |
| 084a | bill_of_rights (NY Only) (cust only) | You are also protected by the State of New York Consumer Bill of Rights that can be found on Eligo Energy's website and in your welcome package. Did the marketing representive inform you how to find the Consumer Bill of Rights online? After the tone, please say yes to confirm, then press the # key. | Usted también está protegido por la Ley de Derechos del Consumidor del Estado de Nueva York que puede encontrar en la página web de Eligo y en su paquete de bienvenida. ¿El representante de marketing le informó cómo encontrar la Declaración de Derechos del Consumidor en línea? Después del tono, por favor, diga sí para confirmar, entonces presione #. |
| | | | |
| credit_requirement = prescreen | | | |
| 085 | prescreen | This prescreened offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria. If you do not want to receive prescreened offers of credit from this and other companies, call TransUnion at 1-888-567-8688 or visit the website at www.optoutprescreen.com ; or write TransUnion Opt Out Request PO Box 505, Woodlyn, PA 19094-0505. | Esta oferta preseleccionada de crédito esta basada en información de su informe de crédito que indica que cumple con ciertos criterios. Esta oferta no está garantizada si usted no cumple con nuestros criterios. Si no desea recibir ofertas preseleccionadas de crédito de ésta y otras empresas, llame a TransUnion al 1-888-567-8688 o visite el sitio web en www.optoutprescreen.com, o escriba a TransUnion  Solicitud de Exclusión al PO Box 505, Woodlyn, PA 19094-0505. |
| | | | |
| | | | |
| 086 | confirm | Lastly, to confirm your enrollment with Eligo Energy for your electricity supply service, please say yes to confirm. | Por último, para confirmar su inscripción en Eligo Energy para su servicio de suministro de electricidad, por favor, diga sí para confirmar. |
| 086a | confirm (cust only) | Lastly, to confirm your enrollment with Eligo Energy for your electricity supply service, After the tone, please say yes to confirm, then press the # key. | Por último, para confirmar su inscripción en Eligo Energy para su servicio de suministro de electricidad. Después del tono, por favor, diga sí para confirmar, y entonces presione #. |
| | | | |

2018-9-25

| | Prompt Name | English Prompt | Spanish Prompt |
|---|---|---|---|
| **087** | 2000 | If you are not completely satisfied with Eligo Energy you may cancel any time by calling our toll free number at: 888-744-8125. Your unique confirmation number is [**ELIGO TRANSACTION NUMBER**] | Si usted no está completamente satisfecho con Eligo Energy puede cancelar en cualquier momento llamando a nuestro número gratuito al 888-744-8125. Su número de confirmación único es **[número de transacción ELIGO]** |
| | | | |
| **088** | 1093 | Thank you for selecting Eligo Energy. Please stay on the line so that you can be transferred back to the agent to finalize your next steps. Thank you. | Gracias por elegir a Eligo Energy. Por favor, permanezca en la línea para que pueda ser transferido nuevamente con el agente para finalizar sus próximos pasos. Gracias. |
| | | | |