

**WATSTEIN
TEREPKA** LLP

Ryan Watstein
Ryan@wtlaw.com
404-782-0695

April 7, 2026

<u>**VIA ECF**</u>

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

    **Re:**    ***Brous v. Eligo Energy, LLC*, 24 Civ. 1260 – Defendants' Letter Motion to Seal**

Dear Judge Ramos:

    We write on behalf of Defendants in accordance with Your Honor's Individual Rule § 3.ii to provisionally file under seal certain materials submitted in connection with Defendants' Motion for Summary Judgment. The materials contain information designated "Confidential" and/or "Highly Confidential" under the operative court-ordered protective order. ECF 355, 356, 357.

    Pursuant to the Southern District of New York Electronic Case Filing Rules & Instructions § 6.5(a), Defendants respectfully request that the Viewing Level provisionally applied to the unredacted copies filed contemporaneously with this letter be "Selected Parties" (*i.e.*, the Court and counsel appearing in this action), with the understanding that the documents will not be accessible via ECF or PACER pursuant to the Court's Standing Order regarding Procedures for Access to and Service of Sealed Documents 25-mc-00421.

    Because Defendants are providing Plaintiffs notice today of the filing of the enclosed confidential information, the parties require additional time to confer and to formulate their respective positions on whether the materials should remain under seal, in whole or in part. Defendants anticipate that the parties will promptly provide the Court with their positions regarding whether any portions should remain under seal and/or be filed in redacted form.

    Respectfully,

    */s/ Ryan Watstein*
    Ryan Watstein

---

| **Atlanta** | **Los Angeles** | **Miami** |
| --- | --- | --- |
| 1055 Howell Mill Road, 8th Floor | 515 S. Flower Street, 19th Floor | 218 NW 24th Street, 3rd Floor |
| Atlanta, GA 30318 | Los Angeles, CA 90071 | Miami, FL 33127 |

 **www.wtlaw.com**     **Ryan@wtlaw.com**     **404-782-0695**