# MEMO ENDORSED

**Wittels McInturff Palikovic**

April 17, 2026                    *at page 2*

<u>**Via ECF**</u>
Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

Re:     ***Brous, et al. v. Eligo Energy, LLC, et al., 24 Civ. 1260 (ER)***

Dear Judge Ramos,

Pursuant to Rule 1.E of Your Honor's Individual Practices, Plaintiffs respectfully request an adjournment of deadlines for Plaintiffs' oppositions to Defendants' *Daubert* motions directed at Plaintiffs' expert witnesses Dr. John O'Brien, Dr. Frank Felder, and Edo Macan. Plaintiffs also request permission to submit a combined 50-page response to the *Daubert* motions directed at Dr. Felder and Mr. Macan, in lieu of two separate 25-page responses. Defendants do not object to either request, provided they are permitted to file a combined 20-page Felder/Macan reply.

The current deadline for Plaintiffs' oppositions is **April 27, 2026**.

The requested new deadlines are as follows: **May 11, 2026** for the combined Felder/Macan opposition and **May 25, 2026** for the O'Brien opposition.

Plaintiffs also request a corresponding extension for Defendants' replies, which are currently due on **May 12, 2026**.

The requested new deadlines for Defendants' replies are as follows: **May 26, 2026** for the combined Felder/Macan reply and **June 12, 2026** for the O'Brien reply.

Good cause exists for this request. Defendants have filed *Daubert* motions against all three of Plaintiffs' experts, and the volume and breadth of the arguments across those motions has required considerable work. Additionally, this week Plaintiffs' counsel recently completed a mediation in another class action pending before Your Honor and are simultaneously preparing for an upcoming mediation in a separate ESCO class action pending before Judge Halpern. That case is at a much earlier stage than this *Brous* litigation and requires counsel to dedicate substantial resources to preparing a damages model for settlement discussions. Plaintiffs therefore require additional time to properly respond to Defendants' three motions.

This is Plaintiffs' first request to adjourn these deadlines, and no other scheduled dates are affected.

Thank you for the Court's consideration of this request.

Hon. Edgardo Ramos                                                Page 2 of 2

The requests are granted. Plaintiffs may file a consolidated opposition to the *Daubert* motions directed at Dr. Felder and Mr. Macan of no more than 50 pages by May 11, 2026. Defendants' may file a consolidated reply of no more than 20 pages by May 26, 2026. In addition, Plaintiffs' deadline to oppose the *Daubert* motion directed at Dr. O'Brien is extended to May 25, 2026. Defendants' reply is due June 12, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: April 20, 2026
New York, New York

Respectfully Submitted,

/s/ J. Burkett McInturff
J. Burkett McInturff

*Counsel for Plaintiffs and the Proposed Class*