

**WATSTEIN**
**TEREPKA** LLP

Ryan Watstein
Ryan@wtlaw.com
404-782-0695

May 5, 2026

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

> **Re:** ***Brous v. Eligo Energy, LLC***, **24 Civ. 1260**
> **Joint Motion to Stay**

Dear Judge Ramos:

We represent Defendants Eligo Energy, LLC and Eligo Energy NY, LLC in the above dispute and submit this joint stay request. Pursuant to Rule I.E. of Your Honor's Individual Practices, the parties respectfully request a stay of all proceedings in this action until July 23, 2026, to facilitate mediation. This includes Plaintiffs' opposition to Defendants' motion for summary judgment (ECF No. 394), which is otherwise due today.

Good cause exists for this request. The parties have scheduled a mediation before retired Judge Lisa Lenihan on July 16, 2026 (the earliest mediation date when she and counsel were both available) regarding this matter as well as three related actions in other courts. A temporary stay will allow the parties to focus on a potential resolution and avoid the burden and expense of continued merits and class-certification briefing. The parties further submit that the requested stay will conserve both party and judicial resources.

Before the requested stay expires, the parties will submit a joint status letter, updating the Court on the progress of mediation and the status of the case.

This request is made jointly, in good faith, and not for purposes of delay.

Respectfully,
*/s/ Ryan Watstein*
Ryan Watstein

---

| **Atlanta** | **Los Angeles** | **Miami** |
|---|---|---|
| 75 14th Street NE, Ste. 2600 | 515 S. Flower Street, 19th Floor | 218 NW 24th Street, 3rd Floor |
| Atlanta, GA 30309 | Los Angeles, CA 90071 | Miami, FL 33127 |

 www.wtlaw.com      Ryan@wtlaw.com      404-782-0695