**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANNE BROUS, AS THE EXECUTOR OF THE ESTATE OF IRA BROUS** and **MICHELLE SCHUSTER,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC**,<br><br>Defendants. | Civil Case No.: 1:24-cv-01260 (ER) |

**NOTICE OF MOTION OF WITHDRAWAL OF APPEARANCE OF**
**<u>DANIEL J. MARTIN</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying declaration pursuant to Local Civil Rule 1.4, Daniel J. Martin respectfully moves this Court for permission to withdraw his appearance in the above-captioned case on behalf of Plaintiffs Anne Brous and Michelle Schuster.

Dated: May 14, 2026

Respectfully submitted,

*/s/ Daniel J. Martin*
Daniel J. Martin
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 729-6157
dmartin@fbfglaw.com

*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Daniel J. Martin, hereby certify that on May 14, 2026, I caused the foregoing NOTICE OF MOTION OF WITHDRAWAL OF APPEARANCE to be filed electronically in the above-captioned action via the Court's CM/ECF system, which caused electronic copies to be served on all counsel of record.

By:   */s/Daniel J. Martin*
  Daniel J. Martin
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
 One North Broadway, Suite 900
 White Plains, New York 10601
 Tel: (914) 729-6157
 dmartin@fbfglaw.com