**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ANNE BROUS, AS THE EXECUTOR OF**
**THE ESTATE OF IRA BROUS** and               Civil Case No.: 1:24-cv-01260 (ER)
**MICHELLE SCHUSTER,** on behalf of
themselves and all others similarly situated,

                   Plaintiffs,

             v.

**ELIGO ENERGY, LLC** and **ELIGO**
**ENERGY NY, LLC**,

                  Defendants.

---

## DECLARATION OF DANIEL J. MARTIN

I, Daniel J. Martin, pursuant to U.S.C. § 1746, hereby declare that the following is true and

correct:

    1.     I submit this declaration in support of my motion seeking permission from the

Court to withdraw my appearance in the above-captioned matter.

    2.     I left employment with Finkelstein, Blankinship, Frei-Pearson, & Garber LLP,

and, therefore, I will no longer be able to represent Plaintiffs Anne Brous and Michelle

Schuster in this matter.  Attorney D. Greg Blankinship will continue to be counsel of record

for Plaintiffs in this action.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and
correct.

Dated: May 14, 2026                    Respectfully submitted,

                                       */s/ Daniel J. Martin*
                                       Daniel J. Martin