**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANNE BROUS, AS THE EXECUTOR OF THE ESTATE OF IRA BROUS** and **MICHELLE SCHUSTER,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ELIGO ENERGY, LLC** and **ELIGO ENERGY NY, LLC**,<br><br>Defendants. | Civil Case No.: 1:24-cv-01260 (ER) |

**[PROPOSED] ORDER TERMINATING APPEARANCE OF DANIEL J. MARTIN**

**WHEREAS**, THE Court has reviewed the motion of Daniel J. Martin seeking leave to withdraw as an attorney of record in this matter, as well as his declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Daniel J. Martin in this matter terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Mr. Martin from the docket sheet in this matter.

**IT IS SO ORDERED on this _____ day of _____, 2026**

_____
The Hon. Edgardo Ramos
United Stated District Judge