

Ryan Watstein
Ryan@wtlaw.com
404-782-0695

July 23, 2026

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

      **Re:**    ***Brous v. Eligo Energy, LLC*, 24 Civ. 1260**
              **Joint Status Report and Request to Extend Stay**

Dear Judge Ramos:

We represent Defendants Eligo Energy, LLC and Eligo Energy NY, LLC in the above dispute and submit this joint status report pursuant to the Court's order staying these proceedings to facilitate mediation. The parties participated in a full-day, in-person mediation on July 16, 2026, before Hon. Lisa P. Lenihan (Ret.). The discussions in and around the mediation were productive, and the parties are continuing to work with one another and Judge Lenihan in an effort to reach an agreement on a feasible settlement.

Good cause exists to continue the stay. The parties made meaningful progress at the July 16, 2026 mediation and remain engaged in active, good-faith settlement discussions. Additional time will allow the parties to complete mediation and pursue a potential resolution without the burden and expense of continued merits and class-certification briefing. The parties accordingly respectfully request that the Court extend the current stay of all proceedings for an additional four (4) weeks, through and including August 20, 2026. The requested extension will conserve both party and judicial resources.

Before the extended stay expires, the parties will submit a further joint status letter, updating the Court on the progress of mediation and the status of the case.

This request is made jointly, in good faith, and not for purposes of delay.

              Respectfully,
              */s/ Ryan Watstein*
              Ryan Watstein

---

**Atlanta**              **Los Angeles**              **Miami**
75 14th Street NE, Ste. 2600     515 S. Flower Street, 19th Floor     218 NW 24th Street, 3rd Floor
Atlanta, GA 30309           Los Angeles, CA 90071          Miami, FL 33127

 www.wtlaw.com          Ryan@wtlaw.com          404-782-0695