WATSTEIN
TEREPKA LLP

Ryan Watstein
Ryan@wtlaw.com
404-782-0695

**MEMO ENDORSED**

September 17, 2026

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

**Re: *Brous v. Eligo Energy, LLC*, 24 Civ. 1260**
**Joint Status Report and Request to Extend Stay**

Dear Judge Ramos:

We represent Defendants Eligo Energy, LLC and Eligo Energy NY, LLC in the above dispute and submit this joint status report pursuant to the Court's order staying these proceedings to facilitate mediation.

Good cause exists to continue the stay. Settlement discussions continue to progress with the mediator, and the parties are actively working toward a potential resolution. Additional time will allow the parties to complete mediation and pursue a potential resolution without the burden and expense of continued merits and class certification briefing. Accordingly, the parties respectfully request that the Court extend the current stay of all proceedings for an additional four (4) weeks, through and including October 15, 2026. The requested extension will conserve the resources of both the Court and the parties.

Before the extended stay expires, the parties will submit a further joint status letter, updating the Court on the progress of mediation and the status of the case.

This request is made jointly, in good faith, and not for purposes of delay.

The request is granted. The stay is extended to October 15, 2026. The parties are directed to file a joint status update by that date.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: October 9, 2026
New York, New York

Respectfully,
/s/ Ryan Watstein
Ryan Watstein