WATSTEIN TEREPKA LLP

Ryan Watstein
Ryan@wtlaw.com
404-782-0695

October 15, 2026

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Court for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

**Re: *Brous v. Eligo Energy, LLC*, 24 Civ. 1260**
**Joint Status Report and Request to Extend Stay**

Dear Judge Ramos:

We represent Defendants Eligo Energy, LLC and Eligo Energy NY, LLC in the above dispute and submit this joint status report pursuant to the Court's order staying these proceedings to facilitate mediation. On October 9, 2026, the Court granted the parties' prior request and extended the stay through October 15, 2026. *See* ECF No. 418.

Good cause exists to continue the stay. The parties remain actively engaged with the mediator and continue to work toward a potential resolution. Additional time will allow the parties to conclude mediation and avoid further merits and class-certification briefing. Accordingly, the parties respectfully request that the Court extend the current stay of all proceedings for an additional four (4) weeks, through and including November 12, 2026. The requested extension will conserve the resources of both the Court and the parties.

Before the extended stay expires, the parties will submit a further joint status letter, updating the Court on the progress of mediation and the status of the case.

This request is made jointly, in good faith, and not for purposes of delay.

Respectfully,
*/s/ Ryan Watstein*
Ryan Watstein